IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 18 A 9:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Ronnie Vincent Williams - #239446 Pro Se )
Full name and prison number of )
plaintiff(s) )
)
)
v. )  CIVIL ACTION NO. 2:07CV332-ID
)  (To be supplied by the Clerk of the
Dr. Siddiq-Et/al- P.H.S. Et/al )  U.S. District Court)
)
Nurse W. Nalk )  Jurisdiction: One Invoked, 12-11-30,
)  Code 1975, U.S.C.A. 42 U.S.C. 1983
Nurse Robinson- Et/al )  Jurisdiction: Two: F.R.C.P. Rule 8(A)(1)
)  And 8(A)(2) Read with 28 U.S.C. 2201.
Nurse Mosley )  Rule 59; 477 U.S. 2510, F.R.C.P. Rule
Name of person(s) who violated )  56(e)
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or
        similar facts involved in this action?   Yes ( )   No (X)

   B.   Have you begun other lawsuits in state or federal court relating to your
        imprisonment?   Yes ( )   No (X)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of
        paper, using the same outline).

        1.   Parties to this previous lawsuit
             Plaintiff(s) _Above_____

             Defendant(s) _Cove Page_____

        2.   Court (if federal court, name the district; if state court, name the county)
             _____

        3.   Docket No. _____

        4.   Name of Judge to whom case was assigned _____

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Bullock Correctional Facility - P.O. Box 5107 Union Springs - Alabama 36089_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Bullock Correctional Facility Union Spring, Alabama 36089_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. _Prison Health Service_
2. _Dr. Siddiq - Bullock Correctional Facility - P.O. Box 5107 Union Springs Al_
3. _Nurse: Nails - Bullock Correctional Facility P.O. Box 5107 Union Springs Al_
4. _Nurse: Mosley - Bullock Correctional Facility Union Springs Al_
5. _Nurse: Robinson - Bullock Correctional Facility P.O. Box 5107 Al Union Springs_
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _April 2005 - thur - a number of months_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

_Defendants:_
GROUND ONE: _Violated my Rights + Equal Protection: - By giving me psychotropic medicine that were someone - Prescribed for someone else, that have the same name_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

_____
_____
_____

-2-

GROUND TWO: Prison Health Service, Denied me of Proper Medical Care

SUPPORTING FACTS: They violated 429 U.S. at 106. Applying Deliberate Indifference Standards to Medical Needs. In delivering Another prisoner medicine to me in error - violation Estelle vs. Gamble 429 U.S. at 106

GROUND THREE: _____

SUPPORTING FACTS: I have repeatly notified the nursing staff of this error in giving me medication that it did belonging to someone else. But the staff seemed as if it did not matter. And forced me to take someone else psychotropic pills stating that I would be wrote up.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Unless Proceeding Pause / Relief Sought: The Plaintiff seeks 6 Million Dollars, And two-2- Physicians to be appointed for me. And would like for them to be found by my Family only

_Ronnie V. Williams_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on April-16-07
            (date)

_Ronnie V. Williams_
Signature of plaintiff(s)

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE _Middle_ DISTRICT OF ALABAMA

_Ronnie Vincent Williams #239426_,
PETITIONER,

vs                                          CASE NO._____

_Dr. Siddiq - Prison Health Service_
_And Staff_,
RESPONDENT,

SWORN AFFIDAVIT

I, _Ronnie V. Williams_, the affiant do swear under oath that the following statement made regarding the aforementioned case is true and correct to the best of my knowledge and would so aver that:

_Over Page_

Page one of two.

Page two of sworn affidavit.

_____
Signature of Affiant

Sworn to and subscribed to before me
this 16th day of April, 2007.

_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2011

SEAL

My commission expires _____

STATE OF ALABAMA

COUNTY OF BULLOCK        2:07cv332-ID

AFFIDAVIT

I, Ronnie V. Williams, Swear that this and other statements are true. I Ronnie V. Williams came to the Bullock Correctional Facility, on April 18, 2005, and on April 18, 2005 is when the problems began for me here at Bullock Correctional Facility.

