5-9-07               Ronnie V Williams
                     REG #239426

2007 MAY 10 A 9:24
HACKETT CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

To: The Office of The Clerk
United States District Court
Montgomery, ALABAMA - 36101-0711

My name is Ronnie V. Williams - A.I.S. #239426
Case Number: 2:07-CV-00332-ID-TFM. Document #3-1
Date Filed: 04-23-2007

I am writing this office, to request for an extension of time from which time that were given by your office. And the Court's have given me. Which the date that you had given, for an deadline, is May 14, 2007.
I would Like for you to please! give me an extension on this matter.
I have contact my wife and other family member on this matter, and they are more then willing to help me with this matter.
I have given them the number from the forms that your office sent me.
Here are some that can be contacted if needed.
① My Wife Gwendolyn Williams - Phone - 251-452-4231
My Sister, Bunny Harrison or Robert Harrison
Home Phone - 251-341-1398 or Cell - 251-604-2401 -
And can call at anytime Please!    Thank You!

Kevin Renaie W. Williams #AIS 239436
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Alabama - 36089

MONTGOMERY AL 361
09 MAY 2007 PM 3 T

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

36101+0711