IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| RONNIE V. WILLIAMS, #239 426 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-332-ID |
| DR. SIDDIQ, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed April 23, 2007. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4), is GRANTED;

2. Plaintiff is GRANTED an extension from May 14, 2007 to June 4, 2007 to comply with the court's April 23, 2007 order that he submit an initial partial filing fee to the court in the amount of $7.83; and

3. The Clerk furnish a copy of this order to the account clerk at the Bullock Correctional Facility.

Done, this 11th day of May 2007.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE