IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE V. WILLIAMS, #239426 | * | |
| PLAINTIFF, | * | |
| vs. | * | CASE NO. 2:07-CV-332-ID |
| DR. SIDDIQ, ET., AL., | * | |
| DEFENDANTS. | * | |

## MOTION FOR INJUNCTIVE RELIEF

Comes now the Plaintiff, Ronnie. V. Williams, Pro-Se, in the above styled cause and moves this Honorable Court to grant this motive pursuant to Federal Rules of Civil Procedure, Rule __65__, and in support thereof states the following:

1. On April 16, 2007, the Plaintiff filed a complaint against the above mentioned Defendants.

2. Since the Defendants have learned of said action, Plaintiff has been repeatedly threatened by both the Medical Staff and the Security Staff at the Bullock County Correctional Facility.

3. The Plaintiff is afraid the threats made about his ongoing medical treatment will be carried out by the Medical Staff, and/or, that the Security Staff will harass and threaten his well being because of Complaint filed with this Court.

4. Plaintiff avers that he is afraid for his safety and well being and that he urges this Honorable Court to place an injunction order against Defendants so that they will stop harassment and coercive tactics against Plaintiff, and treat him as if no complaint has been filed against them.

WHEREFORE, from above stated Premises, the Plaintiff prays that this Honorable Court will grant this Motion for Injunction Relief as requested by Plaintiff.

For this the Plaintiff forever prays. Done this _7th_ day of June, 2007.

Respectfully Submitted,

Ronnie V. Williams, #239426
Bullock Correctional Facility
P. O. Box 5107
Union Springs, AL 36089

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon the Clerk of Court for the Middle District of Alabama, Northern Division, Debra P. Hackett, P. O. Box 711, Montgomery, Alabama 36101 and Defendant Dr. Siddiq, P. O. Box 5107, Union Springs, Alabama 36089, by placing same in the U. S. Mail, First Class postage pre-paid, and correctly addressed. Done this _____ day of June, 2007.

_____
Ronnie V. Williams, Pro-Se

My's Note's

©        6-5-07

1 of 2 pages

Dear Clerk:
District Court Middle District of Alabama

I, Pearie V. Williams, A.I.S. #239426 I would Like for this courts to help me with the matter of being moved from this Facility on a number of Reason for this movement. Since I filed this Case 2:07-CV-332-JD (cw) in your courts the Attitude of people here have been different's I feel, and that change itself is not right.

For one thing most of the staff here are Family, and friends of the Defendants, in my case, And I feel that this could cause me more problems doing my stay here at Bullock Correctional Facility.

And there have been times that I needed some form of treatment, but there is a form of fear since I have taken these action against the Defendants in this case. And I do feel that its unsafe, for me doing my stay here at this facility Bullock Correctional Facility. And I have wrote the sentencing Judge- Charles A. Graddick, of Mobile on these matter, And I were told by a Warden A. miss. Giles, that he contacted, but there's no proof.

Next Page = 2

②.

No proof of that call ever being made to her here, after my letter that were sent to Judge Mr. Charles A. Graddick of Mobile, and there have been problems with mail here for some time here at Bullock Correctional Facility.

So, if you could find it in your heart to have me removed to a facility near my family an home, where they would be able to see what form of treatment that I'm getting at some other facility near home Please!

I am always praying for someone to come alone and would listen to my prayers, and I hope your courts will hear my prayers - Please!

I Ronnie V. Williams swear that the statments in this letter is truth.

Sign: Ronnie V. Williams
A.I.S. # 239436

From: Ronnie V. Williams, A.I.S. #234211
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Alabama 36089

To: Debra P. Hackett - Clerk
District Court Middle
District of Alabama
P.O. Box 711
Montgomery, Alabama 36101

MONTGOMERY AL 361
07 JUN 2007 PM 1 L

36101+0711