| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) M. Shever   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Prison Health Services<br>Attn: Kim Jay<br>105 West Park Drive, Suite 200<br>Brentwood, TN 37027<br><br>07cv332 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 2962 0877 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540