IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RONNIE V. WILLIAMS, #239 426        *

    Plaintiff,        *

    v.        *        2:07-CV-332-ID

DR. SIDDIQ, *et al.*,        *

    Defendants.        *

_____

**ORDER**

It appears that service has not been perfected on Defendant Mosley. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Mosley, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before July 6, 2007 Plaintiff shall furnish the clerk's office with the correct address for Defendant Mosley. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Mosley will not be served, she/he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal*

*Rules of Civil Procedure*.

    Done, this 22nd day of June 2007.

                                          /s/ Terry F. Moorer
                                 TERRY F. MOORER
                                 UNITED STATES MAGISTRATE JUDGE