IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE V. WILLIAMS, #239426 | * | |
| PLAINTIFF, | * | |
| vs. | * | CASE NO. 2:07-CV-332.9D |
| | | (WO) |
| DR. SIDDIQ, ET, AL., | * | |
| DEFENDANTS, | * | |

RESPONSE TO THE MAGISTRATE JUDGE'S RECOMMENDATIONS

Comes now the Plaintiff, Ronnie V. Williams, Pro-Se, in the above styled cause and moves this Honorable Court to review this Response to the Magistrate Judge's Recommendation and in support thereof states the following to uphold a Preliminary Injunction; and the following of what has occurred since the Plaintiff filed the present complaint against the Defendants at the Bullock County Correctional Facility.

PRELIMINARY INJUNCTION

What has happened since the court's papers has been served to the Defendants _April_ _23-07_, here at the Bullock Correctional Facility.

PART I

On June 10, 2007, time 7:01pm., the time for pill call, I had gone to the window "L to Z" side on this day, and time, and a nurse: Ms. Robinson, to who would make a statement that she would

be contacting the Parole Board, and would ask them to keep me locked up because I had filed papers on her, and I never made any statement that I had filed these papers. And I never received my pills at this time from nurse: Robinson, that day.

And I did contact, a C.O. Sgt. Lockly, and I was told to file the Inmate Grievance Form, out on this matter, and I did just that. And it was received on 6-11-07, by a head R.N. here at Bullock Correctional Facility.

## PART II

On the date, 6-12-07, time: 9:20am, I had gone for dental work on a tooth that had been causing problems for sometime now, and the reason that I'm still having this problem is that this doctor that should have been doing this work on this date: 6-12-07, would have me to get up out of the dental seat, and for me to go and see what this Dr. Siddiq, needed with me. And after getting to his office, he would have all other inmates removed from his office that were seeking help from Dr. Siddiq.

And after being seated in Doctor Siddiq office, by three (3) CO, standing there, and Doctor Siddiq would ask me, what is this about me filing charges on him, and I would say to him that I were not at a place to speak about this at this time, and he would make the statement that he just needed to see my face that is all, now you can go.

And during this time this man that should be getting ready to do work on teeth, were standing there in Doctor Siddiq office, the whole time listing to what was said, as if he should be there to put fear of some kind in me. And this same man while in his dental office stated that I'm taking food out of the mouths of these nurses' kids. There were not -1- one kind word from this man mouth, and I still have not gotten any work on my mouth yet!

PART III

On the date: 6-13-07, time 9:30am., I was told by a C.O. Ms. Hall, to whom were the C.O. over C Dorm, that day 6-13-07, and after contacting me Ms. Hall said that I were needed in the infirmary and to see a nurse: Nalls.

And after I gotten to the door of the infirmary I knocked and there was <u>C.O. Sgt. Carter</u>, and she would tell me to go on back there Ms. Nalls need to see you <u>Ronnie V. Williams</u>, and at this time, there were already a number of inmates there to see nurse Ms. Nalls. And there was a inmate in her office at this time, and C.O. Sgt. Ms. Carter would remind nurse Nalls, that I was out there, and that meeting ended with that inmate, and I were to go ahead before the other inmates that were already there for health care matters, and after going in to Ms. Nalls office, there come this man again that do dental work at Bullock, and Ms. Nalls would have him to sit in for some strange reason, like Doctor Siddiq did on 6-12-07. And after I were seated, Ms. Nalls turned and looked at this man, this doctor and would say to him do you know this damn fool.

<u>Ronnie Williams</u> and I would say to her and him this doctor <u>Ronnie V. Williams</u> and Ms Nalls would go on to say, this damn fool is craze, going around telling people that we gave him the wrong damn pills, and I would say to her that I did not come here for that, and she would tell me that she is not talking to me, and if I don't want to hear this, turn around and sit there and close your ears. So this male doctor gotten up and gone out of Ms. Nalls office, and what happen next were very much out of line.

Ms. Nalls would spin around facing me, and would say to me, you need to listen and don't say a word, and she would say that I got Doctor Siddiq upset around here and I need to sit my ass

down somewhere and that I can write or call, any family members or lawyer I want, they can't help you, and at this time Ms. Nalls is getting closer to my face.

And I jumped up out of the seat where I were sitting, and backed my way out of her office, and called for C.O. Sgt. Carter and she would ask me what Ms. Nalls is doing.

And also Ms. Hooks, a C.O. here at Bullock would ask me what's wrong and I would say that someone need to come and get her. And Sgt. Carter at this time was making her way to me from the front desk. Now I'm holding my hands up with my back against the wall in the hallway.

And I could see that nurse Nalls were looking around for something on her desk, and I told Sgt. Carter, here she come, and she would tell me to come on get out of the way, and to go ahead and leave, and by this time Ms. Nalls realized that Sgt. Carter, had in fact made her way back there, and would act as if she had not said or did anything by walking out of her office, and telling Ms. Carter that she were just taking a file to the dental office, as if she had done or said nothing wrong toward me.

And I were told to report this to the shift office, and I did, to a C.O. Lt. Brenda Marcus, and she did take the report on 6-13-07, and 6-11-07.

And I did file a grievance form on this matter and a Mr. Lance Anthony, said that he would pass it on to head nurse Ms. Player.

And there has been no response as of this date 6-20-07 on this matter.

-4-

## PART IV

On this date, 6-16-07, time 6:25 - last pill call.

I were deny my pills by a <u>nurse Ms. Slater</u>, and the reason for this was that I informed her that she were handing me 1-one pill to many.

And would take it upon herself and deny me any of my pills that is needed.

And if they are to put fear in me, and to hurt me, they have done just that. Because I do fear ever going to them for any health care, because they might do anything to hurt me, and maybe they have in the past to other inmates here.

Because these nurses have shown nothing but hate for some time now, and I been here for 2-two years an 2-two months.

And I never were told by any court's that I were to be treated for any mental problem or to die at the hands of Correctional Facility. And I do fear for my <u>health</u>, as well as my life here at this facility.

There are many very good friends among these nurses and Doctors here. And I have asked to be moved from this facility, and were told that it's the same at all Correctional Facility in the State of Alabama. And were told that I need to watch what I say around here.

And all of this, my family have been sick behind this kind of treatment here at this facility. And I hope and pray that I hear from you soon on this matter.

Wherefore from the above stated premises, the Plaintiff prays that this Honorable Court will grant Plaintiff his Motion for a Preliminary Injunction against the Defendants.

For this the Plaintiff forever prays. Done this _26th_ day of June, 2007.

Respectfully Submitted,

*Ronnie V. Williams*
Ronnie V. Williams, #239426
Bullock Correctional Facility
P. O. Box 5107
Union Springs, AL 36089

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Clerk of this Court, Debra Hackett, United States District court, P. O. Box 711, Montgomery, AL 36101-0711, and the Defendant, Dr. Siddiq, P. O. Box 5107, Union Springs, AL 36089, by placing same in the U. S. mail, first class postage pre-paid, and correctly addressed. Done this 26th day of June, 2007.

*Ronnie V. Williams*
Ronnie V. Williams, #239426

Cornell Williams AIS #234046
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Alabama 36089

To: J.B. DeHart & Halett Clerk
District Court Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101