IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE V. WILLIAMS (AIS# 239426), | * |
| Plaintiff, | * |
| v. | *  CASE NO. 2:07-CV-332-ID |
| DR. SIDDIQ et al. | * |
| Defendants. | * |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE SPECIAL REPORT AND ANSWER**

COME NOW the Defendants, Prison Health Services, Inc., Dr. Tahir Siddiq, Nurse Wilma Nalls, and Yolanda Mosley (hereinafter collectively "PHS"), by and through counsel, and respectfully request that this Honorable Court extend the time period which these Defendants have to file the Answer and Special Report in this action by thirty (30) days, up to and including August 17, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1. A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2. Defense counsel has not yet received all of the Plaintiff's medical records from the correctional facility. Once those records are received, the Defendants will need additional time to review the medical records and perform the necessary investigation into this claim in order to properly address all issues within the confines of that Special Report and Answer.

WHEREFORE, all premises considered, the Defendants respectfully request an extension within which to file their Special Report and Answer, said Special Report and Answer to be filed on or before August 17, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants
Prison Health Services, Inc., Dr. Tahir
Siddiq, Nurse Wilma Nalls, and
Yolanda Mosley
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 16th day of July, 2007, to:

Mr. Ronnie Vincent Williams (AIS # 239426)
Bullock Correctional Facility
P. O. Box 5107
Union Springs, AL  36089

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants
Prison Health Services, Inc., Dr. Tahir
Siddiq, Nurse Wilma Nalls, and
Yolanda Mosley