IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| RONNIE V. WILLIAMS, #239 426 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-332-ID |
| DR. SIDDIQ, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 14) is GRANTED; and

2. Defendants are GRANTED an extension from July 17, 2007 to August 17, 2007 to file their answer and written report.

Done, this 17th day of July 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE