IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE V. WILLIAMS # 239 426, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07-CV-332-ID |
| | ) | |
| DR. SIDDIQ, *et al.,* | ) | |
| | ) | |
| Defendants. | | |

**ORDER**

Upon careful CONSIDERATION of Plaintiff Ronnie V. Williams' response to the Magistrate Judge's Recommendation (Doc. No. 13), which the court construes as a motion for reconsideration of the court's July 3, 2007, order (Doc. No. 12), it is ORDERED that said motion be and the same is hereby DENIED.

Done this 17th day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE