IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE V. WILLIAMS (AIS# 239426), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:07-CV-332-ID |
| | * | |
| DR. SIDDIQ et al. | * | |
| | * | |
| Defendants. | * | |

**SPECIAL REPORT OF DEFENDANTS, PRISON HEALTH SERVICES,
INC., DR. TAHIR SIDDIQ, NURSE WILMA NALLS,
NURSE ROBINSON AND NURSE YOLANDA MOSLEY**

COME NOW the Defendants, Prison Health Services, Inc. (hereafter "PHS") and Dr. Tahir Siddiq, and nurses associated with PHS, by and through counsel, and in response to this Honorable Court's Order presents the following Special Report with regard to this matter.

## I. INTRODUCTION

The Plaintiff, Ronnie Vincent Williams (AIS# 239426), is alleged to be incarcerated at the Bullock County Correctional Facility, P. O. Box 5107, Union Springs, Alabama, and has been incarcerated there since April 2005.  On April 18, 2007, Williams filed a Complaint against Defendant PHS and certain employees arising out of allegedly improper medication being provided to him.  Specifically, Williams claims his rights under the Equal Protection Clause of the United States Constitution have been violated by PHS employees dispensing psychotropic medication to him that should have gone to another prisoner bearing the same name.  Williams seeks in excess of $6 million in compensatory and punitive damages for his claims.

PHS has conducted an extensive investigation into the factual allegations giving rise to Williams' Complaint. PHS has also examined the legal issues associated with claims of this type. At this time, these Defendants submit this Special Report, which is supported by the following exhibits:

1.    <u>Exhibit "A"</u> -- Certain medical records of Ronnie Vincent Williams;

2.    <u>Exhibit "B"</u> -- Affidavit of Dr. Tahir Siddiq;

3.    <u>Exhibit "C"</u> -- Affidavit of Wilma Nalls;

4.    <u>Exhibit "D"</u> -- Affidavit of Brandee Player, H.S.A.;

5.    <u>Exhibit "E"</u> -- Grievance forms/procedures for Bullock County Correctional Facility.[1]

These evidentiary materials confirm that Williams has been provided appropriate medication and medical treatment for his condition and that the allegations in his Complaint are false.

## II. <u>NARRATIVE SUMMARY OF FACTS</u>

At all pertinent times, Ronnie Vincent Williams (AIS# 239426) has been incarcerated at the Bullock County Correctional Facility. According to Williams' Complaint, the violations upon which he bases his Complaint began immediately upon his incarceration at Bullock County Correctional Facility on April 18, 2005. [Plaintiff's Complaint, IV; Affidavit Ronnie Williams]. Williams claims that medication prescribed for

---

[1]  Nurse Robinson and Nurse Mosley, who have been named in the Complaint, no longer work for Prison Health Services and cannot be located to provide affidavits. However, Wilma Nalls is extremely familiar with the allegations asserted against the nursing team at Bullock County Correctional Facility and addresses these issues in her affidavit.

him has not been provided while, at the same time, certain pills that he believes constitute psychotropic drugs have been prescribed for him improperly. [Affidavit of Ronnie Vincent Williams].

Mr. Williams has been seen and evaluated by PHS on numerous occasions since his incarceration at Bullock County Correctional Facility in April 2005. [Exhibit "B" -- Affidavit of Dr. Tahir Siddiq]. Since his arrival at the facility, Williams has been enrolled in the Chronic Care Clinic for problems relating to hyperlipedemia (high cholesterol). PHS has prescribed Lopid 600 m.g. twice per day for this condition and Williams has been advised to remain on a low cholesterol diet. [Exhibit "B" -- Affidavit of Dr. Tahir Siddiq].

Mr. Williams has a medical history significant for anxiety and induced itching. [Exhibit "C" -- Affidavit of Wilma Nalls, R.N.]. In Williams' psychiatric evaluation of April 7, 2005, the report notes Williams has problems relating to chronic anxiety and apprehension. [Exhibit "A" - certain medical records; Exhibit "B" -- Affidavit of Dr. Tahir Siddiq]. As a result of his anxiety and induced itching, PHS medical providers have prescribed Atarax and Vistaril, as well as Benadryl on occasions when his itching flares up. [Exhibit "A" - certain medical records; Exhibit "B" -- Affidavit of Dr. Tahir Siddiq].

Multiple PHS personnel have discussed Mr. Williams' allegations concerning improper medication with him. [Exhibit "B" -- Affidavit of Dr. Tahir Siddiq; Exhibit "C" -- Affidavit of Wilma Nalls, R.N.]. Williams alleges he has been prescribed or administered the wrong medication, records verify that this is untrue and that he has never been prescribed or administered wrong medication by any medical provider at the Bullock County Correctional Facility. [Exhibit "A" - certain medical records; Exhibit "B" --

3

Affidavit of Dr. Tahir Siddiq]. Nurse Nalls has explained to Williams that he has been given the correct medication and he has been told that although the medicine may look different from what he is used to receiving, he is, in fact, receiving correct medication. [Exhibit "C" -- Affidavit of Wilma Nalls, R.N.]. Nurse Nalls has advised Williams that a specific medicine may come in several different brands and each brand has its own look. PHS employees have stressed on numerous occasions to Williams that although the pills may look different, they are the same medication that has always been administered. [Exhibit "C" -- Affidavit of Wilma Nalls, R.N.].

Williams claims that medication intended for another "Ronnie Williams" was, in fact, prescribed for him. PHS has determined that this is false. [Exhibit "C" -- Affidavit of Wilma Nalls, R.N.].

In his affidavit, Williams also makes assertions that improper medical treatment was provided in association with his exposure to gas while working in the kitchen. PHS employees explained to Mr. Williams that there was no gas leak and informed him that he was the only person who allegedly smelled gas in the kitchen. [Exhibit "C" -- Affidavit of Wilma Nalls, R.N.]. Williams then told Nurse Nalls that he would strike a match and show here that there was a leak. [Exhibit "C" -- Affidavit of Wilma Nalls, R.N.]. At that time, PHS employees spoke with Dr. Sanders in the Mental Health Unit and explained this particular incident to him. [Exhibit "C" -- Affidavit of Wilma Nalls, R.N.]. Dr. Sanders spoke with Williams regarding the incident and Williams advised him that he had been exposed to gas and wanted out of the kitchen. [Exhibit "C" -- Affidavit of Wilma Nalls, R.N.]. Dr. Sanders' notes reflect that he could not elicit findings of delusion, but that he did find Williams animated, logical, and coherent. [Exhibit "C" --

Affidavit of Wilma Nalls, R.N.]. Dr. Sanders also noted that Williams was evasive and gave the impression of dissembling from which Dr. Sanders diagnosed Williams with an Anti-Social Personality Disorder. [Exhibit "C" -- Affidavit of Wilma Nalls, R.N.].

At all times, PHS employees have exercised the same degree of care, skill, and diligence as other similarly situated healthcare providers would have exercised under the same and similar circumstances. In addition, at no time has Mr. Williams been denied proper treatment for his condition and at no time has any PHS employee shown deliberate indifference to any serious medical need experienced by Mr. Williams. [Exhibit "B" -- Affidavit of Dr. Tahir Siddiq; Exhibit "C" -- Affidavit of Wilma Nalls, R.N.].

### III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.    The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.    The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.    The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.    The Plaintiff's Complaint fails to state a claim against the Defendants for which relief can be granted.

5.      The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.      The Plaintiff is not entitled to any relief requested in the Complaint.

7.      The Defendants plead the defense of qualified immunity and aver that the actions taken by the Defendants was reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.      The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.      The Defendants cannot be held liable on the basis of respondeat superior, agency, or vicarious liability theories.

10.     The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.     The allegations contained in the Plaintiff's Complaint against the Defendant, Dr. John Peasant, sued in his individual capacity, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

12.     The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.     The Defendants aver that they were, at all times, acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against the Defendant, Dr. John Peasant, in his official capacity are barred by the Eleventh Amendment to the United States Constitution.

17.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.    The Defendants plead the defense that at all times in treating Plaintiff it exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.    The Defendants plead the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

21.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

7

22.    The Defendants plead the affirmative defense that it is not responsible for the policies and procedures of the Alabama Department of Corrections.

23.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.    The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against him and that any such award would violate the United States Constitution.

25.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendant, Dr. John Peasant, who is a state officer entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.    The Defendants assert that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

**A.**    **Because Williams Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint..**

Congress passed the Prison Litigation Reform Act of 1995 ("PLRA") in order to control frivolous prisoner lawsuits.  The Act contains multiple, mandatory provisions that require the dismissal of complaints identical to those asserted by Mr. Williams.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program. 42 U.S.C. §1997e(h).

Williams admits to being incarcerated in his Complaint, therefore, he meets the definition of "prisoner" as defined by the PLRA.  See Boyd v. Corrections Corporation of America, 380 F.3d 989 (6th Cir. 2004).

The crux of the PLRA requires a prisoner to exhaust all internal, administrative remedies prior to filing suit.  The PLRA requires that the Court on its motion or the motion of a defendant dismiss any action with respect to prisoner conditions or medical treatment upon failure to exhaust these remedies.  42 U.S.C. §1997e(a).  This provision states the following:

**(a)    Applicability of Administrative Remedies.**
No action shall be brought with respect to prison conditions
under section 1983 of this title, or any other Federal law, by
a prisoner confined in any jail, prison, or other correctional
facility until such administrative remedies as are available
are exhausted. (emphasis added).

