RECEIVED

2007 SEP 12  A 9:40

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In The United States District Court
For Middle District Court
P.O. Box 711 - Montgomery - Ala. 36130

Mr. Ronnie V. Williams. A.I.S. 239426
_Plaintiff_

-vs-

Dr. Tahir Siddiq, an Etal, Nurse: Wilma Nail
Nurse: Robinison an Nurse: Yolanda Mosley.
Etal, _DEFENDANTS_

|| _Civil Number_
|| 2:07-cv-332-id
||
||
||

_Plaintiff Special Report And Affidavit on_
_Personal Knowledge Pursuant [FRCp] Rule 56(e)_
The Plaintiff is over the age of twenty one.
And Competent to testify to matters___
asserted in Affidavit on Personal Knowledge.

_Attorneys:_ Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270, Montgomery. Ala. 36101-0270

_Plaintiff:_ Ronnie V. Williams, A.I.S. #239426
P.O. Box 5107, Union Springs. Ala. 36089

-1-

Page

# Table Of Citation

[FRCP] Rule 56 (e) _ _ _ _ _ _ _ _ 1,
[FRCP] Rule 38. 38 (a) And 39 _ _ _ _ 2,
Estelle-v-Gamble. 429 u.s. At 106 _ _ _ _ 2,
18 u.s.c. 242 _ _ _ _ _ _ _ _ _ _ _ 2,
Smith-v-Jenkins. 919 F. 2d 90-93 _ _ _ _ 3,
42 u.s.c. 1983 _ _ _ _ _ _ _ _ _ _ 3,
K K K Act of 1871. _ _ _ _ _ _ _ _ 3,
457 u.s.c. 922. 937 [ ] _ _ _ _ _ _ _ 3,
Smith-v-Jenkins 919 F. 2d 90-93. 8th cir 1990. 4,
Estelle-v-Gamble. 429 u.s. A 106 _ _ _ _ _ 4,
1983 Civil Action _ _ _ _ _ _ _ _ _ 5,
[FRCP] Rule 15 (a) _ _ _ _ _ _ _ _ _ 5,
Smith-v-Wade 461 u.s. 75. _ 28 u.s.c. 2202. of_
Etseg [FRCP] Rule 57. [ ] _ _ _ _ _ _ 5,
832 F. 2d 119-120 _ _ _ _ _ _ _ _ _ 6,
Amendment Eight _ _ _ _ _ _ _ _ _ 6,
Weaver-v-Clarke, 45 F. 3d 1253 _ _ _ 6,
K K K Act of 1871., 457 u.s. 922. 937 [ ] 6,
28 u.s.c. 1331-1332 of 28 u.s.c. 2671 _ _ 7,
111 s. ct. 2325-2326 [ ] _ _ _ _ _ _ _ 7,
Federal Court Jurisdiction. 28 u.s.c. 1343 _ _
And 28 u.s.c. 1331- 1332 (a) _ _ _ _ _ _ _ 8,
Hagan-v-Levine 415 u.s. 528 [1967] Torts 2007, 8,
8th _ Eleven u.s.c. 241. 242. [ ]. 955 F. 2d 21,_
22. 960 F. 2d 351. 360-361 [3rd Cir 1992] 9,
42 u.s.c. 1983. 28 u.s.c. 1391-1392 _ _ _ _ 9,
Certificate Of Service _ _ _ _ _ _ _ 10,
Begining with. Exhibit A. Exhibit B. Exhibit C, 11,

Affidavit on Personal
Knowledge under, 42 U.S.C. 1983

The Plaintiff, Ronnie V. Williams A.I.S.239426-
is over the age of twenty one, an
compentant to testify at Trial, under
(FRCP) Rule 38 (a) and 39 Pretaing to
the defendants, Improper Conducts
that deviated from Professional Treat-
ment, Estelle. v. Gamble, 429 u.s. at 106
Eighth amendments claims
arising from defendants
conducts [.]

I.

