```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000528
Cashier ID: brobinso
Transaction Date: 09/24/2007
Payer Name: BULLOCK COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE V WILLIAMS
 Case/Party: D-ALM-2-07-CV-000332-001
 Amount:         $13.00
------------------------------------
CHECK
 Check/Money Order Num: 21894
 Amt Tendered:   $13.00
------------------------------------
Total Due:       $13.00
Total Tendered:  $13.00
Change Amt:      $0.00
```