Dated 11-2-07,

Dear: Office of the Clerk,

My Name is: Ronnie V. Williams, A.I.S. #239406
Case Number 2:07-cv-332-ID
My New Place of stay is Now A Facility Name - Hamilton A.N.I,
Address: Hamilton A.N.I,
223 Drive Sasser
Hamilton, Alabama, 35570

On 10-30-07, I was removed from Bullock Correctional Facility.
I feel that it is my job to contact your office, before receiving any money here at Hamilton, A.N.I. Facility
So, please have your office contact them in order for this office to have knowledge of this co-payment in the amount of 20 percent that should be taken out.

I also wrote the business office here at Hamilton on this matter. Dated 11-1-07, by a request form sent to them on this date 11-1-07,

Sign: Ronnie V. Williams

C/o

From: Eddie L. Williams AIS #239906
Hamilton AGE- And Infirmary
223 Sasser Drive
Hamilton, Alabama 35570



To: Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

36101307 11

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."