IN THE UNITED STATES DISTRICT COURT OF ALABAMA
IN AND FOR THE MIDDLE DISTRICT
MONTGOMERY, ALABAMA

RONNIE V. WILLIAMS,
**Plaintiff,**

Vs.

Case No. 2:07cv332-ID

Dr. SIDDIQ, ET AL.,
**Defendants.**

RECEIVED
2007 DEC -7 A 9: 29
_BRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## "PLAINTIFF'S NOTICE TO THIS COURT AND DEFENDANTS OF HIS CHANGE OF ADDRESS"

Comes Now the,"Plaintiff Ronnie V. Williams" *pro / se* in the above styled cause and notify this Court Clerk and the Defendants Attorney that his mailing address has changed and for good cause sets forth the following:

[1],"Plaintiff arrived here at Limestone Correctional Facility November 30th, 2007 and according to the Federal Rules of Civil procedures states:" That if a party moves to notify the court and the parties involved in the action as to his or her New Address".

[2],"Plaintiff today are serving the below attorney's and this court of his New Mailing address, that all future mailing be forward to Plaintiff's New Mailing address.

Respectfully Submitted,

*Ronnie V. Williams*

***RONNIE V. WILLIAMS,***

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above foregoing upon The defendants attorney by placing the said same in the United States mail postage prepaid and properly addressed, done this the 4th.day of December 2007

*Attorney At Law*
RUSHTON, STAKELY, JOHNSTON & GARRET, P.A.
184 COMMERCE STREET
P.O. BOX 270
MONTGOMERY, ALABAMA
        36101-0270

***RONNIE V. WILLIAMS,***

From: Ronnie V. Williams. A.I.S. #239476
Limestone, Correctional - Facility - Bed J-19-A
28779 - Nick Davis - Road
Harvest, Alabama 35749-7009

HUNTSVILLE / HVS
AL 358

This correspondence is forwarded from an Alabama ... The contents ... evaluated, and the ... Department of Corrections ... responsible for the ... of the ... communication ... contents

To: Office Of The Clerk
United State District Court
P.O. Box - 711
Montgomery, Alabama 36101-0711

36101+0711