IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

CASE NO.07-CV-332-ID

RONNIE V. WILLIAMS
PLAINTIFF

V

DR. T. SIDDIQ
ET. AL.

---

### A MOTION FOR SUBPOENA DUCES TECUM

---

**Prepared By**

*RONNIE V. WILLIAMS # 239426*
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS RD.
HARVEST, ALABAMA
    35749-7009

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| RONNIE V. WILLIAMS | ** | |
| | ** | |
| PLAINTIFF | | CASE NO. |
| V | ** | 2:07-cv-332-ID |
| DR. T. SIDDIQ | ** | |
| ET. AL. | ** | |

## A MOTION FOR LEAVE TO SUBPOEANA DUCES TECUM

    COMES NOW THE PETITIONER, PRO-SE IN THE ABOVE STYLED .CAUSE SEEKING TO MOVE THIS HONORABLE COURT TO ALLOW HIM TO PROCEED IN THIS COURT SEEKING MEDICAL RECORDS FROM THE ABOVE DEFENDANTS AND BULLOCK CORRECTIONAL FACILITY.
    THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT ALLOWS HIM LEAVE TO PROCEED.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE DEFENDANTS AT THEIR REGULAR MAILING ADDRESS:

ADDRESSED ON THIS _18th_ DAY OF DECEMBER 2007.

RESPECTIVELY SUBMITTED,

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RONNIE V. WILLIAMS
    PLAINTIFF

V                                      CASE NO.07-CV-332-ID

DR. T. SIDDIQ
    ET. AL.

## A MOTION FOR SUBPOENA DUCES TECUM

    COMES NOW THE PLAINTIFF, RONNIE V. WILLIAMS, PRO SE, IN THE ABOVE STYLED CAUSE SEEKING TO MOVE THIS HONORABLE COURT PURSUANT TO THE FEDERAL RULES OF PROCEDURE RULE 34(A) AND (B),(CIVIL).THE PLAINTIFF IS SEEKING AN ORDER FROM THIS HONORABLE COURT TO COMPEL THE DEFENDANTS AND BULLOCK CORRECTIONAL INSTITUTION TO SUBMIT THROUGH A SUBPOENA, ALL MEDICAL RECORDS THAT HAVE ACCUMULATED AS A RESULT OF HIS INCARCERATION AND THE SUBSEQUENT MEDICAL TREATMENT THEREIN.

    THE PLAINTIFF IS REQUESTING THAT THIS COURT ORDER THE DEFENDANTS TO PRODUCE THESE DOCUMENTS IN THEIR ORIGINAL FORM. THE REASON THAT I AM STIPULATING THIS ISSUE IS THAT THE MEDICAL RECORDS THAT THE DEFENDANTS PREVIOUSLY SENT TO THIS PLAINTIFF WERE ALTERED. TO BE PRECISE, THE FORMS WERE CUT AT THE BOTTOM AND FACTS WERE DELETED.

1

THE PLAINTIFF IS REQUESTING THE RESULTS FROM DRUG TESTS THAT WERE ADMINISTERED THROUGH URINALYSIS FOR THE MONTHS OF MAY AND JUNE OF 2005, AND FOR THE MONTHS OF JANUARY THRU JULY OF 2006. ALL OF THESE TESTS OCCURRED AT BULLOCK CORRECTIONAL FACILITY.

THE PLAINTIFF REASSERTS THAT HE DOES IN FACT WANT AN UNEDITED VERSION OF ALL OF HIS MEDICAL RECORDS AS WELL AS THE ABOVE TEST RESULTS. WHEREFORE THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT MAKES AN ENTRY OF THE ORDER BY SUBPOENA DUCES TECUM FOR THE DEFENDANTS TO PRODUCE THE ABOVE DOCUMENTS IN THEIR ORIGINAL FORM.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE TO THE DEFENDANTS AT THEIR REGULAR MAILING ADDRESS.:

To: Office of The Clerk
United States District Court. P.O. Box-711
Montgomery, Alabama 36101-0711

Rushton, Stakely, Johnston & Garrett, P.A.
Attorneys At Law
184 Commerce Street P.O. Box 270
Montgomery, Alabama 36101-0270

ADDRESSED ON THIS 18th DAY OF DECEMBER 2007..

RESPECTIVELY SUBMITTED.

*Ronnie L. Williams*

2

From: Rennie V. Williams, A.I.S. #239426
Limestone Correctional Facility, Bed. H-85
28779 Nick Davis Road
Harvest, Alabama. 35749

This correspondence was forwarded from
an Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

$ 00.41⁰
DEC 27 2007
MAILED FROM ZIP CODE 35749

TO: Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

3610180711 B007