IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE V. WILLIAMS (AIS# 239426),

Plaintiff,

v.

DR. SIDDIQ, ET AL.,

Defendants,

CASE NO. 2:07-CV-332-ID

## CONFLICT DISCLOSURE STATEMENT

COMES NOW WILMA NALLS, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

1/4/2008
Date

/s/ Paul M. James, Jr. (JAM017)
(Signature)

(Counsel's Name)
**Defendant Wilma Nalls**
Counsel for (print names of all parties)
P. O. Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code
334-206-3148
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, PAUL M. JAMES, JR., do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 4TH day of JANUARY 20 08, to:

MR. RONNIE VINCENT WILLIAMS (AIS# 239426)

LIMESTONE CORRECTIONAL FACILITY

28779 NICK DAVIS ROAD

HARVEST, AL  35749

1/4/2008
Date

/s/ Paul M. James, Jr. (JAM017)
Signature