IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RONNIE V. WILLIAMS, #239 426        *

     Plaintiff,        *

     v.        *        2:07-CV-332-ID

DR. SIDDIQ, *et al.*,        *

     Defendants.        *

_____

### ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Leave to file a Motion for Subpoena Duces Tecum, it is

ORDERED the motion (*Doc. No. 24*) be and is hereby GRANTED.

Upon consideration of Plaintiff's Motion for Subpoena Duces Tecum, in which he requests that Defendants be compelled to submit through a subpoena all his medical records which have accumulated since his incarceration, and as the pleadings and documents before the court reflect that such request is not warranted at this time, it is

ORDERED that the motion for subpoena duces tecum be and is hereby DENIED.

Done, this 9th day of January 2008.


_____/s/  Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE