From: Ronnie L. Williams, - A.I.S.# 239416
Limestone. Correctional Facility- Honor Dorm #1-139-4,
28779 Nick Davis- Road
Harvest, Alabama- 35749

2:07cv332

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

To: The Off. Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama- 36101-0711