During this time I entered in to the (8) eight weeks Substance Abuse Program, and before ever coming to any state facility I was treated for hives for many years. John Smith, the doctor that began my treatment at the Franklin Memorial Clinic, in the city of Prichard Alabama where I am originally from. This same treatment I received at the Franklin Memorial Clinic, I also received at the Mobile County Jail, for (1) one year (2) two months and (2) two days, which was for hives and not a mental health condition.

I Ronnie V. Williams, at this time with a sound mind, realized that something was wrong with the treatments that had been administered here at Bullock Correctional Facility. The record will show that I never had at anytime a mental condition, or ever been treated for a mental health condition.

But, after taking this medication for a few weeks I realized that something was not right with the medication I was taking. I was under the care of Dr. Siddiq, and Chronic Care nurse Nalls, I, have addressed this issue to them,; they instructed me this is the same medication I have always been taking. I knew the information provided was incorrect. I knew what the pills were suppose to look like, the name brand pills should be

1

small and brown; the off brand pills are a off white with the writing : saying-P.A. on one side and -08- on the other. These pills are not the ones I have been given.

The pill that the head doctor and head nurse proscribed to me was causing me problems with my eyes sight. I conveyed this problem to with Dr. Siddiq, and Nurse Nalls, they told me that they would take care of everything, and Dr. Siddiq could go ahead and do something else. It was at this point I contacted my family and a lawyer back in Mobile. My Family had a lawyer to call here to speak with someone. The Doctor said things were put in its right order, so they began to give me a number of pills tht were not the same as the first few times. After a period of time I had gotten to the point to see the Doctor again, but he was not in that day. I told Nurse Nalls about my contact with this Lawyer. Nurse Nalls informs me not to tell the Lawyer about the wrong pills I was given and she would put me on the list she has with (4) four other inmates on. During this time I was writing dates and times when I had to go before them for anything, I never told them about this list. There are a number of other nurse that went along with this list:

1. Nurse Nalls
2. Nurse Robertson
3. Nurse Mosley

None of the staff cared about what I had been saying about these pills. My hives had gotten to the point to were I asked Dr. Siddiq to give me Benadryl, I told him that Benadryl, would help with my problem with my hives. The Benadryl did help subdue the hives but the prescription eventual y expired, and again I was given the wrong pills; after I was told the right pills was in.

2

The problem got to the point where I asked the teachers in the Substance Abuse Program to help. I also put the complaint on the desk of Captain Perkins. After talking to Captain Perkins, he told me that I should have stayed home, and to take this problem to someone else. I then wrote Captain Nettles, and Warden Boyd, but to no avail, I never heard from either on these matters.

After about (2) two and (1/2) half months I of going to pill call, Nurse Mosley, who was the one giving me my medication at this time, looked at the list of names for pill call, and informs me that my pills are out. She then takes upon herself and tells me some name, and I would tell her that name was incorrect, she then points at the pill call book and tells me of some kind of pill I've never heard of, and informs me that this is the pill I've been taking all this time. The Nurse then asked me where I slept, I told her 16 Dorm. She instructed me that this pill was a psychotropic, and I should be sleeping in the Mental Health Unit of the institution taking this type of medication. After this altercation I went to my classification officer Mrs. Seals, I explained to her my situation, of all the inconsistent medical cares I've been endure those past few months, and that I literally feared for my life. She expressed her apologies for the treatment, but unfortunately there was nothing she could do for me, and recommended me to have an outside lawyer to be contacted by my family.

The next person I approached was Mr. Anthony, he would be able give me the address to my doctor, John Smith who originally began this treatment for hives. I explained to Mr. Anthony, my current situation and that I needed to contact my doctor for a copy of my medical records. Mr. Anthony asked me to step out of his office to go and pull my institutional file, after reviewing my profile he saw that I was being treated for

hives and not a mental condition. He then questioned me who told me about the medication I was taking. I then explained to Mr. Anthony that the Nurse was black and a female. He then asked me to step out of his office and went to the infirmary, when he returned he said that he would take care of the matter. But, he still eluded me in not giving me Dr. John Smith's address, his reason was that he did not have a Mobile area phone book, although I could see the phone book behind his desk on a shelf.