**(b)    Failure of State to Adopt or Adhere to
Administrative Grievance Procedure.**
The failure of a State to adopt or adhere to an administrative
grievance procedure shall not constitute the basis for an
action under 1997a or 1997c of this Title.

**(c)    Dismissal**
The Court shall on its own motion or on the motion of  a
party dismiss any action brought with respect to prison
conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or
other correctional facility if the court is satisfied that the
action is frivolous, malicious, fails to state a claim upon
which relief can be granted, or seeks monetary relief from a
defendant who is immune from such relief.

42 U.S.C. § 1997e(a)

"Administrative remedies" pursuant to this Act constitute prison or jail grievance

procedures such as those identified in this Special Report.   Before filing suit, the

prison/plaintiff must submit his claim through this procedure and the grievance must

address the specific issue upon which the suit is based.  Failure to strictly follow these

procedures requires dismissal of the action.   Even if the prisoner/plaintiff has no

knowledge regarding the existence of the procedures, this does not relieve the

requirement.  See Zolicoffer v. Scott, 55 F. Supp. 2d 1372 (N.D. Ga. 1999), affirmed

without opinion (252 F.3d 440 (11th Cir. 2001).

In this particular case, Williams failed to follow available, required administrative

procedures that existed within the Bullock County Correctional Facility.  [Exhibit "D" –

Affidavit of Brandee Player, H.S.A.]   These procedures required Williams to seek administrative relief of his claim before seeking court intervention regarding his claim. His failure to follow these internal procedures concerning his medical grievances require his claim be dismissed with prejudice. Woodford v. NGO, 126 S. Ct. 2378, 165 L.Ed.2d 368 (2006).

Multiple cases within this District have been remanded on issues pertaining to whether the Plaintiff should be allowed to comply with the internal grievance procedure and resubmit his case.  This thinking has led to multiple cases being dismissed "without prejudice" in order to allow prisoners to be able to re-file their litigation.  The Prison Litigation Reform Act requires dismissal if their case with prejudice for failing to follow mandatory procedures that they know exist.   The "exhaustion" requirement is mandatory and must be followed prior to litigation ensuing in federal court, and on this issue, the U.S. Supreme Court is clear. Woodford, supra, at 2387, 2388.

Williams' case is the latest in a litany of prison litigation with no factual support and little in the way of legal backing.  Instead, it makes every effort to insinuate and imply deficient medical treatment when, in fact, the treatment being provided to Williams is appropriately treating his healthcare conditions.  If Williams had a serious, legitimate complaint about his medication, internal grievance procedures are available to him.  His failure to exhaust those procedures requires his case be dismissed with prejudice.

### B.    The Plaintiff Has Failed To Prove That The Defendants Acted With Deliberate Indifference To Any Serious Medical Need.

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315

(M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984).

"Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e),

whereby the trial court may "protect the substance of qualified immunity," Shows v.

Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Williams'

medical records reveals that he has been given appropriate medical treatment at all

times. [Exhibit "A" - certain medical records; Exhibit "B" -- Affidavit of Dr. Tahir Siddiq;

and Exhibit "C" -- Affidavit of Wilma Nalls, R.N.].

The Plaintiff's Complaint fails to state a claim against the Defendants with the

detail and specificity required by the Alabama Medical Liability Act, ALA. CODE

§ 6-5-551, which provides as follows:

> In any action for injury, damages, or wrongful death, whether in contract or tort, against a health care provider for breach of the standard of care, whether resulting from acts or omissions in providing health care, or the hiring, training, supervision, retention or termination of care givers, the Alabama Medical Liability Act shall govern the parameters of discovery and all aspects of the action. The plaintiff shall include in the complaint filed in the action a detailed specification and factual description of each act and omission alleged by plaintiff to render the health care provider liable to plaintiff and shall include when feasible and ascertainable the date, time, and place of the act or acts. The plaintiff shall amend his complaint timely upon ascertainment of new or different acts or omissions upon which his claim is based; provided, however, that any such amendment must be made at least 90 days before trial. Any complaint which fails to include such detailed specification and factual description of each act and omission shall be subject to dismissal for failure to state a claim upon which relief may be granted. Any party shall be prohibited from conducting discovery with regard to any other act or omission or from introducing at trial evidence of any other act or omission. (emphasis added).

ALA. CODE § 6-5-551.

The Plaintiff's Complaint fails to state a claim against the Defendants because it fails to include a "detailed specification and factual description" of each act and omission alleged by Plaintiff to render the Defendants liable to Plaintiff; in particular, said Complaint fails to include the required statement of "the date, time, and place of the act or acts" of alleged malpractice, as required by the Act.  See ALA. CODE § 6-5-551 (emphasis added).

In order to state a cognizable claim under the Eighth Amendment, Williams must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs.  See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001).  In order to prevail, Williams must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference.  See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." (citations omitted). [Id.].

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner.  See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at

1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants are, also, entitled to qualified immunity from all claims asserted by Williams in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Williams to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Williams must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

Therefore, to defeat summary judgment, Williams must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that their practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated,

reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Williams' constitutional rights. All of Williams' medical needs have been addressed or treated. [Exhibit "A" - certain medical records; Exhibit "B" -- Affidavit of Dr. Tahir Siddiq; and Exhibit "C" -- Affidavit of Wilma Nalls, R.N.].

## V. **CONCLUSION**

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in their favor.

Respectfully submitted,


/s/  PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants
Prison Health Services, Inc., Dr. Tahir
Siddiq, Nurse Wilma Nalls, Nurse
Robinson, and Yolanda Mosley
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 481-0817
E-mail: pmj@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 17th day of August, 2007, to:

Mr. Ronnie Vincent Williams (AIS # 239426)
Bullock Correctional Facility
P. O. Box 5107
Union Springs, AL  36089


/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants
Prison Health Services, Inc., Dr. Tahir
Siddiq, Nurse Wilma Nalls, Nurse
Robinson, and Yolanda Mosley

# EXHIBIT A

## AFFIDAVIT

**STATE OF ALABAMA**

_Bullock_ **COUNTY**

I, _Brandee Player_, hereby certify and affirm that I am a _Regional Administrator_, at _Bullock County Correctional_; that I am one of the custodian of records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional medial file of one _Ronnie Williams_, AIS# _239426_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Bullock County Correctional_ and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _2_ day of _July_, 200 _7_.

SWORN TO AND SUSBCRIBED before me on this _2nd_ day of _July_, 200 _7_.

_Justine B. Person_
Notary Public
My Commission Expires: _2/24/2009_

# Transfer, Receiving Forms, and Evaluations

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME Williams, Ronnie    AIS# 239426

Medication Allergies: NKDA

Medical: Chronic (Long-Term) Problems    DOB 3/10/63
       Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
       Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 3/25/05 | Hypercholesterolemia | | | RR |
| 3-28-05 | PPD – Ø mm | | | MA |
| 4/20/00 | | None | | MA |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

| Date: 3/24/05 | AIS#: 239426 |
|---|---|

| Last Name: Williams | First: Ronnie | Middle: Vincent |
|---|---|---|
| Birthplace: Mobile Co. AL | DOB: 3/10/63 | SS#: 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 |

| FEMALES: Pregnancy test: (circle one) Positive / A Negative | B/P 120/88  Temp 99.9  Pulse 80  Resp 20  Weight 205 |
|---|---|
| | FSBS 150   If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?  1995: Surgery to area, lower sternum
9/84 Bilateral Chest tubes 2° pneumonia,    2° scratch below (R) nipple

Previous Incarcerations (Date & Facility) Ø

| Medications: ☐ None  Atarax, Cholesterol med | Special Diet (Prescribed) NO |
|---|---|
| Allergies: ☒ NKA | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form)  NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL
ATTENTION SHOULD BE IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

### CLINICAL OBSERVATIONS

| | |
|---|---|
| 1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person<br>( ) Lethargic ( ) Stuporous ( ) Comatose<br><br>Describe: | 3) Substance Abuse:   (✓) Yes  ( ) No  ( ) Suspected<br>( ) Current Intoxication/Abuse   (✓) Use  ( ) Withdrawal Symptoms<br>(✓) Drugs (✓) Alcohol<br>Describe- What kind? Amount/Frequency?<br>ETOH occas.  Past use marijuana<br>* If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.<br>Last Use: (Time/Date): |
| 2) General Appearance  (✓) Normal ( ) Abnormal<br><br>3) Signs of Trauma   ( ) Yes  (✓) No | |
| 4a) Behavior/Conduct: (✓) Calm    (✓) Cooperative  (✓) Non-Violent<br>( ) Agitated   ( ) Uncooperative  ( ) Violent<br>( ) Manipulative  ( ) Disorganized<br>Describe: | 4b) Affect/Mood: (✓) Normal ( ) Manic    ( ) Depressed<br>( ) Euphoria  ( ) Flat   ( ) Emotionally Confused<br><br>Describe: |
| 4c) Perceptions None  ( ) Delusional   ( ) Hallucinations | ( ) Hearing Voices |
| 5a) Is there h/o actual suicide attempt?  ( ) Yes (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes (✓) No |
| 5c) Is there evidence NONE | 5d) High risk pt may become assaultive towards staff? ( ) Yes (✓) No |
| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:<br><br>*Any abnormal observations #4 or 5 require immediate Mental Health Referral. | Triggers for Suicide Watch<br>- Currently Suicidal<br>- History of actual attempt<br>- Fails to maintain control on<br>  Close Watch   Y or N | Triggers for Close Watch<br>- Emotionally distraught and unable<br>  to regain composure by end of<br>  intake process<br>- Actively hallucinating or not<br>  making any sense  Y or N |
| 6a) Communication Difficulties   ( ) Yes  (✓) No | 6b) Memory Defects    ( ) Yes  (✓) No |
| 6c) Hearing Impairment believes he has problems ( ) Yes  ( ) No | 6d) Speech Difficulties   ( ) Yes  (✓) No |

7) Physical Aids: ( ) None   ( ) Glasses   ( ) Contacts   ( ) Hearing Aid   (✓) Dentures upper ( ) Cane   ( ) Crutches
( ) Walker   ( ) Wheelchair  ( ) Braces   ( ) Artificial Limb  ( ) Other  partial plate

8) Additional comments, complaints, symptoms:   None ☑

S)

O)    Fever  Y (N)    Swollen Glands  Y (N)    Signs of Infection  Y (N)    Skin Intact  (Y) N

A)

P)

If known Diabetic * Call M.D. for order _____.    Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for
health services to be provided to me by and through PRISON HEALTH SERVICES.