1) The defendants, as [w]hole file Bad
Faith Documents under the Label as-
Special Report.
2) When medical documents'
not having the Plaintiff name as-
Patience at (P.H.S.) Prison Health-
Services, must have once belong to the-
white Inmate,
Treated, citing 18 u.s.l. 242, invoked
3) Smith · v. Jenkins, 919 F. 2d 90-93 when-
defendants conduct." deviated" from-
Professional ' Treatment.

— 2 —

III

The Plaintiff alledged that all the defendants, was deliberate inndifferent to his medical needs, when they cause him to take someone else medication, where after, intake did cause the Plantiff, unnecessry pain & suffering that, Violated, Estelle-v-Gamble, 429-U.S. at 106, where the court must apply the deliberate inndifferent standard to medical needs, of all inimates, seeking proper medical care, when medical service inadequate.

III

The defendants, is aware they have Filed bad faith special report in The United States middle district in an attemp to show medical service rendered to Plaintiff who's name was missing from [P.H.S.] Prison Health Service records, failed to identify proper * medical service rendered [A] valid cause of action under, 42 u.s.c. 1983, where Jurisdiction Three; see Exhibit "B" These forms, is invoked under, K.K.K. Act of are missing 1871, and read with 457 u.s. 922- 937- [1] for discovery.

— 3 —

Statement of Claims

4) The Plaintiff contends, and alledge
The defendents. Gave rise to this cause of
action ariseing under. The eight amendment
when they treated the Plaintiff, [sic]
Improper medication. Prescribed for
another inmate, and when Professional
Nurses staff, Conduct, "deviated from"
Professional Treatment, Their conduct
denying proper medical care, gave rise
to eighth amendment claims. Citing Smith-
-V. Jenkins, 919 f. 2d 90. 93 (8th Cir. 1990)

5J                    Count One

The Plaintiff alledged that, all The defendants-
was, deliberate indifferent to his medical-
needs, when They Cause Him to take
someone else medication where after,
intake, did cause " The Plaintiff, unnecessary,
Pain and suffering that, Violated, Estelle-V-
Gamble, 429 u.s. at 106, where The court must
apply The deliberate indifferent standard to
medical needs, of all inmates, seeking Proper-
medical care, when medical service inadequate

—4—

6) The Plaintiff, in this 1983 Civil Action is a Black male, who legally Sought Proper medical Care, But was denied Because, He is Presently Behind, The Prison walls, And The Nureing Staff, at Bullock Correctional Facility, Does Believe it is Cute, to use their Authority of Position, to either Deny Proper medical Care or (1) Authorize improper medical Care, By making sure, the Plaintiff did not Receive His Proper, medical Care, (2)
Amounted to inadequate medical Care, which gave Rise to Civil Action Filed and amended, under [FRCp] Rule 15 (a) where Plaintiff now seeks Treble Damages, For Defendants, Outragious conducts, where - - - Punitive Damages, Proper, Citing Smith v. Wade, 461 u.s. 75,
when Read with 28 u.s.c. 2202, df 2201, et seq. [FRCp] Rule 57. [1] of The Declaration Judgement act. Citing 832 F. 2d 119-120.

7) Jurisdiction, is Conferred upon Constitution Amendment Eigth, of Alabama Constitution Article 2 section 1 [article 1] of the American Disibilities Act of (1990).

8)
Jurisdiction Two: is invoked under
WEAVER .V. CLARKE , 45 F. 3d. 1253 which, Precludes finding of Qualified Immunity where defendants was deliberate indifferent to medical needs

State of Facts
9) The defendants, is aware they have filed Bad faith special report in the United States middle district in an attemp to show medical service rendered to Plaintiff who's name was missing from (P.H.S.) Prison Health Services Records, failed to identify proper - *Medical Service, Rendered* stated [a] valid cause of action under 42 U.S.C. 1983, where Jurisdiction Three: is invoked under, KKK Act of 1871, rend with 457 U.S. 922 - 937 [1]