At a later date Nurse Nalls sent for me, she questioned me and wanted to know what was wrong with me, and if I had any proof of the mistakes that had been made. I informed her that I did have proof and I would be calling my lawyer. She then tells me that, I was on the list of four other inmates and that she was good friends with Sergeant Specks, and if I don't stop with this mess, she would have me "Beaten" and thrown up and down, that hall. The only reaction I had was a stare, she continued to impart to me, that I have it to good; I need to think about those countries where they would put me in a hole in the ground and feed me bread and water, once a week. I still gave her no response, but I did write all these things down with the dates, and sent it home with my wife and sister.

Another situation I encountered during this whole ordeal; I was called to the infirmary for a chronic care follow up, Nurse Nalls of course is the head chronic care nurse. I was exposed to gas in the kitchen while I was working, for a period of (2) two months. Because of the prolonged exposer to the gas I could feel a lymph node coming on the right side of my neck, I had to sign up for sick call. I began to tell Nurse Nalls about the gas leak and about the lymph node that was coming up on the right side of my neck, she concluded me as being sarcastic and told me that I think I'm so smart to tell her

4

what's wrong with me. I explained to her that I've have had these before. She told me that she did not need to here this, in this early morning, and she would wait to let the doctor deal with me. I was asked to wait for the doctor in the waiting area, and a few moments latter, the officer on duty C.O. Hooks calls me to come and see the doctor. I was baffled because Dr. Saddiq was not in yet; I was directed to Dr. Sanders who is the resident Psychiatrist. I then tried to walk out of the infirmary, but was stopped by the officer. Dr. Sanders then informed me that I told Nurse Nalls I was going to blow up the kitchen. I asked the officer if she heard me tell the Nurse this; she said I did not say this at all. Dr. Sanders then filled out paper work about the statements that was made. Later that same day I was called to Captain Nettle's office, I of course was questioned about the situation that morning. Captain Nettles found this situation funny, as if Nurse Nalls had done this type thing before. I asked if I could have charges of filing a false statement against me, he told me he would put this on Warden Boyd's desk. Latter on, Captain Perkins called me to his office and I was questioned yet again about what happened with Nurse Nalls; he also found this funny. He told me that he did not hear me say any thing that would even give evidence to the fact of the false statement. Captain Perkins concluded for me to forget what happened. I asked him how to press charges against Nurse Nalls and he advised me to forget about it or take it outside the facility.

    Captain Perkins, called the kitchen and asked them about the gas leak, and the kitchen steward said there was not any type of leak reported. I myself went to the Sergeant McCraney weeks before that day. He did in fact remember me reporting this issue.

I continued to have problems with getting the right pills, a multitude of times I was given the pills that were prescribed to another Ronnie Williams, who was not even an inmate at this institution, he had not transferred yet from another institution. I later found out that this Ronnie Williams was a mental health patient. The classification specialists Mrs. Seals, Mrs. Allison, Mr. Anthony, and Mr. Jones can attest to the fact that I have or have been classed as a mental health patient. Now, this other inmate Ronnie Williams is in the institution, I still receive his medication. Not only do I have a problem with receiving my medication but at times the other Ronnie Williams receives money that has been sent to me, and at times the institution has sent for the other Ronnie Williams and of course they have came to retrieve me.

I have notified the Captain and the Warden of all these issues and their response has been maintained as their apologies.

Done this 12th Day of April 2007.

*Ronnie V. Williams*

Ronnie V. Williams

Sworn to and subscribed before me this 12th Day of, Apr.l, 2007.

_____
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2011
Notary Public

My commission expires on:_____

6

Ronnie V. Williams - AIS #239426
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Alabama 36089-2007

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711