_Ronnie V Williams_  3/24/05              _Linda Bell RN_  3/24/05
Inmate's Signature/Date                   Health Provider Signature/Date

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record
Institution: **Bullock**
Date: **4-18-05** Time: **9 16** AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record
Institution: **Kcf**
Date: **4|15|05** Time: _____ AM/PM
RELEASE FROM:
- [ ] Infirmary     [ ] Segregation
- [✓] Population    [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [✓] DOC   [ ] Infirmary   [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
**NKA**

PHYSICAL EXAMINATION
Date of last exam: **3|25|05**
Chest X-Ray Date: _____ Result: _____
PPD Reading **0 mm**
Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | **3|25|05** | [✓] | [ ] | Wears Glasses/Contacts | [ ] | [✓] |
| Urinalysis | **3|25|05** | [✓] | [ ] | Dental Prosthesis | [✓] | [→] Top Front→two |
| | | | | Hearing Aide | [ ] | [✓] |
| | | | | Other Prosthesis | [ ] | [✓] |

M Jollert, RN
Receiving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
**Lopid 600mg BID**
**Vistoril 25mg 9 Am**
**Vistoril 50mg hs**

SCHEDULE FOR CHRONIC CARE CLINIC
DATE: _____ LAST CLINIC: **4|14|05**

MEDICATIONS      [✓] Sent w / inmate    [ ] Not sent w / inmate
X-RAY FILM       [✓] Sent w / inmate    [ ] Not sent w / inmate
HEALTH RECORD    [✓] Sent w / inmate    [ ] Not sent w / inmate
Released to: **DCC**

Date: **4|15|05** Time: _____ AM/PM

MEDICATIONS      [ ] Received    [ ] Not Received
X-RAY FILM       [ ] Received    [ ] Not Received
HEALTH RECORD    [ ] Received    [ ] Not Received
CHART REVIEWED   [✓] YES         [ ] NO
Received by: M Jollert, RN
Signature of Receiving Nurse
Date: **4-18-05** Time: **9 16** AM/PM

FOLLOW-UP CARE NEEDED     Date     Time     With Whom - - Location (Sending Nurse)     Date/Appt. Made w/Whom (Rec. Nurs
- [✓] Medical    [ ] Dental     _____
- [✓] Mental Health     _____

| | | Yes | No | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|
| HISTORY | Drug Use | | [✓] | SKIN | Open Sores [Rash on leg] | (Yes) | | Sick Call Procedures Explained | **Yes** |
| | Mental Illness | [✓] | | | Lice | | [✓] | Height | **5'9"** |
| | Suicide Attempt | | [✓] | | Edema | | [✓] | Weight | **205#** |
| | Chronic Care | [✓] | | | Warm & Dry | [✓] | | Blood Pressure | **120/80** |
| | | | | | Cool & Moist | | | Temperature | **98.8** |
| STATUS | Special Diet | | [✓] | CONDITION | Alert | [✓] | | Pulse Resp. | **76 20** |
| | Appearance | [✓] | | | Oriented | [✓] | | Other **O2 Sat - 99%** | |
| | | | | | Uncooperative | | [✓] | | |
| OTHER PERTINENT NURSING ASSESSMENT | | | | | Depressed | | [✓] | | |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

**Katie Bailey**                    **4|15|05**         **M Jollert, RN**              **4-18-**
Signature of Nurse Completing Assessment (Sending Nurse)    Date    Signature of Intake Screening Nurse (Receiving Nurse)    Date

INMATE NAME (LAST, FIRST, MIDDLE)                         DOC#            DOB            Race/Sex    FAC.

# Sick Call,
# Nursing Evaluation Tool



PRISON HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ronnie V. Williams_ Date of Request: _4-4-05_
ID # _234426_ Date of Birth: _3-10-62_ Location: _Dorm North Dorm 42#_
Nature of problem or request: _The Pills I'm Taking are not helping the
Itching, Like it sould, the pills that i was taking did work
But you have made some kind of change and its not working.
I still have a real bad itch, And need help, soon, Think you_
_Ronnie V. Williams_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/5/05_
Time: _8:30_ (AM) PM
Allergies: _NKA_