10) <u>Jurisdiction Four:</u> is Invoked, under
The Punitive Damages claims where
defendants did go upon, the Land and
Territory of the United States, to
violate 28 U.S.C. 2671, of etseq to cause
<u>the Harlow Defendants</u>, file, false medical
Documents Beening [all] not the services
rendered to Plaintiff, violates (11).
The subjective component ___ at Const 8,
By The defendants ___ intent ____
or, <u>Practice to Hide their deliberate</u>
indifference to Plaintiff medical needs,
For Purpose A.d.A.
Beening medical certified mental
Health inmate, An Beening certified for
cronic care, the Plaintiff Does admit
He must Have qualified, for A.d.A. ____
Precompensation, enroute, Civil Tort,
12). <u>Treble Damages Compensation</u>
Where Defendants, acted __ with obduacy,
to Deny the Plaintiff proper, medical
care At, 111 s.ct, 2325, 2326 [i]

13). _Jurisdiction Five:_
Is invoked, under the United States_
Federal Court Jurisdiction 28 U.S.C. 1343 (a)_
and read with 28 U.S.C. 1331, and 1332 (a)
citing, _Hagan -v- Levine_, 415 U.S. 528_
( 1967 )   (Torts 2007)

14). _Pendant Court Jurisdiction_
The Plaintiff Reserve For similarity_
Him self, under, [A] Protection or class_
of inmates, who is Presently Housed in
Alabama over Crowdeing Prison Facilities,_

15). Due to common of operactive facts_
involing, _Federal, Rule 23 Civil Proce_
(a), where Inmates, are [sic]
Beaten within inches of their Life, 'B'_
Denied Proper medical care, where (c)_
the Plaintiff Further request _criminal_
_sanction,_ against all defendants

16). who willifully filed any Bad Faith_
special reports, i.e. to Avoid civil _
Damages.

-8-

(17). OR Possible Criminal Sanction Pensuant const, Amendment 8th AL Eleven U.S.C. 241, 242, #1J _____ Violated, 955 F.2d 21, 22

Treble Damages Sought:
The Plaintiff seeks no Less that for all Defendants who failed to Amitt, they were deliberate indifferent to ___ Plaintiff medical Needs.

(18). Where Jurisdiction, Is invoked By their, Outragious conducts i.e. to deny the Plaintiff of His Rights under under the U.S. Constitution to Proper medical CARE.. under, 960 F. 2d 351, 360-61 (3rd Cir 1992).

(19). The class of defendants Having ___ SubJected the Plaintiff, to Emotional Distress, And unnesscery Pain and ___ suffering.

(20). Where they Denied the Plaintiff of Adeouate medical CARE, they Cause deliberate indifference claims under ~~of # X.X. #2#1~~, 42 U.S.C. 1983, same Jurisdiction 28 U.S.C. 1391, 1392

9

Certificate of Service

I, Ronnie V. Williams #239426, did here by serve all defendants, Honorable Respondents: Attorney at Law: Ruston, Stakley, Johnston, an Garrett, P.A.

Done This August 28th, 2007
184 Commerce Street,
P.O. Box 270
Montgomery, Alabama, 36101-0270

I, Ronnie V. Williams #239426, did here by serve the 11, pages in answer to the defendants, Pre- admissions under [FRCP] Rule 36, Done August 28th, 2007

I, Ronnie V. Williams #239426, did here by serve the 11, pages. To the office of the Clerk, United States District Court P.O. Box 711 Montgomery, Alabama 36101-0711

Plaintiff: Ronnie V. Williams #239426
P.O. Box 5107, Bullock Correctional Facility
Union, Springs, Alabama 36089

I, Ronnie V. Williams #239426, did here by are sending Exhibit A, B, C, serve pages in answer to the defendants 15, Exhibit A, B, C.

Done This August 28th, 2007

—10—

Recorded For The Year, 2005.

I, Ronnie V. Williams, Swear: that the statments is truth.
7-12-05, I First realized something
were very wrong, on this date because
of the view of the dorm was orange,
And this view, would holded For 20 to 30
scands Each morning.