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: 4-5-05                    │
│ Time: 8:30 A                    │
│ Receiving Nurse Intials 𝓃       │
└─────────────────────────────────┘
```

(S)ubjective: _I have nervous breakouts I was taking
Atarax on Street. I'm itching really bad._

(O)bjective (V/S): T: _98³_ P: _80_ R: _18_ BP: _128/82_ WT: _200_
_a+o×3. Resp reg c ease. VS WNL NAD
42 y.o BM c no significant Medical Problem. ↑Choclor_
(A)ssessment: _alt. in comfort R/T above statement_

(P)lan: _See NP_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment    (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE ( ✓   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Graves, LP_        _M.D. of Chy_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# Progress Notes



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Williams, Ronnie, 239426    D.O.B.: 03/10/63 |
|-----------|------------------------------------------------|
| 4/18/05 1:30pm | Rec'd @ Bullock c̄ only one Vel. Had meds and |
| | mar. Meds are as follows 2 cards of Vistaril, and 2 |
| | cards of Lopid. ———————————— J. Howard mae |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

60111 (5/85)                    **Complete Both Sides Before Using Another Sheet**

# Physician Orders



**PRISON HEALTH SERVICES INCORPORATED**

### PHYSICIANS' ORDERS

| NAME: Williams Ronnie 239426 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 3|10|63  4/21/05 | Amox 500 po bid x 10d |
| ALLERGIES: NKDA 4/21/05 | Aulfred T po bid x 10d |
| Use Last    Date 4|21|05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Williams, Ronnie | DIAGNOSIS (If Chg'd) Anx-NOS. |
|---|---|
| #239426 | Increase Atarax order to 25 mg qam |
| D.O.B. 3|10|63    N-42 | and 50 mg hs pm x 90 days |
| ALLERGIES: NKDA | Noted by afrisnd |
| Use Fourth    Date 4/12/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Williams, Ronnie 239426 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 03,10,03   4/5/05 1045A | Atarax 25 mg PO qam } x30Q |
| ALLERGIES: NKDA | Atarax 50 g PO qPM |
|  noted frmes | MH referral (center) |
| Use Third    Date 04,05,05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    M Waters |

| NAME: Williams, Ronnie 239426 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 3|10|63 | ① M.H. Referral (meds) |
| ALLERGIES: NKDA 3/05 | ② Lopid 600 mg p.o. BID x 90d |
|  | ③ CXR R/o ABN |
|  | ④ CCC - CV/HTN |
| Use Second    Date 3/25/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    BAdams CRNP |

| NAME: Williams, Ronnie 239426 | DIAGNOSIS EKG |
|---|---|
| D.O.B. 3|10|63 | Cmp CHO |
| ALLERGIES: NKDA 3-25-05 | T/O B Adams CRNP / Hardy MD |
| Use First    Date 3/25/05  150p | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    BAdams CRNP |

# Chronic Care Clinic

PRISON HEALTH SERVICE

Name: Williams, Ronnie
Inamte #: _____
DOB: _____ Race: B Gender M

## Physician's Chronic Care Clinic

Date: 3/25/05    Time: 1400    Facility: KCF

Check all applicable CICs being evaluated: X Card/HTN __DM__GI__ID__PUL__SZ__TB

**OBJECTIVE:** BP 130/80  HR 76 RR 16 Temp 99² Wt 205 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Eyes    -    Pearla ; Eom I
Heart   -    S₁S₂ ; nr
Lugs    -    CTA B
Abp     -    ⊕ BS
Ext.    -    mawn

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN:    1) Hypercholesterolemia
            - Routine tests
            - meds
            - CCC

F/U:    Routine 90 days:____ ✓

Other____ prn

_____  MD
Physician

Problem List updated:  (Yes)  No

(01/31/05)



# MEDICATION ADMINISTRATION RECORD

**Month:** March 2005

**0658-A    MOBILE CO METRO JAIL    AL**

DRUG – DOSE – MODE – INTERVAL – START – STOP

RX# 9095798
HYDROXYZINE HCL 25MG TABS –ATARAX–
TAKE 1 TAB EACH MORNING FOR 90 DAYS
START: 12/09/04    STOP: 03/09/05
PHY: SONNIER,MARC O

RX# 9095791
HYDROXYZINE HCL 50MG TABS –ATARAX–
TAB AT BED TIME FOR 90 DAYS
START: 12/09/04    STOP: 03/09/05
PHY: SONNIER,MARC O

Ataraxy 25mg ī po QAM
x 30 days
START: 3/3    STOP: 4/3
PHY: Sonnier

Atarax 50mg ī po QPM x 30 days
START: 3/3    STOP: 4/3
PHY: Sonnier

Questran Light 4gm ī Packet
po bid x 90 days (3-4-05)
START:    STOP:
PHY: Sonnier

DIAGNOSIS:

ALLERGIES:

DOB/INMATE #:
03/10/63
031063

LOCATION:
0658-A
DO2 B
MAIN

NAME:
WILLIAMS, RONNIE

PharmaCorr

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopid 600mg po BID X 90d 3·25-05 → 6·25-05 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 3·25·05 | THROUGH | 3·31·05 | | |
|---|---|---|---|---|---|
| Physician Badams CRNP | | | Telephone No. | | Medical Record 2394 |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies NKDA | | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Title: RPN | Date: 3· |
|---|---|---|---|---|---|
| PATIENT | | | | PATIENT CODE | ROOM NO. | BED | FAC |

# MEDICATION ADMINISTRATION RECORD

II Dorm

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopied 600mg 0900 BID 90 3-25-6/25/05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | See New O | | | |
| Atarax 25mg PO Q AM x 30d 4-5-05  5-6/05 | 0900 1100 | | | | | | | | | | | | | | | | | | See new time | | | | | | | | | |
| Atarax 50 mg PO Q PM x 30d 4-5-05  5/6/05 | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lopied 600mg + BID 3/25/05 → 6/25/05 | 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amoxi 500mg PO TID x10 dqs 4/21 → 5/01/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Actied 600mg PO TID x10 dqs 4/21 → 5/01/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 4/1/05 | THROUGH | 4/30/05 | | |
|---|---|---|---|---|---|
| Physician | B Adam | | Telephone No. | | 239 |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NKA | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: Katie Bailey | | Title: | 3/24 |

# MEDICATION ADMINISTRATION RECORD
05/01/2005

(BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GEMFIBROZIL (LOPID) 600MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY     1100

RX:   7159949 ADAMS, N.P., BRADFORD , NP     1700
START - 03/27/2005    STOP - 06/24/2005

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  EVERY MORNING &   1100
TAKE 2 CAPSULE(S) BY MOUTH  IN THE EVENING
RX:   7245259 MCGINN, M.D. (MHM PSY, JOSEPH   1700
START - 04/14/2005    STOP - 07/12/2005

TRIPROLIDINE/PSEUDO (ACTIFED) 2.5/60MG TAB
TAKE 1 TABLET(S) BY MOUTH  3 TIMES DAILY     0400
1100
1700
RX:   7289126 SIDDIQ, M.D., TAHIR , MD
START - 04/22/2005    STOP - 05/01/2005

Amoxil 500mg PO TID     0400
1100
120
stop 5/01/03

Amoxil 500mg PO tid     0400
x10 days    1100
5/5/05 to 5/15/05    120

Actifed 1 PO tid     0400
x10 days    1100
5/5/05 to 5/10/05    120

Adrin 50mg PO tid     0400
x10 days    1100
5/5/05 to 5/10/05    1700

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 05/01/2005 | THROUGH | 05/31/2005 | | |
|---|---|---|---|---|---|
| Physician  SIDDIQ, M.D., TAHIR | | | Telephone No. | | Medical Record |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies  NO KNOWN DRUG ALLERGY | | | Rehabilitative Potential | | |

| Diagnosis | | | | |
|---|---|---|---|---|
| Medicaid Number | Medicare Number | Complete Entries Checked: By: KSmith | Title: LPN | Date 4/6 |
| PATIENT | | | PATIENT CODE | ROOM NO. | BED | FAC |

# MEDICATION ADMINISTRATION RECORD

06/01/2005

(BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENFIBROZIL (LOPID) 600MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 7159949 ADAMS, H.P., BRADFORD, HP START - 03/27/2005 STOP - 06/24/2005 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP TAKE 1 CAPSULE(S) BY MOUTH EVERY MORNING & | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 2 CAPSULE(S) BY MOUTH IN THE EVENING RX: 7245259 MCGINN, M.D. (MHM PSY, JOSEPH START - 04/14/2005 STOP - 07/12/2005 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Lopid 600mg ↑ PO
BID
Stop 9/21/05

CABLE

Advil 800 mg
po tid x 10 days
6/23/05 - 7/2/05

Flexeril 10mg
↑ po BID x 10 days
6/23/05 - 7/2/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician | MCGINN, M.D. (MHM PSY, JOSEPH | | Telephone No. | | Medical Record |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

| Diagnosis | | | | |
|---|---|---|---|---|
| Medicaid Number | Medicare Number | Complete Entries Checked: By | Title: LPN | Date: 5/ |
| PATIENT | | | PATIENT CODE | ROOM NO. | BED | FAC |

# MEDICATION ADMINISTRATION RECORD

07/01/2005

STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  EVERY MORNING &
TAKE 2 CAPSULE(S) BY MOUTH  IN THE EVENING    1100
RX:    7245259 MCGINN, M.D. (MHM PSY, JOSEPH    1700
START - 04/14/2005    STOP - 07/12/2005

Lopid 600 mg ≠ PO
bid                            1100
                               1700
Stop 9/21/05

Lable

Advil 800 mg po trd            0400
    x 10 days                  1100
6/23/05 → 7/2/05               1700

Lable

Flexeril 10 mg ≠ PO
bid x 10 days                  1100
6/23/05 → 7/2/05               1700

Keflex 500 mg ≠ PO
tid x 10 days                  0400
7/5/05  to  7/15/05            1100
                               1700

Lable

Actifed ≠ po tid               0400
    x 10 days                  1100
7/5/05  to  7/15/05            1700

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | | |
|---|---|---|---|---|---|
| Physician | MCGINN, M.D. (MHM PSY, JOSEPH | | Telephone No. | | Medical Record N |
| Alt. Physician | | | Alt. Telephone | | |
| 'ergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | Title: CPS | Date: 6/2 |
|---|---|---|---|---|---|
| PATIENT | | | | PATIENT CODE | ROOM NO. | BED | FACIL |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atarax 25mg Po tiD x 10 days 7/25/05    8/15/05 Label | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg po tiD x 10 days 7/25/05    8/15/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Decadron 4mg x 1 7/25/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **7/25/05**   THROUGH **7/31/05**

Physician _____   Telephone No. _____   Medical Record N

Alt. Physician _____   Alt. Telephone _____

Allergies _____   Rehabilitative Potential _____

Diagnosis _____

Medicaid Number _____   Medicare Number _____   Complete Entries Checked:

By: *S. Roberts*   Title: *RN*   Date: 7/2

PATIENT   PATIENT CODE | ROOM NO. | BED | FACI

# MEDICATION ADMINISTRATION RECORD

II of II

STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| Bactrim DS 1 PO BID x 15 dgs 7/12/05 → 7/26/05 | 1100 1700 | |
| Label | | |
| Advil 800mg PO TID x 10 dgs 7/12/05 → 7/22/05 | 0400 1100 700 | |
| Ancef 1gm IM x1 7/12/05 | 1000 | |
| Atarax 25mg PO QAM x 90 dgs 7/15 → 10/15/05 | 1100 | |
| Hydroxyzine Pamoate 25MG #30. Cap Prescriber: Siddio, Tahir Take 1 capsule(s) by mouth in the morning Start:7/16/2005  Stop: 10/13/2005 RX: 250218334 Williams, Ronnie        239426 | 1100 | |
| Atarax 50mg PO QPm x 90 dgs 7/15 → 10/15/05 | 1700 | |
| Hydroxyzine Pamoate 50MG #30. Cap Prescriber: Siddio, Tahir Take 1 capsule(s) by mouth in the evening Start:7/16/2005  Stop: 10/13/2005 RX: 250218338 Williams, Ronnie        239426 | 1700 | |