This is After three months being here
at Bullock, Correctional Facility

On 7-15-05, is when I Filed my First
Complaint to a Head Nurse: Robinison, H.S.A.
Which she did Receive on 7-15-05.
Her Response, dated 7-18-05, saying
that I infact were taking the right
Pills. For my itching, And Anxiety.

On this same date: 7-18-05, Time: 1:45 p.m.
I was Called to see Chronic Care Nurse
Ms. Nalls, that stated that these are infact
the right Pills, that I were taking.

Dated: 7-20-05, Time: 11:45 p.m. For Chronic
care For No Reason.

Dated: 7-25-05, Time: 10:20 a.m. given a shot in
my Right Hip.

Dated 7-26-05, showing spots on my Legs. Time
11:28 a.m., And use'd A.G. Cream, did help.

Dated: 7-26-05, Time: 5:40 p.m. Dr. Siddiq
stated that he needed to see my Face.

Dated: 7-28-05, Time: 11:10 p.m. more Lab work.

Dated: 7-31-05, Time: 6:15 p.m. Light n dark Green
Pills given. Dated: 8-3-05, Time: 10:35 a.m. I
did not take Pills, And were wrote up that day.

MONTGOMERY AL 361

26

From: A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Alabama 36089

— LEGAL Mail

To: Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

These are staff members that have knowledge — of these matters; 7-10-07

Exhibit "A"

Ronnie T. Williams
AIS # 239426

Warden: Cummins

I'm still having problems here with this Health Care Unit.

On 7-3-07 Mr. Walls, would try to have me sign all right away, for any form of treatment here at this facility, and I would not sign these forms, and I do feel that I need to be removed from this facility, because I have every reason to fear for my safety here at this facility, and these — 2 people, themselves Doctor Siddig, and Mrs. Nally, that they don't care anything about my health — after brining this matter before a federal Judge, here in the state of Alabama. I also contacted a mobile Judge to whom I recieved my time from.

I would have contacted you sooner, but I would think that some staff member would have contacted you on these matters by now. And I would like for you to see my affidavit that I filed in federal court, as well. I would like to set down with you so that you can have a better understanding about whats going on, in your facility Thank you.

YOU STATED YOUR MEDS
WERE NOT RIGHT BECAUSE
OF A SIMILAR NAMED
INMATE GOT MIXED UP
WITH YOURS. I TOLD YOU
TO WRITE IT OUT SO
IT COULD BE LOOKED INTO.
IT APPEARS YOU HAVE
TAKEN ACTION ON THESE
OTHER EVENTS.

*Page 6*

*Exhibit A*

## INMATE REQUEST SLIP

Name *Ressie V. Williams* Quarters *13-43* Date *1/29/07*

AIS # *239426*

( ) Telephone Call          ( ) Custody Change          (X) Personal Problem

( ) Special Visit          ( ) Time Sheet          ( ) Other _____

Briefly Outline Your Request - **Then Drop In Mail Box**

*Warden, Cummings, Sir.*
*I hope this is a good time to-*
*speak with you about those -*
*problems I'm having here at your-*
*facility; Which I do feel should*
*have been talked about sometime -*
*ago, and to say that I'm not-*
*nowhere near, a mental person. Next*
*page*

**Do Not Write Below This Line - For Reply Only**

WHAT KIND OF PROBLEMS ARE
YOU HAVING?

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

Request Directed To:  (Check One)

(X) Warden          ( ) Deputy Warden          ( ) Captain

( ) Classification Supervisor          ( ) Legal Officer - Notary Public          ( ) Record Office

N176

Page ② Exhibit "A"

## INMATE REQUEST SLIP

Name _Rennie V Williams_ Quarters _13-43_ Date _1/22/07_

AIS # _239426_

( ) Telephone Call         ( ) Custody Change      (✓) Personal Problem

( ) Special Visit          ( ) Time Sheet          ( ) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

And I feel its right to say-
that I have contacted, my family-
members, and a lawyer on those-
matters, and for some reason before-
you came here, not one, of my-
request have been moved on et-
any time, and I feel that treatment-
itself is very wrong and unhealth-

<u>Do Not Write Below This Line</u> - **For Reply Only** for this facility.