| | | |
| | | |
| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 2 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7/01/05    THROUGH 7/31/05

| Physician | | Telephone No. | Medical Record |
|---|---|---|---|
| Alt. Physician | | Alt. Telephone | |
| Allergies NKA | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By V Smith | Title DN | Date: 7 |
|---|---|---|---|---|
| PATIENT | | | PATIENT CODE | ROOM NO. | BED | FAC |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atarax 25mg PO QAM x90dgs 7/16 → 10/13/05 | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atarax 50mg PO QPM x90dgs 7/16 → 10/13/05 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg PO TID x10dy 7/25 → 8/04/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lopid 600mg PO BID x90dgs 7/28 → 10/28/05 | 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg PO BID x1800dgs 8/31 → 2/31/06 | 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8/01/05   THROUGH 8/31/05

| Physician | | Telephone No. | Medical Record |
|---|---|---|---|
| Alt. Physician | | Alt. Telephone | |
| Allergies NKA | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: KSmith | Title: LPN | Date: 7/ |

| Facility Name: | Bullock Correctional Facility | | Month/Year of Charting: | 09/05 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydroxyzine Pamoate 25MG Cap 30.00<br><br>Take 1 capsule(s) by mouth in the morning | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 07-16-2005    Prescriber: Siddio, Tahir
Stop Date: 10-13-2005    RX #: 250218334

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydroxyzine Pamoate 50MG Cap 30.00<br><br>Take 1 capsule(s) by mouth in the evening | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 07-16-2005    Prescriber: Siddio, Tahir
Stop Date: 10-13-2005    RX #: 250218338

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopid 600MG Tab    60.00<br><br>Take 1 tablet(s) by mouth twice daily | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-12-2005    Prescriber: Siddio, Tahir
Stop Date: 10-27-2005    RX #: 250401595

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 50mg PO BID x 180 days | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-31-05    Prescriber: Siddiq
Stop Date: 2-1-06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advil 800mg PO Bid PRN x 10d | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

9/8/05 ccf

Start Date: 9/8/2005    Prescriber: Dr Saddiq
Stop Date: 9/8/2005    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKA | Kiglo, LPN | IC | | AH | 4. Charted in Error |
| Housing Unit:    Population | | | | | 5. Lock Down |
| Patient ID Number:    239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

**Williams, Ronnie**    Date of Birth: 03-10-1963

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 10/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Hydroxyzine Pamoate 25MG Cap 30.00**

Take 1 capsule(s) by mouth in the morning

1100 — 2 2 8 9 2 7 2 9 9 2 2 2 2   S T O P

Start Date: 07-16-2005     Prescriber: Siddio, Tahir
Stop Date: 10-13-2005      RX #: 250218334

---

**Hydroxyzine Pamoate 50MG Cap 30.00**

Take 1 capsule(s) by mouth in the evening

1700 — R 2 9 R 2 R R 2 2 2 0   S T O P

Start Date: 07-16-2005     Prescriber: Siddio, Tahir
Stop Date: 10-13-2005      RX #: 250218338

---

**Lopid 600MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

1100 — 9 6 9 9 M M M 9 9 9 9 M M L L 9 9M M M M M 9 9   S T O P

1700 — R R R C R R R R R 9 9 9 9M M M M R M 9

Start Date: 08-12-2005     Prescriber: Siddio, Tahir
Stop Date: 10-27-2005      RX #: 250401595

---

**Benadryl 50MG Cap     60.00**

Take 1 capsule(s) by mouth twice daily

1100 — 9 6 9 9 M M M 9 R R R M M M M 9 9M M M 9 9 M M M

1700 — R R R R R R R M R R 9 9 9 9 M M M C R C 9 9 9 5 5 5M

Start Date: 09-01-2005     Prescriber: Siddio, Tahir
Stop Date: 02-27-2006      RX #: 250528193

---

Lopid 600mg ī
PO BID

1100 — V V M M 9

1700 — 9 5 9 9

Start Date: 10/25/05     Prescriber: Siddiq
Stop Date: 4/25/06        RX #:

---

Start Date:     Prescriber:
Stop Date:      RX #:

---

Diagnosis

Allergies  NKA

Housing Unit: Population
Patient ID Number: 239426
Patient Name:

**Williams, Ronnie**

Date of Birth: 03-10-1963

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: | Bullock Correctional Facility | | | | | | | | | | | Month/Year of Charting: | | 11/05 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Benadryl 50MG Cap        60.00

Take 1 capsule(s) by mouth twice daily

Start Date: 09-01-2005  
Stop Date: 02-27-2006  
Prescriber: Siddio, Tahir  
RX #: 250528193

Lopid 600mg PO BID X 180 days

Start Date: 10/25/05  
Stop Date: 4/25/06  
Prescriber: Dr Siddiq  
RX #:

| Diagnosis | | | | | | | Documentation Code |
|---|---|---|---|---|---|---|---|

Allergies: NKA

Housing Unit: Population  
Patient ID Number: 239426  
Patient Name:

Nurse's Signature / Initial:
- Vickie Smithson / K
- Shalent S. LPN / SL
- Dorthy Dan / DD
- (Spholis) / 
- (Wana Mosley) / 
- (Shager) / 
- / PS

Documentation Code:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show

| Facility Name: | Bullock Correctional Facility | | | | | | | | | | | | | Month/Year of Charting | | | | 12/05 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Benadryl 50MG Cap          60.00

Take 1 capsule(s) by mouth twice daily

Start Date: 09-01-2005          Prescriber: Siddio, Tahir

Stop Date: 02-27-2006          RX #: 250528193

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Lopid 600MG Tab          60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 10-27-2005          Prescriber: Siddio, Tahir

Stop Date: 04-24-2006          RX #: 250822565

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:          Prescriber:

Stop Date:          RX #:

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:          Prescriber:

Stop Date:          RX #:

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:          Prescriber:

Stop Date:          RX #:

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:          Prescriber:

Stop Date:          RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKA | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 239426 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |

Facility Name: Bullock Correctional Facility     Month/Year of Charting: 01/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Benadryl 50MG Cap     60.00**

Take 1 capsule(s) by mouth twice daily

Start Date: 09-01-2005     Prescriber: Siddio, Tahir
Stop Date: 02-27-2006     RX #: 250528193

**Lopid 600MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 10-27-2005     Prescriber: Siddio, Tahir
Stop Date: 04-24-2006     RX #: 250822565

Start Date:     Prescriber:
Stop Date:     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | US | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Sto |
| Williams, Ronnie | | | | | 8. Medication Held |
| | | | | 03-18-1963 | 9. No Show |

| Facility Name: BCCF | | | Month/Year of Charting: 2/06 | | |
|---|---|---|---|---|---|

**Benadryl 50 y po bid x 180 ds**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | 9 | 9 | | | | | | | | | | | | | 2 | 2 | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 9-01-05    Prescriber: Siddq
Stop Date: 2-27-06    RX #:

**Lopid 600 y PO bid x 180 ds**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | 9 | 9 | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-27-05    Prescriber: Siddq
Stop Date: 4-24-06    RX #:

**Amoxil 500 y ī po bid x 10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2-11-06    Prescriber: Siddq
Stop Date: 2-21-06    RX #:

**Actifed ī po bid x 10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2-11-06    Prescriber: Siddq
Stop Date: 2-21-06    RX #:

**Advil 800 y ī po bid x 10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2-11-06    Prescriber: Siddq
Stop Date: 2-21-06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | K. Smith LPN | | Hogan RN | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 2394816 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | L. A. | | 8. Medication Held |
| | | | | | 9. No Show |

Facility Name: BCCF

Month/Year of Charting: 3/06

**Benadryl 50y PO bid x180 dos**

Order over 2/27/06

Start Date:

Stop Date:

Prescriber: Siddq

RX #:

---

**Lopid 600y PO bid x180 dys**

Start Date: 10-27-05

Stop Date: 1-24-06

Prescriber: Sidq

RX #:

---

**Benadryl 50y PO BID x 180 dy.**

0400

700

Start Date: 3-15-06

Stop Date: 9-15-06

Prescriber: Siddiq

RX #:

---

Start Date:

Stop Date:

Prescriber:

RX #:

---

Start Date:

Stop Date:

Prescriber:

RX #:

---

Start Date:

Stop Date:

Prescriber:

RX #:

---

Diagnosis

Allergies: NKA

Housing Unit:

Patient ID Number: 239406

Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| V Smith LPN | VS | S Robbins LPN | |
| R Dant | RD | L Taylor LPN | KS |
| A James | AJ | | |

Documentation Co
1. Discontinued Order
2. Refused
3. Patient out of facilit
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of S
8. Medication Held
9. No Show

| Facility Name: Bullock Correctional Facility | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopid 600MG Tab    60.00 | 0400 | 9 | 9 | 9 | 2 | | 2 | 9 | 9 | 9 | 9 | | 9 | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth twice daily | 1700 | 9 | | 9 | | | | | 9 | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: 10-27-2005 | Prescriber: Siddio, Tahir | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: 04-24-2006 | RX #: 250822565 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 50mg PO Bid X 180 days | 0400 | 9 | 9 | | 2 | 9 | 9 | 2 | 9 | 9 | | 9 | | | | | 9 | 8 | 8 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | 1700 | 9 | | 9 | | | | | 9 | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: 3-15-06 | Prescriber: Siddic | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: 9-15-06 | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopid 600mg PO BID X 180 days | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: 4/18/06 | Prescriber: Siddiq | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: 7/18/06 | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: | Prescriber: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: | Prescriber: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | Beth Crawford, Lpn | DC | Gllagen | H | 1. Discontinued Order |
| Allergies | D. Danh | OV | J. Mallery Lpn | JM | 2. Refused |
| | | | | | 3. Patient out of facility |
| Housing Unit: Population | | | | | 4. Charted in Error |
| Patient ID Number: 239426 | | | | | 5. Lock Down |
| Patient Name: | | | S. Hurce, Lpn | SH | 6. Self Administered |
| | | | | | 7. Medication out of St |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

Month/Year of Charting: 04/06

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | | | | | | | | Month/Year of Charting: 05/06 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Lopid 600MG Tab     60.00 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth twice daily | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 04-20-2006     Prescriber: Siddiq, Tahir