_____

_____

_____

_____

_____

_____

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (<u>Check One</u>)

(✓) Warden              ( ) Deputy Warden        ( ) Captain

( ) Classification Supervisor   ( ) Legal  Officer - Notary    ( ) Record Office
                              Public

N176

_Warden_ Cummings.

_ Please_ only

This was on back

page 1

*Exhibit "A"*

## INMATE REQUEST SLIP

Name *Connie D. Williams*     Quarters *13-1*     Date *8/29/06*

AIS # *239426*

( ) Telephone Call    (✓) Custody Change    (✗) Personal Problem

( ) Special Visit    ( ) Time Sheet    (✗) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

*Mr. Blacledge, Sir, I'm having a problem with understanding my custody and my stay here at this facility.*

*And let the record show that I never have had any mental problems at no time and should have been treated for any mental Problem.*

<u>Do Not Write Below This Line</u> - **For Reply Only**

*Check with your Specialist.*

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: <u>(Check One)</u>

( ) Warden    ( ) Deputy Warden    ( ) Captain

(✗) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

*C.S. Blacledge* /10-25-06

N176

Mr. Blackledge -
Please. -

Mr. Blackledge -
Please

Priv on Page 3

33

*Exhibit "B"*

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Atarax 25mg po
tiD x 10 days          0400
                       1100
7/25/05        8/15/05  1700
      Label

Benadryl 50mg po
tiD x 10 days          0400
                       1100
7/25/05        8/15/05  1700

Decadron 4mg
x 1
7/25/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 7/25/05 | THROUGH 7/31/05 | | |
|---|---|---|---|
| Physician | | Telephone No. | Medical Record |
| Alt. Physician | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: *S. Roberts*  Title: *RN*  Date: 7/2 | |
| PATIENT | | PATIENT CODE   ROOM NO | |

41

Exhibit B

**Facility Name:** BCCF    **Month/Year of Charting:** 2/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Benadryl 50y PO bid x 180 ds**
- Start Date: 9-01-05
- Stop Date: 2-27-06
- Prescriber: Sidq
- RX #:

**Lopid 600y PO bid x 180 ds**
- Start Date: 10-27-05
- Stop Date: 4-24-06
- Prescriber: Sidq
- RX #:

**Amoxil 500y ǐ po bid x 10 days**
- Start Date: 2-11-06
- Stop Date: 2-21-06
- Prescriber: Siddj
- RX #:

**Actifed ǐ po bid x 10 days**
- Start Date: 2-11-06
- Stop Date: 2-21-06
- Prescriber: Siddj
- RX #:

**Advil 800y ǐ po tid x 10 days**
- Start Date: 2-11-06
- Stop Date: 2-21-06
- Prescriber: Siddj
- RX #:

- Start Date:
- Stop Date:
- Prescriber:
- RX #:

**Diagnosis**

**Allergies** NKA

**Housing Unit:**

**Patient ID Number:** 2394816

**Patient Name:**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K Smith LPN | W | Hoover RN | DH |
| Kyles LP | M | PRanthy | CD |
| L. M— | | L.A. Hooks | PS |

**Documentation Code**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held

51

| Facility Name: BCCF | | | | | | | | | | | | | | | | | | | | Month/Year of Charting: XI 06 | | | | | | | | |

IYTL

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Zantac 150mg p.o. Bid x 180 day.**  1100 / 1700
Start Date: 9-7-06   Prescriber: ___
Stop Date: 3-7-06   RX #:

**Vasotec 20mg PO Qdy x180dys**  1100
Start Date: 11-13-06   Prescriber: Sidd
Stop Date: 5-13-07   RX #:

**ASA 325mg PO Qdy x180dys**  1100
Start Date: 11-13-06   Prescriber: Sidd
Stop Date: 5-13-07   RX #:

**Tenormin 50g PO Qdy x180dys**  1100
Start Date: 11-13-06   Prescriber: Sidd
Stop Date: 5-13-07   RX #:

**Isosorbide 10mg PO bid x180dys**  1100 / 1700
Start Date: 11-13-06   Prescriber: Sidd
Stop Date: 5-13-07   RX #:

**Colace ÷ PO tid x 180 day**  0400 / 1100 / 1700
Start Date: 1/20/06   Prescriber: Siddeg
Stop Date: 5/20/07   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | L. Anderson | | A. Strick, RN | AM | 1. Discontinued Order |
| Allergies | C. James LPN CN | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| Housing Unit: | | | | | 4. Charted in Error |
| Patient ID Number: 124453 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| | | | | | 7. Medication out of St... |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

52

| Facility Name: | | Month/Year of Charting: 11/06 |
|---|---|---|

**Keflex 500mg i**
**po tid**

Hour: 0400 / 1100 / 1700

Start Date: 11/30/06   Prescriber: _Siddiq_
Stop Date: 11/30/06   RX #:

**Anusol Supp**
**bid**

Hour: 1100 / 1700

Start Date: 11/28/06   Prescriber: _Siddiq_
Stop Date: 11/29/06   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Cod |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKA | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 124433 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of SI |
| | | | | | 8. Medication Held |

55

II otl'- 2/07

| Facility Name: Bullock | | Month/Year of Charting: 2/07 |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Tylenol tabs ii
BID po x
90 Days

Hour: 1100, 1700

Start Date: 2/16/07    Prescriber: Siddiq
Stop Date: 5/16/07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |

Allergies: NKDA

Housing Unit:
Patient ID Number: 724453
Patient Name:

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Sto
8. Medication Held
9. No Show

56

| Facility Name: Bullock Correctional Facility | Month/Year of Charting: 02/07 |

**Colace 100MG Cap      90.00**

Take 1 capsule(s) by mouth Three Times Daily

Start Date: 11-21-2006     Prescriber: Siddiq, Tahir
Stop Date: 05-19-2007     RX #: 252148004

**Enalapril Maleate ( for Vasotec ) 20MG Tab      30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-15-2006     Prescriber: Siddiq, Tahir
Stop Date: 05-13-2007     RX #: 252128608

**Aspirin 325MG Tab      30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-15-2006     Prescriber: Siddiq, Tahir
Stop Date: 05-13-2007     RX #: 252128610

**Atenolol ( for Tenormin ) 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-15-2006     Prescriber: Siddiq, Tahir
Stop Date: 05-13-2007     RX #: 252128614

**Isosorbide Dinitrate 10MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 11-15-2006     Prescriber: Siddiq, Tahir
Stop Date: 05-13-2007     RX #: 252128615

*Zantac 150 mg po bid x 180 days*

Start Date: 11/2/06     Prescriber: Siddiq
Stop Date: 4/30/07     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | P. Johnson LPN | PP | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 124453 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of St |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

Exhibit C

Received 07/18/05

# INFIRMARY COMPLAINT

Ronnie V. Wil'ms #239426    B.C.C.F    7-15-05

① Part A inmate request

I am writing, about a problem i'm having for sometime now. The reason is that i have said over and over again- that, the Pills i'm taking, here are not the same, as the ones, that my doctor, would have me to take.

For years, i doctor John smith, had be giving me Pills for <u>Urticarie = hives</u>, and with my finding, this facility- have given me, the wrong Pills sence i've been here.

And i feel that is one, of the reson, i feel sick most of the times.

And buy making this mistake, thats why i'm here at this mental facility. I just had, a meeting, with mis, and- about, me having a Problem, and she shown me that her - Computer, show that i don't have a mental Problem.

So why have i been given Pills, for a mental Problem- and not, for <u>Urticarie = hives.</u>

And i would, like to, talk, with, someone, about this, problem.