Stop Date: 10-16-2006     RX #: 251425840

Benadyl 50y ipo
gd prn x 180dy

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5-24-06     Prescriber: Siddy
Stop Date: 11-24-06     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Sto |
| Williams, Rennie | | | | | 8. Medication Held |
| | | | | 03.10.1963 | 9. No Show |

| Facility Name: Bullock Correctional Facility | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Month/Year of Charting: 06/06 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lopid 600MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

| Start Date: 04-20-2006 | Prescriber: Siddiq, Tahir |
| Stop Date: 10-16-2006 | RX #: 251425840 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Benadryl 50MG Cap     60.00**

Take 1 capsule(s) by mouth twice daily

| Start Date: 04-29-2006 | Prescriber: Siddiq, Tahir |
| Stop Date: 10-25-2006 | RX #: 251459716 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| Allergies | | VS | Hazen  LPN | BK | 1. Discontinued Order 2. Refused 3. Patient out of facility 4. Charted in Error 5. Lock Down 6. Self Administered 7. Medication out of Sto 8. Medication Held 9. No Show 10. Other |
| Housing Unit: Population | | | | | |
| Patient ID Number: 239426 | | | | | |
| Patient Name: | | | | | |

**Williams, Ronnie**

| Date of Birth: | 03-10-1963 |

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 07/06 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lopid 600MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 04-20-2006    Prescriber: Siddiq, Tahir
Stop Date: 10-16-2006    RX #: 251425840

**Benadryl 50MG Cap    60.00**

Take 1 capsule(s) by mouth twice daily

Start Date: 04-29-2006    Prescriber: Siddiq, Tahir
Stop Date: 10-25-2006    RX #: 251459716

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKA | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 239426 | | | | | 7. Medication out of Sto |
| Patient Name: | | | | | 8. Medication Held |
| Williams, Dennis | | | 03 10 1963 | | 9. No Show |

Facility Name: Bullock Correctional Facility

Month/Year of Chaning: 08/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lopid 600MG Tab        60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 04-20-2006
Prescriber: Siddiq, Tahir
Stop Date: 10-16-2006
RX #: 251425840

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Benadryl 50MG Cap        60.00**

Take 1 capsule(s) by mouth twice daily

Start Date: 04-29-2006
Prescriber: Siddiq, Tahir
Stop Date: 10-25-2006
RX #: 251459716

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Nizoral 200mg tab ÷ 70 QD

Start Date: 8/04/06
Prescriber: Seddiq
Stop Date: 9/04/06
RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Antifungal cream x 30 days KOP

Start Date: 8/04/06
Prescriber: Seddiq
Stop Date: 8/24/06
RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Amoxil 500mg PO Tid x 10 days

Start Date: 8/21/06
Prescriber: Siddiq
Stop Date: 8/31/06
RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CTM÷ PO Tid x 10 days

Start Date: 8-21-06
Prescriber: Siddiq
Stop Date: 8/31/06
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Co... |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies NKDA | | | | | 3. Patient out of facilit... |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 239426 | | | | | 7. Medication out of S... |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 09/06

| Medication | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lopid 600MG Tab          60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 04-20-2006
Stop Date: 10-16-2006
Prescriber: Siddiq, Tahir
RX #: 251425840

Benadryl 50MG Cap          60.00

Take 1 capsule(s) by mouth twice daily

Start Date: 04-29-2006
Stop Date: 10-25-2006
Prescriber: Siddiq, Tahir
RX #: 251459716

Nizoral 200MG Tab          30.00

Take 1 tablet(s) by mouth daily

Start Date: 08-05-2006
Stop Date: 09-03-2006
Prescriber: Siddiq, Tahir
RX #: 251804185

Zantac 150 mg Bid
X 180 days

Start Date: 9/7/06
Stop Date:
Prescriber: Siddiq
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies
NKA

Housing Unit: Population
Patient ID Number: 239426
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Smith, RN | Y | Walker | W |
| Tm Kelly RN | TK | Opling LPN | TM |
| Robin Long | CL | | RL |

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of S
8. Medication Held
9. No Show

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | | | | | Month/Year of Charting: 10/06 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Gemfibrozil ( for Lopid ) 600MG Tab
60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 04-20-2006  Prescriber: Siddiq, Tahir
Stop Date: 10-16-2006  RX #: 251425840

Diphenhydramine HCl ( for Benadryl )
50MG Cap      60.00

Take 1 capsule(s) by mouth twice daily

Start Date: 04-29-2006  Prescriber: Siddiq, Tahir
Stop Date: 10-25-2006  RX #: 251459716

Zantac 150y PD
bid x 180ds

Start Date: 9-7-06  Prescriber: Sidlg
Stop Date: 9-7-07  RX #:

Gemfibrozil (Lopid)
600 mg PO Bid

Start Date: 10·18·06  Prescriber: Seddiq
Stop Date: 4·18·07  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | C. Jempson RN | CN | S. Shepperd, RN | SS | 1. Discontinued Order |
| Allergies NKA | SS CO | | Massey Lpn | JM | 2. Refused |
| | P. Ingram LPN | PI | | | 3. Patient out of facility |
| Housing Unit: Population | | | | | 4. Charted in Error |
| Patient ID Number: 239426 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | 03·18·1963 | | 9. No Show |

| Facility Name: Bullock | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopid 600y PO bid x 180 cfs | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-01-06     Prescriber: Siddy
Stop Date: 5-01-07     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150y PO bid x 180 cfs | 1100 | | | | | | | | | | | | See Next | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-01-06     Prescriber: Siddy
Stop Date: 5-01-07     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150 y po bid x 180 days | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/1/06     Prescriber: Siddy
Stop Date: 5/1/07     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 50 mg po bid x 90 days | 100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/20/06     Prescriber: Siddy
Stop Date: 2/20/07     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Selene Shampoo x 10 days | D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/20/06     Prescriber: Siddy
Stop Date: 11/30/06     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | PF | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies NKA | C. James LPN | | J. Dwyer | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of St |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

Facility Name: _DCCF_    IGTL    Month/Year of Charting: _X/06_

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Zantac 150mg p.o. Bid x 180 day**
- 1100
- 1700
- Start Date: 9-7-06
- Stop Date: 3-7-06
- Prescriber: _____ RX #:

**Vasotec 20mg PO Qdy x180dys**
- 1100
- Start Date: 11-13-06
- Stop Date: 5-13-07
- Prescriber: Sidiq  RX #:

**ASA 325mg PO Qdy x180dys**
- 1100
- Start Date: 11-13-06
- Stop Date: 5-13-07
- Prescriber: Sidiq  RX #:

**Tenormin 50mg PO Qdy x180dys**
- 1100
- Start Date: 11-13-06
- Stop Date: 5-13-07
- Prescriber: Sidiq  RX #:

**Isosorbide 10mg PO bid x180dys**
- 1100
- 1700
- Start Date: 11-13-06
- Stop Date: 5-13-07
- Prescriber: Sidiq  RX #:

**Colace ÷ PO tid x 180 days**
- 0400
- 1100
- 1700
- Start Date: 11/20/06
- Stop Date: 5/20/07
- Prescriber: Seddeg  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | L. Anderson | | A. Owen, RN | AJ | 1. Discontinued Order |
| Allergies | C. James LPN | CJ | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 124453 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

| Facility Name: | | Month/Year of Charting: | 1/06 |
|---|---|---|---|

**Keflex 500mg i PO tid**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/30/06   Prescriber: Siddiq
Stop Date: 11/30/06   RX #:

**Anusol Supp bid**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/30/06   Prescriber: Siddiq
Stop Date: 11/29/06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | C. James HN | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 124433 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of St |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |



| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 12/06 |

Gemfibrozil ( for Lopid ) 600MG Tab 60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 11-02-2006
Stop Date: 04-30-2007
Prescriber: Siddiq, Tahir
RX #: 252089614

Ranitidine HCl ( for zantac ) 150MG Tab      60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 11-02-2006
Stop Date: 04-30-2007
Prescriber: Siddiq, Tahir
RX #: 252090149

Diphenhydramine HCl ( for Benadryl ) 50MG Cap      60.00

Take 1 capsule(s) by mouth twice daily

Start Date: 11-21-2006
Stop Date: 02-18-2007
Prescriber: Siddiq, Tahir
RX #: 252147967

Tylenol ES ''
BID x 20 days

Start Date: 12/19/06
Stop Date: 1/7/07
Prescriber:

Start Date:
Stop Date:
Prescriber: Webber
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies
NKA

Housing Unit: Population
Patient ID Number: 239426
Patient Name:

Documentation Co[de]
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of S[...]
8. Medication Held
9. No Show

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | | | 01/07 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Gemfibrozil ( for Lopid ) 600MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 11-02-2006   Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007    RX #: 252089614

**Ranitidine HCl ( for zantac ) 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

ERROR

Start Date: 11-02-2006   Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007    RX #: 252090149

**Diphenhydramine HCl ( for Benadryl ) 50MG Cap    60.00**

Take 1 capsule(s) by mouth twice daily

Start Date: 11-21-2006   Prescriber: Siddiq, Tahir
Stop Date: 02-18-2007    RX #: 252147967

*Tylenol ES-ii po bid x 20 days*

Start Date: 12/19/06   Prescriber: Siddiq
Stop Date: 1/7/07     RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | P. Mazin PN PR | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of St |
| | | | | | 8. Medication Held |

It ot'1'

Facility Name: **Bullock**   Month/Year of Charting: **2/07**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Tylenol tabs i̅i̅ BID po x 90 Days**

1100 / 1700

Start Date: 2/16/07   Prescriber: Siddiq
Stop Date: 5/16/07   RX #:

Diagnosis

Allergies: **NKDA**

Housing Unit:
Patient ID Number: **124453**
Patient Name:

Nurse's Signature / Initial

Documentation Code:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 02/07 |
|---|---|---|

**Colace 100MG Cap     90.00**

Take 1 capsule(s) by mouth Three Times Daily