RESPECTFULLY SUBMITTED

Ronnie V. Williams

Sir, you are not on any psychiatric drugs. The Vistaril you were taking was to help with the itching and anxiety.

Mr. Robinson, HSA
07/18/05

**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

**RECEIVED: Inmate/Health Record**

Institution: Bullock

Date: 4-18-05  Time: 1916  AM/PM

**RECEIVED FROM:**
Institution/Work Release Center/Free-World Hospital

_____

**RECEIVING MEDICAL STATUS**

[x] Population

[ ] Infirmary

[ ] Isolation

**RELEASED: Inmate/Health Record**

Institution: KCF

Date: 4/15/05  Time: ____ AM/PM

**RELEASE FROM:**

[ ] Infirmary      [ ] Segregation

[x] Population     [ ] Mental Health

[ ] Other _____

**RELEASE TO:**

[ ] DOC   [ ] Infirmary   [ ] Mental Health

[ ] _____
Institution/Work Release Center/Free-World Hospital

**ALLERGIES:**

NKA

**PHYSICAL EXAMINATION**

Date of last exam: 3/25/05

Chest X-Ray Date: _____ Result: _____

PPD Reading  0mm

Classification: _____

Limitations: _____

**LAB RESULTS - - LAST REPORT**

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 3/25/05 | [x] | [ ] |
| Urinalysis | 3/25/05 | [ ] | [ ] |

| | YES | NO | |
|---|---|---|---|
| Wears Glasses/Contacts | [ ] | [x] | |
| Dental Prosthesis | [x] | [ ] | Top Front two |
| Hearing Aide | [ ] | [x] | M Jollert, RN |
| Other Prosthesis | [ ] | [x] | Receiving Nurse |

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

Lopid 600mg BID
Vistaril 25mg 9 Am
Vistaril 50mg HS

**SCHEDULE FOR CHRONIC CARE CLINIC**

DATE: _____  LAST CLINIC: 4/14/05

| | | |
|---|---|---|
| MEDICATIONS | [x] Sent w/ inmate | [ ] Not sent w/ inmate |
| X-RAY FILM | [ ] Sent w/ inmate | [ ] Not sent w/ inmate |
| HEALTH RECORD | [ ] Sent w/ inmate | [ ] Not sent w/ inmate |
| Released to: | DOC | |

Date: 4/15/05  Time: ____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |
| CHART REVIEWED | [x] YES | [ ] NO |

Received by: M Jollert RN
Signature of Receiving Nurse

Date: 4-18-05  Time: 916  AM/PM

**FOLLOW-UP CARE NEEDED**

[x] Medical   [ ] Dental

[x] Mental Health

| Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|
| | | | |

**INTAKE**

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | |
| | Mental Illness | [x] | |
| | Suicide Attempt | | [x] |
| | Chronic Care | [x] | |
| STATUS | Special Diet | | [x] |
| | Appearance | [x] | |
| OTHER PERTINENT NURSING ASSESSMENT | | | |

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores (Rash on leg) | Yes | |
| | Lice | | |
| | Edema | | |
| | Warm & Dry | [x] | |
| | Cool & Moist | | |
| CONDITION | Alert | [x] | |
| | Oriented | [x] | |
| | Uncooperative | | [x] |
| | Depressed | | [x] |

| INTAKE | |
|---|---|
| Sick Call Procedures Explained | Yes |
| Height | 5'11" |
| Weight | 205# |
| Blood Pressure | 120/80 |
| Temperature | 98.8 |
| Pulse Resp. | 76/20 |
| Other | O2 Sat - 99% |

Katie Bailey  RN                    4/15/05
Signature of Nurse Completing Assessment (Sending Nurse)     Date

M Jollert RN                    4-18-
Signature of Intake Screening Nurse (Receiving Nurse)     Date

**INMATE NAME (LAST, FIRST, MIDDLE)** _____  **DOC#** ____  **DOB** ____  **Race/Sex** ____  **FAC.** ____