Start Date: 11-21-2006
Stop Date: 05-19-2007
Prescriber: Siddiq, Tahir
RX #: 252148004

**Enalapril Maleate ( for Vasotec ) 20MG Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-15-2006
Stop Date: 05-13-2007
Prescriber: Siddiq, Tahir
RX #: 252128608

**Aspirin 325MG Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-15-2006
Stop Date: 05-13-2007
Prescriber: Siddiq, Tahir
RX #: 252128610

**Atenolol ( for Tenormin ) 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-15-2006
Stop Date: 05-13-2007
Prescriber: Siddiq, Tahir
RX #: 252128614

**Isosorbide Dinitrate 10MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 11-15-2006
Stop Date: 05-13-2007
Prescriber: Siddiq, Tahir
RX #: 252128615

Zantac 150MG po bid x 180 days

Start Date: 11/2/06
Stop Date: 4/30/07
Prescriber: Siddiq
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | P. Johnson LPN | PP | James ... | | 1. Discontinued Order |
| Allergies | | | ... RN | | 2. Refused |
| NKA | | | A. Hines RN | | 3. Patient out of facility |
| Housing Unit: Population | | | | | 4. Charted in Error |
| Patient ID Number: 124453 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |

Williams Dennis

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | | Month/Year of Charting: | | | | | | | 02/07 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gemfibrozil ( for Lopid ) 600MG Tab 60.00<br><br>Take 1 tablet(s) by mouth twice daily | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 11-02-2006   Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007   RX #: 252089614

| Ranitidine HCl ( for zantac ) 150MG Tab    60.00<br><br>Take 1 tablet(s) by mouth twice daily | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

*ERROR*

Start Date: 11-02-2006   Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007   RX #: 252090149

| Diphenhydramine HCl ( for Benadryl ) 50MG Cap    60.00<br><br>Take 1 capsule(s) by mouth twice daily | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 11-21-2006   Prescriber: Siddiq, Tahir
Stop Date: 02-18-2007   RX #: 252147967

| Triamcinolone Aceton (Plastic) 0.1% Cream    1<br><br>Use as directed | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

STOP

Start Date: 01-18-2007   Prescriber: Siddiq, Tahir
Stop Date: 02-06-2007   RX #: 252293037

| Q-Naftate (Plastic) ( for Tolnaftate ) 1% Cream    1<br><br>Use as directed | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

STOP   See New Order

Start Date: 01-18-2007   Prescriber: Siddiq, Tahir
Stop Date: 02-06-2007   RX #: 252293039

QNaftate cream
X 20 Days

KOP

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 2/8/07   Prescriber: Siddiq
Stop Date: 2/2/07   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
|  | P Brazier LPN   PB |  | James ... N<br>S Roberts<br>B Eaton<br>Q Sheezey RN |  | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of St...<br>8. Medication Held<br>9. No Show |

Allergies
NKA

Housing Unit:    Population
Patient ID Number: 239426
Patient Name:

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 03/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Gemfibrozil ( for Lopid ) 600MG Tab
60.00

Take 1 tablet(s) by mouth twice daily

1100

Start Date: 11-02-2006   Prescriber: Siddiq, Tahir

Stop Date: 04-30-2007   RX #: 252089614

Ranitidine HCl ( for zantac ) 150MG Tab   60.00

Take 1 tablet(s) by mouth twice daily

1100   Error

Start Date: 11-02-2006   Prescriber: Siddiq, Tahir

Stop Date: 04-30-2007   RX #: 252090149

Benadryl 50mg + Po
bid x 90 days

1100

1700

Start Date: 2/28/07   Prescriber: Siddiq

Stop Date: 6/1/07   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | P. Mazin LPN | | James Lan | y | 1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Sto
8. Medication Held
9. No Show |
| Allergies
NKA | | | | | |
| Housing Unit: Population
Patient ID Number: 239426
Patient Name: | | | | | |

Williams, Dennis   03-18-1963



## PRISON HEALTH SERVICES
### Alabama Department of Corrections
### KOP Medication Protocol

The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication correctly, they will be removed from the list and face possible disciplinary actions. The KOP medications will include formulary medications.

1. The inmate will have in his possession the medication in blister pack. The inmate should take the medication as directed on the package sticker.

2. The inmate is to bring the package to the infirmary when he gets down to the reorder row of pills so the nursing staff can pull the sticker off the card and reorder. If the inmate waits until they have finished the last row of pills before coming to the nurse, they are likely to run out before their order comes in. The card will be checked at this time against the MAR to determine if the number of pills remaining is accurate (not to many left, not to few). This will be noted by looking at the date the card was given. Each inmate is responsible for keeping their medication in a secure area. We will not be responsible for stolen medications.

3. When the inmate receives their card of medication ,usually #30 tabs per card, they should pop them out in numerical order, i.e. #30, #29, etc.

4. In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or has been known to be non-complaint in the past. The inmate will be required to come to the infirmary and sign a KOP agreement that we have formulated. At this time the staff will explain the procedure to the inmate and document that the information was explained and the individual can again sign that the program has been explained in its entirety.

5. Once we have established the program, others will be free to request to be placed on KOP. If research finds that he will qualify, we will repeat the above with this individual.

6. We will not place just anyone on KOP. The individual must have past history evaluated first.

7. Inmates may be requested to present for a medication check at any time to see that the correct number of pills are accounted for. The Medical Staff will be doing random checks for compliance.

8. The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions.

Inmate Signature: _Kenneth J Williams_      AIS#: _239906_

Nurse Signature: _Nurse V. Smith, RN_      Date: _3/22/07_

# Mental Health

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
RECEPTION MENTAL HEALTH SCREENING

Institution: KILBY                              Date/Time Inmate Received: 3-24-05
Date/Time of Screening: 3-24-05     Signature/Title of Screener: MS. L. Henderson LPN
                                                          9:58 am
                                                          9:58 ?
**MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC**

☐ Yes ☐ No   Psychotropic medication: Xanax (Itching)
☐ Yes ☐ No   Medication turned over to ADOC upon arrival?
☐ Yes ☐ No   Mental health follow-up in last 90 days:
☐ Yes ☐ No   Suicide/self-harm attempts in last 90 days:

**MENTAL HEALTH HISTORY**   Does inmate report a history of the following (if yes, provide details):

☐ Yes ☐ No   Outpatient treatment: nerve itching
☐ Yes ☐ No   Inpatient treatment:
☐ Yes ☐ No   Psychotropic medication:
☐ Yes ☐ No   Suicidal attempts:
☐ Yes ☐ No   Suicidal thoughts:
☐ Yes ☐ No   Head injury: hit in head - 1980's
☐ Yes ☐ No   Seizures:
☐ Yes ☐ No   Violent behavior:
☐ Yes ☐ No   Substance abuse: Alcohol, MJ, crack - 3/2 yrs
☐ Yes ☐ No   Substance abuse treatment:
☐ Yes ☐ No   Special education classes: 7th grade ed

**INMATE SELF-REPORT OF CURRENT STATUS**

☐ Yes ☐ No   First incarceration (reaction): "upset"
☐ Yes ☐ No   Reports family support: son, girl
☐ Yes ☐ No   Reports serious depression/remorse:
☐ Yes ☐ No   Thinking about suicide:
☐ Yes ☐ No   Has plan for suicide:
☐ Yes ☐ No   Possible to implement plan:
☐ Yes ☐ No   Reports hallucinations:

**BEHAVIORAL OBSERVATIONS**

☐ Poor eye contact    ☐ Poor hygiene      ☐ Unable to pay attention        ☐ Unresponsive
☐ Disoriented         ☐ Overly anxious    ☐ Unable to follow directions    ☐ Unable to read
☐ Crying              ☐ Memory deficits   ☐ Signs of self-mutilation       ☐ Afraid
☐ Illogical speech content   ☐ Appears to be hearing voices or seeing things   ☐ Paranoid
☐ Hostile             ☐ Other unusual behavior:

**DISPOSITION/ PLACEMENT RECOMMENDATION** (based on reception mental health screening)

☐ Routine housing and mental health follow-up           ☐ Emergency mental health referral
☐ Priority mental health follow-up but not emergency    ☐ Safe cell placement recommended
☐ Current psychotropic meds verified/interim supply ordered   ☐ Parole violator interim assessment referral

| Inmate Name | AIS # |
|---|---|
| Williams, Ronnie | 239426 |

# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE V. WILLIAMS, AIS #239426          *

                                        *

      Plaintiff,

                                         *

V.                                                                    2:07-CV-332-ID

                                         *

DR. SIDDIQ, et al.,

                                         *

      Defendants.

                                         *
                                         *

## AFFIDAVIT OF TAHIR SIDDIQ, M.D.

**BEFORE ME,** Justine B. Person, a notary public in and for said County and State, personally appeared **TAHIR SIDDIQ, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Tahir Siddiq. I am a medical doctor and am over twenty-one years of age. I am personally familiar with all of the facts set forth in this affidavit. I have been licensed as a physician in Alabama since 1996, and have been board certified in internal medicine since 1996. I have served as the Medical Director for Bullock Correctional Facility in Union Springs, Alabama, since 1997. Since November 3, 2003, my employment at Bullock Correctional Facility has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Ronnie V. Williams (AIS # 239426) is currently incarcerated as an inmate at Bullock Correctional Facility. I am familiar with Mr. Williams' medical history and conditions, and have seen and evaluated him as a patient. I have also reviewed Mr. Williams' medical records, certified copies of which are being produced to the Court along with this Affidavit.

Mr. Williams has been seen and evaluated by the medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Bullock. Mr. Williams is enrolled in the Chronic Care Clinic for problems related to Hyperlipedemia (the presence of abnormally large amounts of lipids in the circulating blood or high cholesterol). Mr. Williams is prescribed Lopid 600 mg twice a day for this condition and he has been instructed on a low cholesterol diet.

I have reviewed Mr. Williams' Psychiatric Evaluation of April 7, 2005. It is noted in this evaluation that Mr. Williams has problems related to chronic anxiety and apprehension. He has anxiety induced itching for which he takes Atarax and Vistaril. He has also been prescribed Benadryl on occasion for his symptoms related to itching.

It is my understanding that Mr. Williams has made a complaint in this case regarding his medical care relative to his medication. Mr. Williams alleges that he was prescribed and/or administered the wrong medication. His allegations in this regard are untrue as he has never been prescribed or administered the wrong medication by myself or any other medical provider at Bullock County Correctional Facility.

Mr. Williams' complaint was investigated and discussed with him. It was explained to Mr. Williams that he is being given the correct medication and he is, in fact,

2

receiving the same medication he has always received. It was also explained to Mr. Williams that a specific medication may come in many different brands and each brand has its own unique look. Mr. Williams was reassured that he was not receiving the wrong medication and it was the same medication he has always been administered.

Based on my review of Mr. Williams' medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that myself and the other healthcare providers at Bullock County Correctional Facility have exercised the same degree of care, skill, and diligence with regard to him as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medial care, evaluation, and treatment of this inmate. At all times Mr. Williams' medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

TAHIR SIDDIQ, M.D.    8/15/0 ❚

STATE OF ALABAMA                    )

COUNTY OF _Bullock_                  )

I, _Justine B. Person_ , a Notary Public in and for said State and County, hereby certify that TAHIR SIDDIQ, M.D. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

3

SWORN TO and SUBSCRIBED BEFORE ME on this the _15th_ day of _August_ , 2007.

_Justine B. Person_
NOTARY PUBLIC
My Commission Expires: _2/24/2009_

(NOTARIAL SEAL)

4

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE V. WILLIAMS, #239426 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | | 2:07-CV-332-ID |
| | * | |
| DR. SIDDIQ, et al., | * | |
| | * | |
| Defendant. | * | |

## AFFIDAVIT OF WILMA NALLS, RN

**BEFORE ME,** Justine B. Person, a notary public in and for said County and State, personally appeared **WILMA NALLS**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Wilma Nalls. I am over the age of twenty-one and I am personally familiar with all of the facts set forth in this affidavit. I have been a licensed, registered nurse in Alabama since 1991. I hold an Associate's Degree in Nursing from Southern Union in Lanier, Alabama. I have practiced nursing since 1991. In particular, I have worked as a nurse at Bullock County Correctional Facility in Union Springs, Alabama, since August of 2004.

It is my understanding that Mr. Williams has made an allegation in this matter that I and other medical and nursing staff at Bullock County Correctional Facility administered the wrong medication to him. Mr. Williams' allegations in this regard are untrue.

I can say with certainty that I have not administered the wrong medication to Mr. Williams. As a nurse, I do not prescribe medication, and therefore, do not determine which

medications are indicated for his treatment. Also, as a nurse, I do not have the authority to approve, refuse or deny a Physicians' Order and I do not determine what an inmate does or does not need or when he should receive what has been ordered by a physician.

Ronnie V. Williams (AIS# 239426) is an inmate currently incarcerated at Bullock County Correctional Facility, a Mental Health Camp. I am familiar with Mr. Williams' medical history and conditions, and have seen and evaluated him in the Chronic Care Clinic at Bullock. Mr. Williams has a medical history that is significant for hyperlipidemia for which he is prescribed Lopid 600 mg twice a day. Hyperlipedemia is the presence of abnormally large amounts of lipids in the circulating blood (high cholesterol).

Mr. Williams also has a medical history significant for anxiety induced itching for which he takes Atarax and Vistaril. He has also been prescribed and administered Benadryl for relief of his itching.

I have talked to Mr. Williams in the past regarding his allegations that he is being administered the wrong medication. I explained to Mr. Williams that he is being given the correct medication and the same medication he has always received. I told him that although the medicine looks different than what he is used to receiving, it is in fact the correct medication. I advised him that a specific medicine may come in several different brands and each brand has its own unique look. I reiterated that, although the pills may look different, they are the same medication he has always been administered.

With respect to Mr. Williams allegation that he was administered medication which was intended for another inmate also named Ronnie Williams, who had not yet been transferred to Bullock, this is false. If this other Ronnie Williams had not yet been transferred to our facility and was not currently an inmate here at Bullock, we would not have his medical chart and,

therefore, would not have any information regarding his medication. This allegation is completely untrue.

I am aware of and have talked with Mr. Williams about an incident involving his allegations that there was a gas leak in the kitchen. I explained to Mr. Williams that there was no gas leak and informed him that he was the only person who smelled gas in the kitchen. Mr. Williams then informed me that he would strike a match and show me that there was a leak. At that time, I immediately spoke with Dr. Sanders in the Mental Health Unit and explained the situation to him. Dr. Sanders spoke with Williams regarding the incident and was told by Williams that he had been exposed to gas in the kitchen and he wanted out. Dr. Sanders stated in his notes that Williams was animated, logical and coherent. Dr. Sanders could not elicit findings of delusion. It is also noted that Williams was evasive and gave the impression of dissembling. Williams admitted to Dr. Sanders at that time that he wanted out of the kitchen. Dr. Sanders assessment was that Williams suffered from an Anti-Social Personality Disorder.

Based on my review of Mr. Williams' medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that myself and the other healthcare providers at Bullock County Correctional Facility have exercised the same degree of care, skill, and diligence with regard to him as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At all times, Williams' medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

WILMA NALLS, RN

STATE OF ALABAMA                    )

COUNTY OF Bullock                   )

SWORN TO and SUBSCRIBED BEFORE ME on this the 14th day of August, 2007.

NOTARY PUBLIC
My Commission Expires: 2/24/2009

(NOTARIAL SEAL)

# EXHIBIT D

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE V. WILLIAMS, (AIS #239 426), | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| V. | | 2:07-CV-332-ID |
| | * | |
| DR. SIDDIQ, et al. | * | |
| | * | |
|     Defendants. | * | |
| | * | |

## AFFIDAVIT OF BRANDEE PLAYER, H.S.A.

**BEFORE ME,** *Justine B. Person*, a notary public in and for said County and State, personally appeared **BRANDEE PLAYER, H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Brandee Player. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I hold a Master's Degree in Health Services Administration from Barry University in Miami Shore, Florida. I have worked as the Prison Health Administrator at Bullock County Correctional Facility in Union Springs, Alabama, since November 6, 2006. Since this date, I have been employed as the Health Service Administrator (H.S.A.) for Bullock County Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Bullock County Correctional Facility.

If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit a "Medical Complaint Form." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate medical complaint form allows an inmate to communicate any healthcare related concern by placing the medical complaint form in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and respond accordingly via in-house mail. Also, when deemed necessary, the inmate will receive a face-to-face interview with me or the doctor or both. At this time, the needs of the inmate are addressed and treatment is discussed.

If an inmate is unsatisfied with my response, he may request an "Inmate Formal Grievance" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the medical complaint form. I again respond to the inmate via in-house mail.

If the inmate is still unsatisfied with my response, he or she may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Ronnie Vincent Williams has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical by administering the wrong medication to him. However, Mr. Cox has failed to exhaust Bullock's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, Mr. Williams has not submitted all appropriate and required

forms. As such, the healthcare unit at Bullock County Correctional Facility has not been afforded the opportunity to resolve Mr. Williams' medical complaints prior to filing suit.

Further affiant sayeth not.

BRANDEE PLAYER, H.S.A.

STATE OF ALABAMA          )
                          )
COUNTY OF _Bullock_       )

_____ Sworn to and subscribed before me on this the __28th__ day of _June_, 2007.

Notary Public

My Commission Expires:
_2/24/2009_

# EXHIBIT E

| **POLICY/PROCEDURE** Prison Health Services, Inc. | Date of Prior Policy: Date of Revised: |
|---|---|
| *FACILITY NAME: BULLOCK* | |
| TITLE:  Grievance Mechanism for Health Complaints | NUMBER:  P-A-11 |
| REFERENCE:  NCCHC: P-A-11;  ACA 4-4394 | |

**POLICY**:

It is the policy of PHS to encourage the resolution of inmate concerns regarding the health care system prior to the documentation of a written grievance.  A grievance mechanism addresses inmate's complaints about health services.

**PROCEDURE**:

1.     The Health Services Administrator will work with the Correctional Authority to ensure that there is a well-defined procedure for handling inmate grievances.

2.     When a health care grievance is received, the health record is reviewed and if necessary, the inmate is interviewed.  A written response is given to the inmate within **10 days** of the appropriate health care provider receiving the grievance.**(place number of days designated by contract)**

3.     Expeditious resolution is expected if the grievance involves access to care.

4.     Reasonable effort will be made to reconcile the inmate's grievance.

5.     The inmate may appeal the grievance through the facility review process if he wishes to contest the outcome of the grievance.

6.     Review and summation of the inmate health care grievances are included in the QI meetings and identified problems are viewed as opportunities to improve care.

**Supportive documentation: Grievance log, any staff meeting minutes**