IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE V. WILLIAMS (AIS# 239426),          *
                                           *
         Plaintiff,                        *
                                           *
v.                                         *     CASE NO. 2:07-CV-332-ID
                                           *
DR. SIDDIQ et al.                          *
                                           *
         Defendants.                       *

## NOTICE OF FILING

COME NOW the Defendants, Prison Health Services, Inc. (hereafter "PHS") and

Dr. Tahir Siddiq, and nurses associated with PHS, by and through counsel, and

pursuant to the Court's Order on Motion [Court Doc. No. 31] hereby certifies that a full

and complete copy of the Plaintiff's medical records, that are currently in the

Defendants' possession, were forwarded to Plaintiff on January 22, 2008.


                              Respectfully submitted,


                              /s/  PAUL M. JAMES, JR.
                              Alabama State Bar Number JAM017
                              Attorney for Defendants
                              Prison Health Services, Inc., Dr. Tahir
                              Siddiq, Nurse Wilma Nalls, Nurse
                              Robinson, and Yolanda Mosley
                              RUSHTON, STAKELY, JOHNSTON &
                              GARRETT, P.A.
                              P. O. Box 270
                              Montgomery, AL  36101-0270
                              Telephone: (334) 206-3148
                              Fax: (334) 481-0817
                              E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 22nd day of January, 2008, to:

Mr. Ronnie Vincent Williams (AIS # 239426)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants
Prison Health Services, Inc., Dr. Tahir
Siddiq, Nurse Wilma Nalls, Nurse
Robinson, and Yolanda Mosley

**AFFIDAVIT**

STATE OF ALABAMA

_Bullock_ COUNTY

I, _Brandee Player_, hereby certify and affirm that I am a _Regional Administrator_, at _Bullock County Correctional_; that I am one of the custodian of records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional medial file of one _Ronnie Williams_, AIS# _239426_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Bullock County Correctional_ and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _2_ day of _July_, 200_7_.

SWORN TO AND SUSBCRIBED before me on this _2nd_ day of _July_, 200_7_.

_Justine B. Person_
Notary Public
My Commission Expires: _2/24/2009_

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME Williams, Ronnie          AIS# 239426

Medication Allergies: NKDA

Medical: Chronic (Long-Term) Problems
      Roman Numerals for Medical/Surgical          DOB 3/10/63

Mental Health Code: SMI  HARM  HIST  NONE
      Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 3/25/05 | Hypercholesterolemia | | | BB |
| 3-28-05 | PPD - Ømm | | | MA |
| 4/20/05 | | NONE | | MA |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.

# **Annual Vaccination Record**

## **PPD**

| Date Given mo/da/yr | Site Given L-FA or R-FA | Nurse Signature | Date PPD Read mo/da/yr | Results | Nurse Signature | If positive MD or CRNP notified & orders written |
|---|---|---|---|---|---|---|
| 1/18/07 | L-FA | | 1/20/07 | Ø | | |
| | | | | | | |

## **Hepatitis A/B**

_____ Refusal Signed _____ Date _____ Nurse Signature

_____ Refusal Signed _____ Date _____ Nurse Signature

_____ Refusal Signed _____ Date _____ Nurse Signature

| | 0 Days | | 7 Days | |
|---|---|---|---|---|
| Facility | 1st Dose Date | Nurse Signature | 2nd Dose Date | Nurse Signature |
| | | | | |

| | 21-30 Days | | Booster at 12 months | |
|---|---|---|---|---|
| Facility | 3rd Dose Date | Nurse Signature | 4th Dose Date | Nurse Signature |
| | | | | |

## **Hepatitis B**

_____ Refusal Signed _____ Date _____ Nurse Signature

_____ Refusal Signed _____ Date _____ Nurse Signature

_____ Refusal Signed _____ Date _____ Nurse Signature

| | 0 Day | | 30 Day | |
|---|---|---|---|---|
| Facility | 1st Dose Date | Nurse Signature | 2nd Dose Date | Nurse Signature |
| | | | | |

| | 6 Months | |
|---|---|---|
| Facility | 3rd Dose Date | Nurse Signature |
| | | |

## **Tetanus**

| Date Given mo/da/yr | Site Given | Nurse Signature | Comments |
|---|---|---|---|
| | | | |

Williams Ronnie 239426

Page 1 of 2

## Annual Vaccination Record

#### Influenza

_____ Refusal Signed    _____ Date    _____ Nurse Signature

_____ Refusal Signed    _____ Date    _____ Nurse Signature

_____ Refusal Signed    _____ Date    _____ Nurse Signature

| Date Given mo/da/yr | Site Given | Nurse Signature |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

#### Pneumoccal

_____ Refusal Signed    _____ Date    _____ Nurse Signature

_____ Refusal Signed    _____ Date    _____ Nurse Signature

_____ Refusal Signed    _____ Date    _____ Nurse Signature

| Date Given mo/da/yr | Site Given | Nurse Signature |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**\* All vaccination forms must be moved to the newest volume of the medical record.**

Williams Ronnie 239424

## HYPERLIPIDEMIA CLINIC
## Q 3-6 months

Name: _Williams - Ronnie_ DOB: _3/10/63_ AIS#: _239486_ R/S _BM_

## PATIENT HISTORY

Date of Diagnosis: _3/25/05_
Current Meds: _Lopid 600 Bid_
Diet/exercise history: _Low Cholesterol Diet_ Compliant? Yes (No)

### Risk factors (check all that apply)
✓ Family History __Smoker __Diabetes __HTN __Alcoholism __Drug Abuse __Obesity __CAD

| VARIABLE | Date (initial exam) | Date | Date |
|----------|--------------------|----|----|
| BP/Weight/Pulse | 120/70  196  78 | 130/80  194  78 | 130/88  197  98 |
| CP | no | no | no |
| Exertional Dyspnea | no | no | no |
| Orthopnea | no | no | no |
| Pain/cramps in legs | no | no | no |
| General Appearance | Healthy | Healthy | Healthy |
| Heart | Reg WNL | Reg WNL | Reg WNL |
| JVD/Carotid Bruits | Ø | Normal | Normal |
| Abdomen/Bruits | Nondistended | Nondistended | Nondistended |
| Periph. Pulses/edema | Palp | Palp 6 | Palp 6 |

## LABS                                                      Date

| | | | |
|---|---|---|---|
| Lipids level | 9/2/06 WNL | Pending | Pending |
| Base line LFTs | 9/2/06  WNL  HDL 37 | Pending | Pending |
| Disease Control | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened |

## PLAN          Date                Date                Date

| | | | |
|---|---|---|---|
| Patient Edu/Training | 10/21/06 | 1/30/07 | 4/18/07 |
| Completed Master Problem Sheet | yes | yes | yes |
| Next F/U | 1/30/07 | 4/30/07 | 7/18/07 |
| Signature | | | |

| SHORT TERM GOALS | | LONG TERM GOALS | |
|---|---|---|---|
| 1 | LDL <100 | 1 | |
| 2 | | 2 | |

Comments:

E: Instructed on Continued Compliance 4/18/07

E: Instructed on the need for
Continued Compliance

**PHS**
PRISON HEALTH SERVICES INC.

DEPARTMENT OF CORRECTIONS
NURSE'S
CVHTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | | ALLERGIES NKA |
|---|---|---|---|---|
| DATE/TIME 7/17/06 1520 | | | | |
| O: VS T 99 P 72 R 20 WT 98 | | | | HX a treadmill? Y (N) |
| BP 120/72 IF BP > 140/90 REFER TO MD/NP/PA | | | | |
| Do you smoke? | | Y | N | HX bypass surgery: Y (N) Date: |
| Use salt? | | (Y) | N | Date: |
| Family History of CVHTN? | | Y | (N) | |
| Obese? | | Y | (N) | |
| Stress? | | Y | (N) | |
| Blurred vision | | Y | (N) | |
| Headache | | Y | (N) | |
| Fatigue | | Y | (N) | |
| Muscle weakness | | Y | (N) | |
| Polyuria | | Y | (N) | |
| Epistaxis | | Y | (N) | P: LABS REVIEWED |
| S.O.B. | | Y | (N) | Labs ordered |
| Compliant with meds | | (Y) | N | Last CMP-14 |
| KOP | | Y | N | Last EKG |
| Counseled on risk factors | | (Y) | N | |
| Describe: possible CVA + Heart attack | | | | |
| Labs/EKG WNL        NA | | Y | (N) | |
| CXR if over 50 | | | | |
| Education Done | | (Y) | N | |
| Topic: Low Cholesterol Diet | | | | |
| Recently admitted to hospital/infirmary | | Y | (N) | CURRENT MEDICATIONS: |
| Notes: E. Indurated M continued | | | | Lopid 600 N JSK |
| Noncompliance to Low Cholesterol Diet | | | | |
| Ronnie V Williams | | | | |

| Status: (circle) |
|---|
| IMPROVED UNCHANGED WORSENED |

| Level of Control: (circle) |
|---|
| GOOD    FAIR    POOR |

| CCC WITH NURSE (circle) |
|---|
| 1, 2,(3) Months |

| CCC WITH MD (circle) |
|---|
| 1, 2,(3) 4, 5, 6 Months |

| INMATE NAME Williams Ronnie | NUMBER 239426 | AGE | RACE/SEX B M | SIGNATURE: M Snails |
|---|---|---|---|---|

Control    Good—BP < 140/90
Fair——BP 140-160/90/100
Poor——BP > 160/100

Status:    Improved—BP< previous visit
Unchanged—BP unchanged
Worsened——BP increased,

Physician's Chronic Care Clinic

Date: 7/17/06    Time: 1520    Facility: BCCF

Check all applicable CIC's being evaluated: ✓ Card/HTN __DM__GI__ID__PUL__SZ __TB

SUBJECTIVE:

OBJECTIVE: BP 126/142 HR 72 RR 20 Temp 99 Wt 188 Peak Flow____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Co |
| G F P | G F P | G F P | G F P | G F P | G F P | G F |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I S W | I S W | I S W | I S W | I S W | I S |

PLAN:    Continue Lopid

F/U:  Routine 90 days: _____Other _____

Problem List Updated: Yes    No

Physician/NP/PA    7/18/06

Williams, Ronnie
NAME

M
GENDER

BM
RACE

239480
AIS#

12/10/63
DOB

(Revised 5/18/05)

Date: 4/13/    Time: 1050    Facility: BCCF

Check all applicable CICs being evaluated: ✓ Card/HTN __DM__GI__ID__PUL__SZ__TB

Vital Signs: BP 130/68 P 68 R 20 T____
SUBJECTIVE:____

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:__
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: __Dates:__
For seizure patients, list the # of witnessed seizures since the last CIC visits: __Dates:__  N/A

ALLERGIES: NKA
MEDICATIONS: Listed    CURRENT DIET:____
DESCRIBE MED AND DIET ADHERANCE: Non compliant
DESCRIBE ANY MED SIDE EFFECTS: None noted
VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month____
(This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on____; CD4 & HIV-RNA __/__ on____;
Peak Flow__; LFTs__ on____; Serum Drug Levels __ on____; EKG__; CXR__

Medications:

Lopid 600mg Bid

Patient Educated on:
6' Instructed on continuous low cholesterol
diet and medication care

Inmate Signature Ronnie J Williams #239476

Nurses Signature and Title____

Williams, Ronnie    NAME    3/10/6 MS

M    B    239476
GENDER    RACE    DOB

(Revised 05/18/05)

Physician's Chronic Care Clinic

Date: 4/3/0____    Time: 1100____    Facility: _BCCP_____

Check all applicable CIC's being evaluated: ✓ Card/HTN _ DM _ GI _ ID _ PUL _ SZ _ TB

SUBJECTIVE:

Hypertensive *(handwritten)*

OBJECTIVE:   BP 130 / 68 HR 68 RR 20 Temp __ Wt 280 Peak Flow____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

*(handwritten clinical notes)*

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during tod
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened.

| DM | | | | HTN/CARD | | | | SZ | | | | PUL | | | | ID | | | | GI | | | | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | | Degree of Control | | | | Degree of Control | | | | Degree of Control | | | | Degree of Control | | | | Degree of Control | | | | Degree |
| G | F | P | | G | F | P | | G | F | P | | G | F | P | | G | F | P | | G | F | P | | G |
| Status | | | | Status | | | | Status | | | | Status | | | | Status | | | | Status | | | | |
| I | S | W | | I | S | W | | I | S | W | | I | S | W | | I | S | W | | I | S | W | | I |

PLAN:   Continue __ for TCC *(handwritten)*

F/U:   Routine 90 days: _____ Other _____

Problem List Updated: Yes

*(signature)* 4/13/06

Physician/NP/PA

NAME: William, Ronnie *(handwritten)*

GENDER: M

RACE: B

AIS#: 239426

DOB: 3/10/63

(Revised 5/18/05)

PRISON HEALTH SERVICE,

**Physician's Chronic Care Clinic**

Date: _1/18/06_   Time: _1400_   Facility: _BCCF_

Check all applicable CIC's being evaluated: ✓Card/HTN __DM__GI__ID__PUL__SZ __TB

**SUBJECTIVE:** _no comp(s)_

**OBJECTIVE:** BP _140/94_ HR _64_ RR _18_ Temp ____ Wt_206_ Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** _Continue lopid_

F/U:  Routine 90 days: _____Other _____        Problem List Updated: Yes    No

_1/19/06_

Physician/NP/PA

_Williams, Ronnie_
NAME

_M_
GENDER

_B_
RACE

_239426_
AIS#

_3/10/63_
DOB

(Revised 5/18/05)

PRISON HEALTH SERVICES

### Nurse's Chronic Care Clinic

Date: _1/18/06_  Time: _1400_  Facility: _BCLF_

Check all applicable CICs being evaluated: _✓_ Card/HTN __DM __GI __ID __PUL __SZ __TB

Vital Signs: BP _140/94_ P _84_ R _18_ T _____
SUBJECTIVE: _____

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____ Dates:____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____ Dates:____

ALLERGIES: _NKA_  CURRENT DIET: _Low Sodium_
MEDICATIONS: _Listed_
DESCRIBE MED AND DIET ADHERENCE: _Compliant_
DESCRIBE ANY MED SIDE EFFECTS: _None noted_
VACCINES: Flu_____ Pneumovax _____ Hep A _____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____ : CD4 & HIV-RNA __/__ on_____ :
Peak Flow___: LFTs____ on _____ ; Serum Drug Levels __ on _____ ; EKG ____ ; CXR___ :

Medications:

_Lopid 600 mg BID_          _11/11/05 LDL 96_

Patient Educated on:
_& Instructed on Continuing Low Cholesterol_
_Diet and exercise_
Inmate Signature _Rossie V Williams_
Nurses Signature and Title _M Price SR_

_Williams, Ronnie_          _239.426_
NAME                              AIS

_M_                    _B_          _3/10/_
GENDER              RACE          DOB

(Revised 05/18/05)

# PRISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: 11/4/05     Time: 1655     Facility: BCCF

Check all applicable CIC's being evaluated: ✓ Card/HTN __DM__GI__ID__PUL__SZ__TB

## SUBJECTIVE:

## OBJECTIVE:  BP 130/90  HR ____ RR ____ Temp ____ Wt ____ Peak Flow ____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

*[handwritten notes]*     TG 327

## ASSESSMENT:  Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: *[handwritten]*

F/U:  Routine 90 days: _____ Other _____          Problem List Updated:  Yes     No

_____
Physician/NP/PA

_____
NAME

_____
AIS#

_____
GENDER

_____
RACE

_____
DOB

(Revised 5/18/05)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

### DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _11/4/05_                                      Time: _1610_   A.M. / **P.M.**

I have been advised by Medical Staff _Wilma Nalls RN_

that it is necessary for me to undergo the following treatment:

_Refusal of Medications_

(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _BCLF_ ,

(Name of Facility)

and its agents and employees from any liability.

Inmate: _Ronnie V. Williams_                           Date: _____

Witness: _____                       Date: _____

Witness: _____                       Date: _____

**DOC # 010-127-004**

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _Williams, Ronnie_ | _239426_ | _3/10/63_ | _M M_ | _BCLF_ |

PHS-MD-70032                                                              DOC # 010-127-004

Physician's Chronic Care Cli

Date: 1/24/05    Time: 1400    Facility: Williams, Bonnie

Check all applicable CICs being evaluated: ✓ Card/HTN __ DM __ GI __ ID __ PUL __ SZ __ TB

OBJECTIVE: BP 130/84 HR 80 RR 18 Temp 98⁴ Wt 204 Peak Flow ____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: Continue Lopid - lipids stable

F/U:    Routine 90 days: ____ ✓

Other _____    M.D.

_____
Physician

Problem List updated:  (Yes)   No

(01/31/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: 7/26/05    Time: 1100    Facility: BCCF

Check all applicable CICs being evaluated: _Card/HTN _Hyperlipidemia _DM _GI _ID _PUL _SZ _TB

**Vital Signs:** BP 130/86 P 80 R 18 T 98

**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:_____

ALLERGIES: N/CA    CURRENT DIET: Reg
MEDICATIONS: _____
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: _____
VACCINES: Flu_____ Pneumovax _____ Hep A_____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____: CD4 & HIV-RNA ___/___ on_____:
Peak Flow___: LFTs____ on _____; Serum Drug Levels __ on _____; EKG ✓; CXR___:
2/30/05

Medications:

_Lipid workup_

Patient Educated on: _Dx, answer of sx on CC, CVHTN - Hyperlipidemia P disses as indicated, E symptoms of sx_
"No Smoking" Ronnie N. Williams

Inmate Signature_____

Nurses Signature and Title_____

_____ Williams, Ronnie _____    2394 36
NAME    AIS

_____    _____    3/10/63
GENDER    RACE    DOB

(Revised 05/18/05)

**PRISON HEALTH SERVICES**

Name: Williams,
Inamte #: 239426
DOB: 3/10/63   Race: B   Gender M

### Nurse's Chronic Care Clinic

Date: 4/18/05   Time: 0955   Facility: FCF

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ __TB ✓N ✓

### SUBJECTIVE:

Hypercholestrolemia

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits:____Dates:_____

ALLERGIES: NKDA                        CURRENT DIET: Regular
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: None
VACCINES: Flu ⊖ Pneumovax ⊖ Hep A ⊖   Hep B ⊖
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____: CD4 & HIV-RNA ___/___on_____:
Peak Flow___: LFTs____on _____; Serum Drug Levels __ on _____; EKG 3-05 ; CXR 3-25-05

MEDICATIONS:

Lopid 600mg po qd

T - 98⁸
P - 68
R - 20
BP - 118/100

wt - 210.5

Patient Educated on:

Diet + exercise

Inmate Signature _Romie J Williams_

Nurses Signature and Title

(01/31/05

PRISON HEALTH SERVICE

Name: _Williams, Ronnie_
Inmate #: _____
DOB: _____ Race: _B_ Gender _M_

### Physician's Chronic Care Clinic

Date: _3/25/05_     Time: _1400_     Facility: _KCF_

Check all applicable CICs being evaluated: _X_Card/HTN __DM __GI __ID __PUL __SZ __TB

**OBJECTIVE:** BP _130/80_ HR _76_ RR _16_ Temp _99²_ Wt _205_ Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Eyes      -   Pevrla ; EOM I
Heart     -   S, S₂ ; RRR
Lungs     -   CTA Ⓑ
Abd       -   ⊕ BS
Ext.      -   MAEW

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** 1) Hypercholesterolemia
  - Routine tests
  - meds
  - CCC

**F/U:** Routine 90 days: ___✓___

Other_____

_____ MD
Physician

Problem List updated: (Yes) No

(01/31/05)



PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | ✓ | | ✓ 12 lbs |
| | | | *Last weight at least 6 months ago* |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | ✓ | | Smoke |
| ALLERGIES | | ✓ | NKA |

Weight **200**   Temp **98.6**   Pulse **67**   Resp **20**   Blood Pressure **127/77**

**If greater than > 140/60, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

Eye Exam: **20/20** OD   **20/15** OS   **20/13** OU

**II.    TESTING – (LPN or RN)**          RESULTS

Tuberculin Skin Test (q yr)        Date given **1/18/07** Site **R arm**
                                   Read on **1-20-07** Results **Ø**      mm

Past Positive TB Skin Test    →    **Survey Completed**
(Chest x-ray if clinical symptoms)  Date _____ Results _____
RPR (q 3 yrs)                      Date **11-17-05** Results **NR**
EKG (baseline at 35, over 45 q 3 yrs)  **3-30-05**
Cholesterol (at 35 then q 5 yrs)   **9-12-06**
Finger Stick Blood Sugar           Results **87**
* If > than 200 repeat Finger Stick BS within 48 hours   Results _____
Optometry Exam (@ 50 if not already seen)
Mammogram                          Date _____ Results _____
   (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – (RN, Mid-Level, M.D.)**

Heart                              *Resp WNL*
Lungs                              *Bil Crackles*
Breast Exam                        *Educated*
Rectal (yearly after 45)           Results N/A
   with Hemoccult                  Results N/A
Pelvic and PAP (q 1 yr)            Date N/A Results N/A

Facility **BCCF**   Nurse Signature _____   Date **1/18/07**

M.D. or Mid-Level Signature _____   Date _____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Williams, Ronnie | 239426 | 3-10-63 | BM |

60513-AL   (rev 9/05)





PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_____        _____
**Name**                                            **Relationship**

_____        _____
**Street Address**                                  **Phone Number**

_____        _____        _____        _____
**City**                                            **State**       **Zip Code**

X _Ronnie N. Williams_____        _239446_        _____        _1/18/07_
**Inmate Signature**                  **AIS#**        **SS#**          **Date**

_____        _1-18-07_
**Witness**                                      **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Williams, Ronnie | 239426 | 3-10-63 | Bm | BCCF |

URINALYSIS REPORT

Name: W..iams, Ronnie    AIS# 239426    R/S: Bm

DOB: 3-10-63    AGE:

Collection Date:    TIME

Annual Physical    Random    Repeat    Daily

After Rx Completion    Chronic Care Clinic Protocol

Urine Appearance:    Color Amber  Clarity: Cloudy  Odor: Mild

Specific Gravity: 1.015

PH: 6.5

LEUKOCYTES: Neg

NITRATE: Neg

PROTEIN: Neg

GLUCOSE: Neg

KEYTONES: Neg

UROBILINOGEN: 0.2

BILIRUBIN: Neg

BLOOD: Neg    HEMOGLOBIN:

WNL:    ABNORMAL

OBTAINING NURSE'S SIGNATURE:

REVIEWING PHYSICIAN's Signature:    Date

Date



PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

I.  HISTORY – (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | ✓ | | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | ✓ | | smoke |
| ALLERGIES | | ✓ | |

Hr. 68"  Weight 202  Temp 98⁶  Pulse 74  Resp 20  Blood Pressure 122/72

**If greater than > 140/60, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

Eye Exam: 20/20 OD  20/20 OS  20/20 OU

II.  TESTING – (LPN or RN)     RESULTS

Tuberculin Skin Test (q yr)    Date given 11·13  Site L/19
                               Read on 11-15  Results -0-  mm
Past Positive TB Skin Test ⊗   **Survey Completed**
(Chest x-ray if clinical symptoms)  Date ——  Results ——
RPR (q 3 yrs)                  Date ——  Results ——
EKG (baseline at 35, over 45 q 3 yrs) ✗ ——
Cholesterol (at 35 then q 5 yrs) ✗ ——
Finger Stick Blood Sugar       Results 101
* If > than 200 repeat Finger Stick BS within 48 hours  Results ——
Optometry Exam (@ 50 if not already seen)  Age 42
Mammogram                      Date ——  Results ——
  (females @ 40, q 2 yrs/other M.D. order)

III.  PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

Heart        RRR
Lungs        CTA
Breast Exam  N/A
Rectal (yearly after 45)  Results Age 42
  with Hemoccult  Results N/A
Pelvic and PAP (q 1 yr)  Date N/A  Results N/A

Facility BCCF  Nurse Signature Dale Johnson RN  Date 11-11-05

M.D. or Mid-Level Signature _____ 11/15/07  Date _____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Williams, Ronnie V. | 239426 | 3-10-63 4240 | B/m |



**PRISON HEALTH SERVICES, INC.**

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_Juanita Banks_                          _mother_
**Name**                                 **Relationship**

_4505 Light Loff Rd._                    _452- @1404_
**Street Address**                       **Phone Number**

_Mobile_                    _AL_    _36607_
**City**                    **State**    **Zip Code**

x _Ronnie V. Williams_
**Inmate Signature**                     **AIS#**    **SS#**    **Date**


**Witness**                                          **Date**


| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| | | | | |

# U/A DIPSTICK REPORT

Name: _Williams, Ronnie_ AIS# _239426_ R/S _B/M_

DOB: _3-10-63_     AGE: _42y.o._

Collection Date: _11/11/05_     TIME _0855_

Annual Physical ___✓___ Random _____ Repeat _____ Daily _____

After Rx. Completion _____ Chronic Care Clinic Porotocal _____

Urine Appearance:     Color _Yellow_ Clarity: _Clear_ Odor _aromatic_

Specific Gravity: _1.015_

PH: _5_

LEUKOCYTES: _neg_

NITRATE: _neg_

PROTEIN: _neg_

GLUCOSE: _neg_

KEYTONES: _neg_

UROBILINOGEN: _neg_

BILIRUBIN: _neg_

BLOOD: _neg_     HEMOGLOBIN: _____

WNL: _____✓_____     ABNORMAL _____

OBTAINING NURSE'S SIGNATURE: _Dale Johnson RN_  _11/11/05_
                                                      Date

REVIEWING PHYSICIAN's Signature: _____  _11/15/05_
                                                      Date

NAME _Williams, Ronnie_ · · AIS# 238426 ·   R/S _B/M_ ·

Return to Health care Unit For skin Test Reading on the date marked below:
YOU MUST RETURN!!!!

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| **D A T E** 11-13 | | 11/15 | | | | |
| **T I M E** 9:00 | | | | | | |

RESULT ___0___   SIGNATURE _Q.Dworm.R_



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ____ | ✓ |
| TB TEST CURRENT | ____ | ✓ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ____ | ✓ |

OTHER: _May do kitchen work_

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _B. Stuckey AN_   DATE: _5-21-05_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Ronnie W. Williams_   DATE: _5-21-05_

EXPIRATION DATE: _6-21-05_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Williams, Ronnie | 239436 | 3/10/63 | BM | Bullock |

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE HEALTH EVALUATION

NAME: _Williams, Ronnie_
AIS #: _239426_
D.O.B.: _3-10-63_

Age _40_  Sex _M_  Race _B_  Height _5'9 1/2_  Weight _205_

Temp: _99.2_  B/P: _130/80_  Pulse: _76_  Resp: _16_

** **B/P** – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | ✓ | | Gastritis | | ✓ | **HIV/AIDS *** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding Rectum x 4-5 yrs | ✓ | | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | ✓ | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | ✓ | Type: | | |
| Asthma * | | ✓ | PPD - date given: _3-25-05_ | | | | | |

| | | | | | | Lab Tests - Dates | N | Ab |
|---|---|---|---|---|---|---|---|---|
| *Peak Flow Reading | | | RFA/LFA | | | | | |
| Bronchitis | | ✓ | Date read: _3-28-05_ | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: _0 mm_ | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD      OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU _20/20_ | | | EKG  (@ age 35) | | |

Immunization History: _Td states current 2000_

Immunizations Needed: _____

***HIV Medications: _____

Acute or Chronic Problem Noted:  Y    N     Refer to Mid-Level or M.D. if yes.

_[signature]_                                   _3/25/05_

**RN or Mid-Level, Signature**                **Date/Time**

60511-AL

INTAKE HEALTH APPRAISAL

NAME: _____
AIS#: _____
D.O.B.: _____ R/S _____

**HEALTH CLASSIFICATIONS:**
(Circle One)

(1) – No Restrictions

2 – Temporary Restrictions
        See Special Needs Form
3 – Permanent Restrictions
        See Special Needs Form
4 – A&I (Aged & Infirmed)

5 – Not Determined
        Recheck_____.

**PLACEMENT:**

General Population        ✓
Emergency Department      ( )
Isolation                ( )
Medical Observation      ( )
Other _____

**REFERRAL:**
CCC Placement            ✗

Clinic(s) _CV / HTN_
    See MD/Mid-Level flow sheet
        for clinic(s).
Medical                  ( )
Dental                   ( )
Mental Health            ( )
Other _____
When: ( ) Immediately
        ( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____

_____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| **General Movement** Deformity / Pain, Bleeding / Habitus, Hygiene | ✓ | |
| **Neuro** Mental Status / Intox Withdrawal, Tremor / Neuro-Deficits | ✓ | Alox 3 |
| **Skin** Injury, Bruises, Trauma / Jaundice Diaphoretic / Rash, Lesions, Infestations / Needle Marks / Color, Turgor | | tatoos Chest scar upper Abd. scar |
| **Head** Normocephalic / Atraumatic / Hair, Scalp | | Scaly Scars |
| **Eyes** Glasses/Vision / Pupils / Sclera, Conjunctiva | ✓ | PERRLA |
| **Ears** Appearance / Canals, TMs, Hearing | | B TM's dull |
| **Nose** Epistaxis / Sinuses | ✓ | |
| **Throat** Teeth, Gums, Dentures / Mouth, Tongue, Tonsils / Airway | ✓ | |
| **Neck** C-Spine, Mobility / Veins, Carotids / Thyroid, Lymph Nodes | ✓ | FROM |
| **Chest** Config. Ausc/Resp / Cough/Sputum / Breast/Masses | | CTA B |
| **Heart** Ausc Rate, Rhythm / Murmurs, Ectopy | ✓ | RRR |
| **Abdomen** Bowel Sounds / Palp, G/R/T, Hernia | ✓ | ⊕ BS / scar |
| **GU** Flank Tenderness / Bladder Tenderness/Distention | ✓ | |
| **Back** ROM, Spasm, Injury | ✓ | FROM |
| **Extremities** Edema, Pulse | ✓ | MAEW |
| **Genitals** Injuries/Lesions | ✓ | |
| **Pelvic Pap** | | N/A |
| **Rectal/Guiac** (required @ 45 and up) Deferred/follow-up: | ✓ | D B/B PMs |

Medications Ordered: _____

_____          3/25/05
M.D. or Mid-Level Signature              Date/Time

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _____    Date _3-3-03_

AIS# _239626_

Medical Staff _____    Date _3-25-05_

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INTAKE SCREENING

| Date: 3/24/05 | | AIS#: 239426 |
|---|---|---|

| Last Name: Williams | First: Bonnie | Middle: Vincent |
|---|---|---|
| Birthplace: Mobile Co. AL | DOB: 3/10/63 | SS#: 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 |

| FEMALES: Pregnancy test: (circle one) ( ) Positive ( NA ) Negative | B/P 120/88  Temp 99°  Pulse 80  Resp 20  Weight 205 |
|---|---|
| | FSBS 150   If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?   1995: Surgery to area lower sternum
9/84 Bilateral Chest Tubes 2° Pneumonia    2° scratch below (R) nipple

Previous Incarcerations (Date & Facility)
∅

| Medications: [ ] None  ☒ Atarax, Cholesterol med | Special Diet (Prescribed) NO |
|---|---|
| Allergies: ☒ NKA | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form)  NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person
( ) Lethargic ( ) Stuporous ( ) Comatose
Describe:

2) General Appearance  (✓) Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  (✓) No

4a) Behavior/Conduct: (✓) Calm  (✓) Cooperative  (✓) Non-Violent
( ) Agitated  ( ) Uncooperative  ( ) Violent
( ) Manipulative  ( ) Disorganized
Describe:

4c) Perceptions  None  ( ) Delusional  ( ) Hallucinations  ( ) Hearing Voices

5a) Is there h/o actual suicide attempt?  ( ) Yes  (✓) No
5c) Is there evidence  NONE

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

3) Substance Abuse:  (✓) Yes  ( ) No  ( ) Suspected
( ) Current intoxication/Abuse  (✓) Use  ( ) Withdrawal Symptoms  (✓) Drugs  (✓) Alcohol

Describe- What kind? Amount/Frequency?
ETOH occas. Distant marijuana
• If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.

Last Use: (Time/Date):

4b) Affect/Mood: (✓) Normal ( ) Manic  ( ) Depressed
( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
Describe:

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No
5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on Close Watch  Y or N

Triggers for Close Watch
- Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense  Y or N

| 6a) Communication Difficulties  ( ) Yes  (✓) No | 6b) Memory Defects  ( ) Yes  (✓) No |
|---|---|
| 6c) Hearing Impairment believes he has problems ( ) Yes  ( ) No | 6d) Speech Difficulties  ( ) Yes  (✓) No |

7) Physical Aids: ( ) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  (✓) Dentures upper ( ) Cane  ( ) Crutches
( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other  partial plate

8) Additional comments, complaints, symptoms:  None ✓

S)

O)    Fever  Y  (N)    Swollen Glands  Y  (N)    Signs of Infection  Y  (N)    Skin Intact  (Y)  N

A)

P)

If known Diabetic * Call M.D. for order _____.    Initial Insulin given: _____.

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

_Bonnie M Williams_  3/24/05         _Linda Bell RN_  3/24/05
Inmate's Signature/Date              Health Provider Signature/Date



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_Robert and Bonnie O'harria_       _Brother in law and sister_
Name                                              Relationship

_4405 Eastview Rd     (251) 341-1398 - 609-2901_
Street Address                                    Phone Number

_Mobile_          _Alabama_          _366__
City                        State              Zip Code

_Bonnie N. Williams_    _239426_   _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_  _3-24-05_
Inmate Signature              AIS#      SS#          Date

_Linda Belle_                          _3/24/05_
Witness                                              Date

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Williams, Ronnie | 239426 | 3/10/63 | B/M | KCF |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 9/12/05     TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | Today vs Before |
|---|---|---|
| PT. Tinentul A GAS LEAK Byplwsn | | |

Medications: Nov.

Compliance:  Inmate report _____ % vs MAR _____ %

Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

**S**  PT STATES he was exposed to GAS in The 14th +
he was out

Side effects: NA.

**O**  He is Animated, logical + Cobat, Elament Ehat Onchi
of Delum — He is craving + Spins the region of Desseate
— He ADMits he was out of the cell — Blames others

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | / | | |
| Serious Depression | / | | |
| Self-Injurious Thoughts | / | | |
| Suicidal intent | | | √ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)

ASPD.

**P**LAN:  Report to Copt + ward

Return to clinic: _____  Print Last Name: Sand2  Sign: ____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Williams, Ronnie | 23 94 26 | 42 | B | Nove | Decp |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Dorm _____

Inmate Name: William Bonnie    AIS # 239426    Date of Referral: 9-5-05

**REASON FOR REFERRAL:**

☐ CRISIS INTERVENTION
   ☐ Family problem: _____
   ☐ Problems with other inmates: _____
   ☐ Recent stress: _____
   ☐ Other: _____

☐ EVALUATION OF MENTAL STATUS
   ☐ Suicidal
   ☐ Homicidal
   ☐ Mutilative
   ☐ Hostile, angry
   ☐ Other inappropriate behavior: _____

   ☒ Anxious
   ☐ Depressed
   ☐ Withdrawn
   ☐ Poor hygiene

   ☐ Physical complaints
   ☐ Sleep disturbance
   ☐ Hallucinations/delusions
   ☐ Suspicious

☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

☐ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

☐ OTHER: itching Due to nerves

COMMENTS: S-was taking atarax 25mg PO QHS x 3 50mg
x 7 years

Referred by: S. Vaughn LPN
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)    Phone Contact #: 687

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

See ψEval'cordere

MHM Correctional Services
Follow-Up by: Dr. Joseph McGinn    Date: 4/7/05

Inmate Name: Williams, Bonnie B    AIS # 239426

Mental Health P&P# 71
Page 24 of 36

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### PSYCHIATRIC EVALUATION

*Anx - induced itching*

**Mental Status Examination:**

**Appearance and Behavior:** WD slim-built AAO? Aad x 3

**Mood and Affect:** mildly anxious

**Speech and Language:** nl

**Thought Process:** nl

**Thought Content and Perceptions:** ⊖ A/V hallc ⊖ delus ⊖ S/H idn c/o chronic anxiety/apprehension & related ① itching when ① stressed

**Cognitive Assessment/Memory:**

**Insight/Judgement:** B nr

**Sleep/Appetite:** B nr

**Suicide/Violence Risk Assessment:**

**Past Suicidal Ideation/Attempts (dates and methods):** Denies

**Current Suicidal Ideation and Behavior:** Denies

**Past Violent/Assaultive Behavior:** Denies

**Current Violent/Assaultive Ideas/Behavior:** Denies

**Diagnostic Impression**

**Axis I:** Anxiety Disorder NOS, Hx. Polysubstance Abuse

**Axis II:** Deferred

**Axis III:** Brief/Vetram

**Axis IV:** Incarceration, Substance Abuse

**Axis V:** 60

**Treatment Recommendations (including medications/labs ordered/special housing)**

① Renue Atarax/Vistaril @ 25 g m ⊗ hs

② FLU outpt off for any Mhoc-closed camp c OCCMS. MH follow-up

**Mental Health Code:** (SMI)     HARM     HIST     NONE

**Psychiatric Follow-Up Required Within:** (4-) Days

MHM Correctional Services
Dr. Joseph McGinn

**Psychiatrist Signature** _____    **Date** 4/7/05

Page 2 of 2

| Inmate Name | AIS # |
|---|---|
| Williams, Ronnie | 239426 |

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

| | | |
|---|---|---|
| *Ronnie P. Williams* | 239426 | 3-24-05 |
| Inmate Signature | AIS # | Date Signed |

Williams, Ronnie

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
RECEPTION MENTAL HEALTH SCREENING

Institution: KILBY _____   Date/Time Inmate Received: 3-24-05 _____

Date/Time of Screening: 3-24-05   Signature/Title of Screener: Ms. L. Henderson LPN

25 8Am
30 9h5

## MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC

☑ Yes ☐ No   Psychotropic medication: Xanax ( Itching )
☐ Yes ☐ No   Medication turned over to ADOC upon arrival?
☐ Yes ☑ No   Mental health follow-up in last 90 days: _____
☐ Yes ☑ No   Suicide/self-harm attempts in last 90 days: _____

## MENTAL HEALTH HISTORY   Does inmate report a history of the following (if yes, provide details):

☑ Yes ☐ No   Outpatient treatment: Nerve Itching
☐ Yes ☑ No   Inpatient treatment: _____
☐ Yes ☑ No   Psychotropic medication: _____
☐ Yes ☑ No   Suicidal attempts: _____
☐ Yes ☑ No   Suicidal thoughts: _____
☑ Yes ☐ No   Head injury: hit in head - 1980s
☐ Yes ☑ No   Seizures: _____
☐ Yes ☑ No   Violent behavior: _____
☑ Yes ☐ No   Substance abuse: Alcohol, MJ, Crack - 8/days
☐ Yes ☑ No   Substance abuse treatment: _____
☐ Yes ☑ No   Special education classes: 7th grade ed

## INMATE SELF-REPORT OF CURRENT STATUS

☑ Yes ☐ No   First incarceration (reaction): "Upset"
☑ Yes ☐ No   Reports family support: son, girl
☐ Yes ☑ No   Reports serious depression/remorse: _____
☐ Yes ☑ No   Thinking about suicide: _____
☐ Yes ☑ No   Has plan for suicide: _____
☐ Yes ☑ No   Possible to implement plan: _____
☐ Yes ☑ No   Reports hallucinations: _____

## BEHAVIORAL OBSERVATIONS

☐ Poor eye contact   ☐ Poor hygiene   ☐ Unable to pay attention   ☐ Unresponsive
☐ Disoriented   ☐ Overly anxious   ☐ Unable to follow directions   ☐ Unable to read
☐ Crying   ☐ Memory deficits   ☐ Signs of self-mutilation   ☐ Afraid
☐ Illogical speech content   ☐ Appears to be hearing voices or seeing things   ☐ Paranoid
☐ Hostile   ☐ Other unusual behavior: _____

## DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening)

☐ Routine housing and mental health follow-up   ☐ Emergency mental health referral
☐ Priority mental health follow-up but not emergency   ☐ Safe cell placement recommended
☐ Current psychotropic meds verified/interim supply ordered   ☐ Parole violator interim assessment referral

| Inmate Name | Williams, Ronnie | AIS # | 239426 |

```
***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

                developed by

             Roger L. Greene, Ph.D.
          Robert C. Brown, Jr., Ph.D.
                and PAR Staff
```

```
              -- CLIENT INFORMATION --
```

Client    : WILLIAMS, RONNIE         Age          : 42

Sex       : Male                     Marital Status :

Education :                          Date of Birth  : 03/10/1963

File Name : 239426

Prepared for: Kilby Correctional Facility on 04/04/2005

```
           ------------------------
```

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated.  No decisions should be based solely on the information contained in this report.  This material should be integrated with all other sources of information in reaching professional decisions about this individual.  This report is confidential and intended for use by qualified professionals only.  It should not be released to the individual being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

MMPI-2 INTERPRETIVE REPORT                                        PAGE   2
PREPARED FOR: Kilby Correctional Facility

```
                  -- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

               L    F    K    Hs    D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
     110 --   --   --   --  + --   --   --   --   --   --   --   --   --   -- 110
              -              +                                             -
              -              +                                             -
              -              +                                             -
              -              +                                             -
     100 --                  +                                             -- 100
              -              +                                             -
              -              +                                             -
              -              +                                             -
              -              +                                             -
      90 --                  +                                             -- 90
              -              +                                             -
              -              +                                             -
              -              +                                             -
              -              +                                             -
      80 --                  +                                             -- 80
              -              +                                             -
              -              +                                             -
              -              +                                             -
              -              +                                             -
      70 --                  +                                             -- 70
              -              +                                             -
              -   --   --   -- + --   --   --   --   --   --   --   --  -*  -- -
              -              +                                  *          -
              -              +                                             -
      60 --                  + *                                          -- 60
              -              +                 *          *          *     -
              -              +                                             -
              -              +                                          *  -
              -              +          *           *                      -
      50 --   --   --   --  + --   --   --   --   --   --   --   --   -- -- 50
              - *            +                 *                           -
              -        *    * +                                            -
              -              +                                             -
              -              +                                             -
      40 --                  +                                             -- 40
              -              +                                             -
              -              +                                             -
              -              +                                             -
      30 --                  +                                             -- 30
              -              +                                             -
              -              +                                             -
              -              +                                             -
              -              +                                             -
      20 --   --   --   --  + --   --   --   --   --   --   --   --   --   -- 20
                             1    2    3    4    5    6    7    8    9    0
               L    F    K    Hs    D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
T-Score       48   45   45   59   52   47   57   52   57   64   58   65   54
Unanswered (?) Items = 199

 Welsh Code:  97-1864052/3: L:F:K:
```

```
MMPI-2 INTERPRETIVE REPORT                                      PAGE   3
PREPARED FOR: Kilby Correctional Facility
```

```
                    -- PROFILE MATCHES AND SCORES --


                                        Highest
                              Client    Scale        Best Fit
                    Scale     Profile   Codetype     Codetype
          -------------------------------------------------------
Codetype match:                         Spike 9      7-9/9-7
Coefficient of Fit:                       .63          .82

Scores:       ? (raw)         199
              L                48         51            47
              F                45         58            65
              K                45         43            39
              Hs (1)           59         46            52
              D  (2)           52         46            59
              Hy (3)           47         44            49
              Pd (4)           57         54            61
              Mf (5)           52         46            50
              Pa (6)           57         50            58
              Pt (7)           64         48            73
              Sc (8)           58         51            64
              Ma (9)           65         72            76
              Si (0)           54         44            55
          -------------------------------------------------------
Mean Clinical
Elevation:                     57         51            62

Ave age-males:                            32            34
Ave age-females:                          37            37

% of male codetypes:                      4.7%          .6%
% of female codetypes:                    3.1%          .4%

% of males within codetype:               76.6%         73.9%
% of females within codetype:             23.4%         26.1%


          -------------------------------------------------------

     Configural clinical scale interpretation is provided in the
report for the following codetype(s):

                          Spike 9

          -------------------------------------------------------
```

-- CONFIGURAL CLINICAL SCALE INTERPRETATION --


Spike 9 Codetype


Clinical Presentation:

These individuals describe themselves as being happy and
very energetic.  It is important to assess whether this
self-description is consistent with the reason for their being
evaluated.  They definitely are not depressed, anxious, or
experiencing sleep difficulties.  Their mood is easily elevated
by doing something exciting if they should happen to feel
depressed.

They are in good physical health and do not tire easily.
They are as capable of working as they ever were.  They think
that they have good memory, concentration, and judgment.  They
frequently are in conflict with members of their family and
persons in positions of authority.  They are prone to abuse
substances.  Others see them as overactive, angry, and difficult
individuals who are defensive and guarded.

They are extraverted and relate easily to others.  They are
self-confident and prefer to be a leader of the group.  They may
have a grandiose self-image and inflated self-worth.


Treatment:

Prognosis is poor because these individuals are experiencing
little emotional distress, limiting their motivation for any
intervention.


Possible Diagnoses:

        Axis I    - Rule Out Adjustment Disorder
                    Rule Out Mood Disorders
                        Hypomanic Episode
                        Cyclothymia

        Axis II   - Rule Out Narcissistic Personality Disorder
                    Rule Out Personality Disorder Not Otherwise Specified

-- CLINICAL SCALES --

Hs  (1)   T = 59

Scores in the lower end of this range (T scores = 58-61) are
typical for individuals with valid physical complaints or who are
physically handicapped.  Scores in the upper part of this range
(T > 60) indicate the possibility of exaggeration of physical
problems even with individuals who are physically ill.

D   (2)   T = 52

Scores in this range are considered to be within normal
limits.

Hy  (3)   T = 47

Scores in this range are considered to be within normal
limits.

Pd  (4)   T = 57

Scores in this range are considered to be within normal
limits.

Mf  (5)   T = 52

Scores in this range are typical for males interested in
traditional masculine interests and activities.

Pa  (6)   T = 57

Scores in this range are considered to be within normal
limits.

Pt  (7)   T = 64

Scores in this range are often obtained by individuals who
are generally punctual in fulfilling obligations and may worry if
unable to do so.  They usually prefer to get things done ahead of
time and tend to be conscientious.  They usually do not see
themselves as anxious.

Sc  (8)   T = 58

Individuals who obtain scores in this range may think
somewhat differently than others.  This may reflect a creative or
avant-garde attitude, or a schizoid-like process.

Ma (9)  T = 65

  Scores in this range typically are obtained by individuals who are described as overactive, have difficulties in concentrating and attending, and find it difficult to relax. They often are quite creative people who start many projects but find it difficult to see them through to completion.  As the elevation on this scale increases, there is the increasing probability that the individual is likely to be seen as emotionally labile, impulsive, experiencing flight of ideas, restless, and exhibiting manic features.  They may also exhibit maladaptive hyperactivity, grandiosity, verbosity, irritability, unpredictability, and insufficient inhibitory capacities.

Si (0)  T = 54

  Scores in this range are considered to be within normal limits.


-- ADDITIONAL SCALES --


  No additional scales were selected for interpretation by the user.


END OF REPORT
********



**PRISON HEALTH SERVICES INCORPORATED**

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2/2/07

**To:** Inmate + Doc

**From:** Infirmary + PHS

**Inmate Name:** Williams, Ronnie    **ID#:** 239 426

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Antifungal Cream KOP x 20 Days
Start 2/2/07   Stop 2/21/07

_____

_____

**Date:** 2/2/07   **MD Signature** Dr. Siddely / P. Magui LPN   **Time:** 1700

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Ronnie Williams_

Date of Birth: _3-10-63_          Social Security No.: _A st#339426_

Date: _2/2/07_          Time: _____          A.M.
P.M.

This is to certify that I, _Ronnie Williams_ , currently in
(Print Inmate's Name)

custody at the _Bullock Correctional_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Refused to be Seenad eSick_
(Specify in Detail)

_Call._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Ronnie V. Williams_                     _Patricia Jobben_
(Signature of Inmate)**                          (Signature of Medical Person)

_Martha Jackson_ (RN)
(Witness)                                         (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES**

# NON-COMPLIANCE NOTICE

**The following has been observed and documented per non-compliance policy:**

## CLASS

_____ Diet

_____ Medication

_____ Treatment

## SPECIFIC

ADA _____
CARDIOVASCULAR _____
ALT. G.I. _____
OTHER _____

INFECTIOUS _____
ACUTE _____
CHRONIC _____
PSYCHIATRIC _____
OTHER _____

BLOOD PRESSURE _____
DRESSING _____
ACCUCHECK _____
OTHER _____

## ACTION TAKEN BY NURSING:

_____ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

## ACTION TAKEN BY PRESCRIBERS:

_____ Physician
_____ P.A.
_____ Psychiatrrist

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

## ACTION TAKEN BY INMATE:

_____ Treatment Refusal Signed
_____ Explanation of Non-Compliance

_____ Refuses to sign

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
|  |  |  |  |  |

PHS-MD-70057

NAME _Williams, Bonnie_ AIS# _239426_ R/S _BM_

Return to the Health Care Unit for skin test reading on the date marked below:

## YOU MUST RETURN!!!!!

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **D A T E** | | | | | | | |
| **T I M E** | | | | | | | 1/29/07 |

RESULT ___0___ MM        SIGNATURE _____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-19-07

**To:** DOC

**From:** HCU

**Inmate Name:** William, Ronnie **ID#:** 239426

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Triamcenolone cream x 20 dys.

AF cream x 20 dys.

1-19-07 → 2/06/07

**Date:** 1-19-07 **MD Signature:** Dr Siddiq WSmith **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/14/06

**To:** DOC

**From:** _(signature)_

**Inmate Name:** Williams, Ronnie     **ID#:** 239426

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

AFC KOPX 30 days

**Date:** 9/14/06   **MD Signature:** _(signature)_ Siddy / _(signature)_   **Time:** 10:00 AM

60418



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-19-06

**To:** DOC

**From:** NCU

**Inmate Name:** Williams Ronnie **ID#:** 239426

The following action is recommended for medical reasons:

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**
AF cream x 30 dp.
7-19-06 → 8/08/06
                                    given 8-15-06

**Date:** 7-19-06  **MD Signature:** M Siddig/W Smith  **Time:** 0900

60418

# Prison Health Services

## REFUSAL OF TREATMENT FORM

12-37

Institution: _Bullock_

Resident's Name: _William Ronnie_   ID# _239426_

D.O.B. _3-10-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.   Refused medication.                          ____ E.   Refused X-Ray services.

____ B.   Refused dental care.                         ____ F.   Refused other diagnostic test:

____ C.   Refused an outside medical appointment.      ____ G.   Refused physical examination

____ D.   Refused laboratory services.                 ____ H.   Other (Please specify)

Reason For Refusal _Refused Denatal Sick Call Screening_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Martha Jackson LP_
Witness Signature

_Linda Anderson_
Witness Signature                                      Patient Signature

_6-28-06_                                              _0630_
Date                                                   Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

PHS-MD-70108

# Hepatitis B Vaccine Consent Form

**FACILITY NAME:** <u>BULLOCK CORRECTIONAL FACILITY</u>

<u>Williams, Ronnie</u>
**Inmate Name**

<u>23914/86</u>
**AIS Number**

<u>Ronnie J Williams</u>
**Inmate Signature**

<u>6-21-06</u>
**Date**

**Dose Given** <u>0.5 cc Hep B Vac</u>

**Site Given** <u>(L) arm</u>

**Administered by** <u>V Smith</u>

**Lot Number and Expiration Date** <u>0849R    EXP: DATE 4-08-07</u>

11/16/2006

# Hepatitis B Vaccine Consent Form

## FACILITY NAME: <u>BULLOCK CORRECTIONAL FACILITY</u>

X *Ronnie V. Williams*
**Inmate Name**

X *#239426*
**AIS Number**

X *Ronnie V. Williams*
**Inmate Signature**

*12-21-05*
**Date**

**Dose Given** <u>0.5 cc Hep B Vac</u>

**Site Given** ℞ arm

**Administered by** V Smith, LPN

**Lot Number and Expiration Date** <u>AHBVB004BA EXP: DATE 1-20-06</u>

11/16/2006

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** Bullock county Correctional

Ronnie Williams

**Inmate Name**

239426

**AIS Number**

X Ronnie N. Williams

**Inmate Signature**

11/22/05

**Date**

**Dose Given** 0.5cc Hep B. Vac

**Site Given** (L) Deltoid

**Administered by** unsigned

**Lot Number and Expiration** AHBVB004BA   EXP: DATE 1-20-06

11/16/2005



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 6/23/05

To: DOC

From: Infirmary-HCU

Inmate Name: Williams, Ronnie     ID#: 239424

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _No work x 3days due to injuries_

4.  May have extra _____ until _____

5.  Other _____

Comments:

_Start 6/23/05 - 6/25/05_

Date: 6/23/05   MD Signature: _____   Time: 0900

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _Williams, Ronnie_   DATE: _2/24/05_   TIME: _10:35 A.M._

DOB: _3/10/63_        OFFICER: _Darnell Moore_        INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | — | / |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | — | |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | — | |
| Is the skin in poor condition or show signs of vermin or rashes? | — | |
| Does the inmate appear to be under the influence of alcohol, or drugs? | — | |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | |
| Is the inmate making any verbal threats to staff or other inmates? | — | |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | |
| Does the inmate have any obvious physical handicaps? | — | |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures? _____   —

This inmate was ____X____ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Darnell Moore_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie AISFF 239426 | DIAGNOSIS (If Chg'd) Cupid 300 m po bid x 180 days Bernadryl 50% ¼ po bid x 90 days |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | PO Dr Siddig / CC |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie | DIAGNOSIS (If Chg'd) Catapres 0.1mg po Now and Bid 10 days T.O. Dr Siddig /M Fakom |
|---|---|
| D.O.B. / 6/18/07 | |
| ALLERGIES: | |
| Use Third    Date 6/9/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie 239426 | DIAGNOSIS (If Chg'd) diagnostic T, P.O. Dr Siddig /well |
|---|---|
| D.O.B. 3/1/01 | |
| ALLERGIES: 4427 | |
| Use Second    Date 4/12/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams, Ronnie AISFF 239426 | DIAGNOSIS Zantac 150mg po bid x 180 days |
|---|---|
| D.O.B. / / 311 | |
| ALLERGIES: ✓ | |
| Use First    Date 2/28/08 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Last        Date    /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Fourth      Date    /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Third       Date    /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Second      Date    /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Williams, Renee AIS# 239476 | DIAGNOSIS |
| | Benadryl 50 mg po bid x 90 days |
| D.O.B.  / | |
| ALLERGIES: | P.O. Dr. Siddiq |
| Use First       Date 2/26/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth.    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: William, Ronnie | DIAGNOSIS    Naffafe Ozue x 20) |
|---|---|
| D.O.B.    /    /   23 942 | |
| ALLERGIES: | |
| Use First    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last     Date     /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie  239426 | DIAGNOSIS (If Chg'd)  Truline x 100 tcp |
|---|---|
| D.O.B.  1/17/7 | AFx 200 tcp |
| ALLERGIES: | |
| Use Fourth     Date     /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams, Ronnie | DIAGNOSIS (If Chg'd)  Ibe drine ī PO bid  PRN x 70 |
|---|---|
| D.O.B. 03,10,63   239426 | Tylenol ES ī PO 10 prn  x 70 |
| ALLERGIES: NKDA  12 19 04 | |
| Use Third     Date     /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie  239426 | DIAGNOSIS (If Chg'd)  ① Bardryl 25  Bid x 90  ② Selsun Shampoo x 10 days |
|---|---|
| D.O.B.    /    /   11/20/05 | |
| ALLERGIES: | |
| Use Second     Date  11/26/04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie  239426 | DIAGNOSIS  Lopid 600 PO bid  x 180 dys  Zantac 150 PO bid  Ilosensidoy (N Metrian) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use First     Date  11/01/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /<br>ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /<br>ALLERGIES: | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams, Ronnie<br>239426<br>D.O.B.  /  /<br>ALLERGIES: | DIAGNOSIS (If Chg'd)<br>AT-X 30D<br>Nizoral 200mg 8D x 30D |
|---|---|
| Use Third    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: William Ronnie<br>239426<br>D.O.B. 3/10/63<br>ALLERGIES: | DIAGNOSIS (If Chg'd)<br>TAC to PR 20 days Id<br>po Dr Siddiq / W Res |
|---|---|
| Use Second    Date 7/17/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie<br>239426<br>D.O.B. 3/10/63<br>ALLERGIES: | DIAGNOSIS<br>Lopid 600mg BiD x<br>180 days<br>po Dr Siddiq / W Res |
|---|---|
| Use First    Date 4/13/06  4/14/ | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)

**MEDICAL RECORDS COPY**

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: _Williams Ronnie_ | DIAGNOSIS (If Chg'd) |
| | 4/13/04 _Diagnostic I_ |
| D.O.B. _3/10/63_ | HOPD Dr Siddiq / W nelson |
| ALLERGIES: | |
| Use Last    Date 4/16/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| | _Benedryl 50mg 50 PRN_ |
| D.O.B.  /  _3/15/06_ | _x (80)_ |
| ALLERGIES: | |
| Use Fourth.    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: _Williams Ronnie_ | DIAGNOSIS (If Chg'd) _Amox 500 bid x 10)_ |
| | _Allpred B bid x 10)_ |
| D.O.B.  /  _239426_ | _Adult 800 bid/qid x 10_ |
| ALLERGIES: | |
| Use Third    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: _Williams Ronnie_ | DIAGNOSIS (If Chg'd) |
| _239426_ | _Habol/C atarax_ |
| D.O.B. _3/16/63_ | _OK_  _11/4/05_ |
| ALLERGIES: | |
| Use Second    Date _11/4/05_ | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: _Williams, Ronnie_ | DIAGNOSIS |
| A/S # _239426_ | _Lopid 600mg 1 Po bid x 180 days_ |
| D.O.B.  /  | _P.O Dr Siddiq_ |
| ALLERGIES: | |
| Use First    Date _10/25/05_ | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Last    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Fourth    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Third    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Williams Ronnie
239426

DIAGNOSIS (If Chg'd)

D.O.B. 5/1/01
ALLERGIES:

Use Second    Date 10/21/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Williams, Ronnie

DIAGNOSIS

D.O.B.    /    /    239426
ALLERGIES:

Use First    Date 8/21/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  | |
| ALLERGIES: | |
| Use Last        Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  | |
| ALLERGIES: | |
| Use Fourth        Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  | |
| ALLERGIES: | |
| Use Third        Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  | |
| ALLERGIES: | |
| Use Second        Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: *Williams Ronnie* | DIAGNOSIS |
|---|---|
| *239426* | *Lopid 600mg PO BID x 90dys* |
| D.O.B.    /    /  | *T/o hx side/affinitivia* |
| ALLERGIES: | |
| Use First        Date *7/28/07* | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: *Will* | DIAGNOSIS (If Chg'd) *Advil 800mg P.O. Bid X10d PRN* |
|---|---|
| D.O.B. / / ALLERGIES: | *Denies Allergies Sirone 10 40* *PO. Dr Seddig / childenwell* |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: *Williams Ronnie* *239426* | DIAGNOSIS (If Chg'd) *Benadryl 50 al PO Bid X10d* *PRN* |
|---|---|
| D.O.B. / / ALLERGIES: *8/31/07* | |
| Use Second    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: *Williams, Ronnie* | DIAGNOSIS *Marax 25mg PObd X10* |
|---|---|
| D.O.B. / / *239426* ALLERGIES: | *Benadryl 10/d Bd X10d* |
| Use First    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last      Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams, Ronnie <br> 239426 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 3/10/63 <br> ALLERGIES: | Diagnostic T <br> Pt. to Surdig / medSgr |
| Use Fourth    Date 7/15/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie <br> 239436 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 3/01/63 <br> ALLERGIES: | Atarax 25 mg in Am x 90 days <br> Atara 50 mg in Pm x 90 days <br> Pt. to Surdig / medSgr |
| Use Third    Date 7/19/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie <br> 239426 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / <br> ALLERGIES: 7/12 | Amox 18n/tab x1 new <br> Bactum DS Pod x (5) <br> Advil 800 mg Pod x (10) |
| Use Second    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie <br> # 239426 | DIAGNOSIS |
|---|---|
| D.O.B. 3/10/63 <br> ALLERGIES: NKA | Keflex 500 Po qid x (10) <br> Motrin 800 T Po tid x (10) |
| Use First    Date 7/15/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams, Ronnie | DIAGNOSIS (If Chg'd) |
|---|---|
| # 239424 | No work x 3 days due |
| D.O.B. 3/10/ | to lupus |
| ALLERGIES: NKA | |
| Use Fourth    Date | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams Ronnie | DIAGNOSIS (If Chg'd) |
|---|---|
| # 239424 | |
| D.O.B. 3/10/ | |
| ALLERGIES: NKA | |
| Use Third    Date | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Williams, Ronnie | DIAGNOSIS (If Chg'd) |
|---|---|
| 239424 | Lopid 600mg 1 PO BID x 90 days |
| D.O.B.    /    / | |
| ALLERGIES: NKA | |
| Use Second    Date 6/27/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: William, Ronnie | DIAGNOSIS |
|---|---|
| 239426 | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use First    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Williams Ronnie 239426 <br> D.O.B. 3/10/63  4/21/05 <br> ALLERGIES: NKDA <br> Use Last       Date 4/21/05 | DIAGNOSIS (If Chg'd) <br> Amox 500 1cpd X 10d <br> Aulfred T 10 pd X 10d <br> □ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Williams, Ronnie <br> #239426 <br> D.O.B. 3/10/63   [N-42] <br> ALLERGIES: NKDA <br> Use Fourth    Date 4/1/21/05 | DIAGNOSIS (If Chg'd) Anx NOS. <br> Increase Atarax order to 25 mg noch <br> and 50 mg hs pm x 90 days <br> Nutley _____ MD <br> Noted by _____ <br> □ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Williams, Ronnie <br> 239426 <br> D.O.B. 03/10/63   4/5/05 <br> 10:45A <br> ALLERGIES: NKDA   04/05/05 noted <br> Use Third     Date 04/05/05 | DIAGNOSIS (If Chg'd) Atarax 25 mg PO QAM ] X30 Q <br> Atarax 50 g PO QPM <br> MH referral (outter) <br> □ GENERIC SUBSTITUTION IS NOT PERMITTED  MU8PCRD |
| NAME: Williams, Ronnie <br> 239426 <br> D.O.B. 3/10/63 <br> ALLERGIES: NKDA 3/25/05 <br> Use Second   Date 3/25/05 | DIAGNOSIS (If Chg'd) <br> ① M.H. Referral (meds) <br> ② Lopid 600 mg p.o. BID x 90d <br> ③ CXR  R/o ABN <br> ④ CCL - CV/HTN <br> □ GENERIC SUBSTITUTION IS NOT PERMITTED  Bdm CRNP |
| NAME: Williams, Ronnie <br> 239426 <br> D.O.B. 3/10/63   March 3-25-05 1pm <br> ALLERGIES: NKDA <br> Use First     Date 3/25/05 1pm | DIAGNOSIS <br> EKG <br> CMP, CHO <br> T/O BAdams CRNP / March, MD <br> □ GENERIC SUBSTITUTION IS NOT PERMITTED  Bdm CRNP |



**PRISON HEALTH SERVICES INCORPORATED**

William, Ronnie
239426

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

8/2/06   S/ Have p cold
         O/ cough
         cough/cold
         that is
         seen
         A/P/ cold
         p will give motrin/OTM

11/20/06  S/ [dandruff]
          O/ NORA
          A/P will give Selsun Shampoo

12/19/06  S/ 47 yo DOC c̄ HTN c/o frequent
          headaches walking daily
          O/ BP 124/82 K16 PED
          HEENT - OLAD & bruits PERRLA
          A/HTN lungs CTAB
          A/ headache
          P/ PRN Tylenol 5gm Qdrs sick c̄ Tia
          Healthcare

1/17/07   S/ Rash
          O/ relieve sites
          A/P/ will S/ TC



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

Williams, R
239426

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

7/25/00  S  Eye cw/hs

O  Allerg Reaction to Swell of something
Few weeks

A  Urticaria
P  well & Benadryl ataserse 4 mg
Predison 4 w                     _____

8/31/00  S  Eye RAS
O  No web
just itchy

A  Urticaria
P  well continue on Benadryl 50 po bid

2/10/6  S  Eye has cold
8m
O  web
congion
congested

M  well & Amoxil x 10 d          _____

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 3/15/06 | *[illegible handwritten entry]* Screwd x 100 PM *[signature]* | |
| | *[illegible]* Urticaria | |
| 8/23/06 8A | *[illegible handwritten entry]* | |
| | *[illegible handwritten entry]* creamy discharge | |
| | *[illegible handwritten entry]* | |
| | *[illegible handwritten entry]* x 30 c | |



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

*[handwritten progress notes — illegible]*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

William Ronnie
23 94 26 -

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

5/5/01
*(illegible handwritten clinical notes)*

*(illegible handwritten clinical notes)*

**Complete Both Sides Before Using Another Sheet**



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Williams, Ronnie          D.O.B.: 03 10 62 |
|-----------|---------------------------------------------------------------|

04/05/0?
2030

③ 42 yo BM c̄ hx hypercholesterolemia + "nervous itching" Reports "welping up" when anxious. Took atarax on the streets X 6 yrs

Ⓞ hands, arms + legs c̄ dry skin — c̄ rash on open areas noted

Ⓐ ↑↑ anxiety

Ⓟ atarax X 30 Ⓓ, MH referral      [signature]

4/21/0?      [illegible handwritten notes and signature]

 *Eye Doctor*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ronnie V. Williams_    Date of Request: _3-5-07_

ID # _# 239426_    Date of Birth: _3-10-63_  Location: _C-3-B-11_

Nature of problem or request: _Its important that I see the eye doctor because something is causing problems to the vision in my left eye, and I have not been hit or touched in my left eye something is wrong._

_Ronnie V. Williams_
                                        Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 03/05/07              │
│ Time: 2.30                  │
│ Receiving Nurse Intials  CT │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                            CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                    Was MD/PA on call notified:   Yes ( )    No ( )

_____
                                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Rennie V Williams_     Date of Request: _2/1/07_
ID # _239426_     Date of Birth: _3-10-63_ Location? _10-2-B1_
Nature of problem or request: _I'm still having this Feet Problems_
_the Last Cream that I used, don't work, but you_
_do have a Feet Cream, that do work, because it worked_
_before, and at this time my feet have not gotten better in_
_No Form - and would Like to have more Leg Cream I'm out._

Signature
**DO NOT WRITE BELOW THIS LINE** _Rennie V. Williams_

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 02-01-07
Time: 7.00
Receiving Nurse Intials _C.1_

**(S)ubjective:**

**(O)bjective     (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ronnie V. Williams_ Date of Request: _1/29/07_
ID # _239426_ Date of Birth: _____ Location: _B-2-1-B_
Nature of problem or request: _I would like to see you about the cream for my legs, that should have been fee-20-days, so I would like to have a follow up. And that foot cream that was given don't work like the small tub of foot cream, so can you please help me._

*Signature*
**DO NOT WRITE BELOW THIS LINE** _Ronnie V. Williams_

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 01-30-07
Time: 2:00
Receiving Nurse Intials _C.T._

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:                    Athlete's Foot

Facility: Alabama Department of Corrections

Patient Name: _William_                                   _Ronnie_
                        Last                              First

Inmate Number: _239426_          Date of Birth: _03_ / _10_ / _63_
                                                  MM    DD    YYYY

Date of Report: _1_ / _17_ / _07_        Time Seen: _____ AM / PM  Circle One
                 MM    DD    YYYY

---

**_Subjective:_** Chief Complaint: ☑ Itching  ☐ Burning  ☐ Other: _____

Onset: _K 2 weeks_ _____

History: _____
(Continue on back if necessary)

                                                    ☐ Check Here if additional notes on back
Is the patient a Diabetic?  ☑ NO  ☐ YES   Explain: _AFC_
Current or prior treatment?  ☐ NO  ☑ YES  Explain: _AFC_

**_Objective:_**  Vital Signs: (As Indicated) T:_____ P:_____ RR:_____ B/P:_____ / _____ 195

Appearance: ☐ Dry  ☐ Scaly  ☐ Odor  ☐ Blisters  ☐ Red Streaks  ☐ Drainage  _Moisture_

Location of lesions: _between toes_
Tender to Touch? ☐ YES ☑ NO            Red streaks consistent with cellulitis? ☐ NO ☐ YES

☐ Additional Examination: _peeling skin between toes_
Continue on back if necessary)

                                                    ☐ Check Here if continued on back

**_Assessment:_** _(Referral Status)_
    ☐ Referral **NOT Required**           Preliminary Determination(s): _____

    ☑ Referral **Required** due to the following: (Check all that apply)
        ☐  Signs/Symptoms of infection
        ☐  Red streaks          ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐  Diabetic
        ☐  Severe pain          ☐ Other: _____
                                   (Describe)
        Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
        unsure of the appropriate care to be given.

**_Plan:_**  Check All That Apply:
        ☑ Instruct patient to thoroughly wash feet and carefully dry their feet including between their toes
        ☐ Over the counter (OTC) Antifungal Cream BID x 2 weeks
        ☑ Expose feet to air as much as possible
        ☑ Advise to wear shower shoes when bathing
        ☐ Instructions to return if condition worsens.
        ☐ Other: _____
                  (Describe)

Additional OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Siddiq_          Date for referral: _1_ / _17_ / _07_
                                                                                  MM   DD   YYYY

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____ Time _____

x _Darlene Jernigan_          Name: _Darlene Jernigan lpn_
    Nurses Signature                    Printed



**PHS**
PRISON
HEALTH
SERVICES,
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ronnie V. Williams_ Date of Request: _1/16/07_
ID # _239426_ Date of Birth: _3-10-63_ Location _13-43_
Nature of problem or request: _The Reason, for this Request is that_
_I'm having a problem with my feet Again and would_
_like to have a Cream Treatment as before Please_
_Dull hope to hear from you soon. Thank you_
_Ronnie V. Williams_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: 01-16-07                  │
│ Time: 2:35         C.A          │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## Nursing Evaluation Tool:    <u>General Sick C</u>

Facility: BBB

Patient Name: _Williams_ _Rennie_
First

Inmate Number: _23942_    Date of Birth: _3 / 10 / 63_ MI
MM  DD  YYYY

Date of Report: _11 / 20 / 06_    Time Seen: _____ AM / PM Circle One
MM  DD  YYYY

**Subjective:** Chief Complaint(s): _Ineed dry sculp & benadyl Recerded_

Onset: _____

Brief History: _____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_ P: _80_ RR: _20_ B/P: _155 / 108_

_134 / 93_

Examination Findings: _____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Assessment: (Referral Status)    Preliminary Determination(s):** _____

☐ Referral <u>NOT REQUIRED</u>

☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _D R Siddig_    Date for referral: _11 / 20 / 06_
MM DD YYYY
Time _____

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

X _____    Name: _R. Ivey_



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ronnie V. Williams_ ___ Date of Request: _11/19/06_

ID # _239426_ ___ Date of Birth: _3-10-63_ Location: _13-43_

Nature of problem or request: _____

_I'm having problems with a dry-_
_scalp and my pills I trust to getting in replaced for_
_my oths. Itching, and would like to go another one._
_Ronnie V. Williams_
                                                   *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   **(V/S):** T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                      CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                Was MD/PA on call notified:   Yes ( )     No ( )

_____

*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS

## Nursing Evaluation Tool:                          General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Willis_ _Ronnie_
                        Last          First

Inmate Number: _2 3?9?_          Date of Birth: _3_ / _10_ / _L3_
                                                        MM    DD    YYYY

Date of Report: _8_ / _1?_ / _0?_          Time Seen: _0?_  (AM / PM) Circle One
                    MM    DD    YYYY

**Subjective:** Chief Complaint(s): _feet problem ? Athlete feet_

Onset: _____

Brief History: _____
(Continue on back if necessary)

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated)  T: _98_  P: _80_  RR: _18_  B/P: ___ / ___  wt _198_

Examination Findings: _____
(Continue on back if necessary)

_____

_____

**Assessment:** (Referral Status)    Preliminary Determination(s): _____  ☐ Check Here if additional notes on back

☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply.
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
                (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _Dr Siddiq_          Date for referral: _8_ / _1?_ / _0?_
                                                                                  MM   DD   YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (If emergent who was contacted?): _____  Time ___

X _V St_                              Name: _V Slakch_
    Nurse's Signature                          Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Robbie V. Williams_ ____ Date of Request: _8/3/06_

ID # _# 239626_ _____ Date of Birth: _3-16-63_ Location: _B-11_

Nature of problem or request: _I am still having left prothin's pain after wearing Diana gel foam, and I am who a foam that I would before up a swollen the that did help, and would like anything that will help my feet_

_Thank you_ ____ _Robbie V. Williams_
_____ Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

```
┌─────────────────────────────────────┐
│            RECEIVED                  │
│ Date:                                │
│ Time:                                │
│ Receiving Nurse Intials _____       │
└─────────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST**

Print Name: _Ronnie N. Williams_ _____ Date of Request: _5/8/06_ ___

ID # _____234486_____ Date of Birth: _3-10-63_ Location _12-37_ ___

Nature of problem or request: ___I am, having a leg problem and have___
___been for about a week, and feel it needs and X ray done, because___
___its not getting any better.___ _Thank you_ _Ronnie N. Williams_ ___
                                                               *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                    Was MD/PA on call notified:   Yes ( )    No ( )

_____
                                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Williams_ _Ronnie_
                        Last              First              MI

Inmate Number: _239426_          Date of Birth: __ / __ / ____
                                                        MM   DD   YYYY

Date of Report: _3_ / _15_ / _06_          Time Seen: _____ AM / PM Circle One
                        MM   DD   YYYY

**Subjective:** Chief Complaint(s): _I Need My Benadryl renewed_

Onset: _____

Brief History: _↑ Cholesteral_
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back.

**Objective:** Vital Signs: (As Indicated) T: _98_  P: _82_  RR: _20_  B/P: _180_ / _80_ _201_

Examination Findings: _Resp. Regular & even Skin w/o to touch Skin w/o_
(Continue on back if necessary)   _to touch_

_____

_____

_____

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)*     Preliminary Determination(s): _Renew Meds_
☐ Referral **NOT REQUIRED**

☒ Referral **REQUIRED** due to the following: (Check all that apply) _____
       ☐ Recurrent Complaint (More than 2 visits for the same complaint)
       ☐ Other: _____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure the appropriate care to be given.

**Plan:** Check All That Apply:
       ☐ Instructions to return if condition worsens.
       ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what the should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
       ☐ Other: _____
                    (Describe)
OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): _Dr Seidex_          Date for referral _3_ / _15_ / _0_
                                                                                                    MM  DD
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____ Time ___

x _Martha Jackson_                    Name: _Martha Jackson_
       Nurses Signature                              Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ronnie N. Williams_   Date of Request: _3/6/06_
ID # _239426_   Date of Birth: _3-10-63_  Location: _12-37_
Nature of problem or request: _Well its still the same problem—_
_as i had before, i still have not gotten my pillo for_
_my itching, and doctor bidding will be back it thur-_
_day but not, for some reason, i'll like to know_
_                                        Ronnie N. Williams_
                                                    *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                    Was MD/PA on call notified:   Yes ( )    No ( )

_____

                                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _William      Ronnie_

Inmate Number: _239426_ Last                    First    Date of Birth: _3 / 10 / 63_ MI
                                                                        MM   DD   YYYY

Date of Report: _3 / 6 / 06_                         Time Seen: _____ AM / PM  Circle One
                MM  DD  YYYY

---

**Subjective:** Chief Complaint(s): _I need to renew Benadryl & Lopid_

Onset: _____

Brief History: _I am in class, it makes me sleepy to take Benadryl_
(Continue on back if necessary)  _in Am doing the week no problem @ 5pm. dose I would_
_like to have it 2x day PRN_

☐ Check Here if additional notes on back

---

**Objective:** Vital Signs: (As Indicated) T: _98_  P: _72_  RR: _18_  B/P: _130 / 80_

Examination Findings: _____
(Continue on back if necessary)

---

**Assessment: (Referral Status)**     Preliminary Determination(s): _____
                                                        ☐ Check Here if additional notes on back
    ☐ Referral NOT REQUIRED

    ☐ Referral REQUIRED due to the following: (Check all that apply)
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____

---

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure the appropriate care to be given.

**Plan:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
                  (Describe)
OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where) _Dr. Siddiq_       Date for referral: _3 / 6 / 06_
                                                                            MM  DD  YY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

X _R. Anderson_                     Name: _____
    Nurses Signature                        Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ronnie V. Williams_   Date of Request: _3/4/06_
ID # _239426_   Date of Birth: _3-10-63_ Location: _12-39_
Nature of problem or request: _In fact i' have been missing my pills_
_for my itching that is very needed, because i' was told, that_
_they need up dated. And they are much needed now._

_Ronnie N. Williams_
Signature _Thank you_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS

**Nursing Evaluation Tool:**

Abrasion(s) & Superficial Laceration(s)

Facility: Correctional Facility

Patient Name: _White_ , _Ronnie_
            Last              First

Inmate Number: _206898_                    Date of Birth: _7 / 10 / 41_
                                                         MM   DD   YYYY

Date of Report: _2 / 14 / 06_              Time Seen: _2/21_ AM /**PM** Circle One
              MM   DD   YYYY

**Subjective:** Chief Complaint: ☑ Abrasion  ☐ Laceration  ☐ Scratch  ☐ Other: _____

Onset: _Now_

Location of Injury: _(R) hand_          Other Injuries: ☐ Denies other injury  ☐ _____
                                                                              List other injuries

History: _Pt scraped hand on door._
(Continue on back if necessary)

Injury sustained in altercation with custody staff, or other inmate: ☑ NO  ☐ YES (Requires notification of correctional staff)     ☐ Check Here if additional notes on back

**\*Tetanus Toxoid** Within 10 years: ☑ YES  ☐ NO

**Objective:** Vital Signs: (If Indicated) T: _98⁶_  P: _82_  RR: _16_  B/P: _138_ / _82_

Brief Description: _____
(Continue on back if necessary)                                                    ☐ Check Here if additional notes on back

Approximate Size of Wound: _0.5 cm_          Approximate Depth of Wound: ☑ Superficial  ☐ Other: _____

Wound Description:  ☑ Uncomplicated- Clean without foreign body or signs of infection.
                   ☐ Uncomplicated- Superficial debris, dirt, or crusting requiring wound cleansing.
                   ☐ Other: (See Description of Injury)

Additional Findings
   Active bleeding:          ☑ NO  ☐ YES (If Yes, Describe): _____
   Imbedded foreign body:    ☑ NO  ☐ YES (If Yes, Describe): _____
   Redness/Swelling/Streaking: ☑ NO  ☐ YES (If Yes, Describe): _____
☐ Additional Examination: _____
   Continue on back if necessary

**Assessment: (Referral Status)**                    Preliminary Determination(s): _alteration is_
                                                                                    _Skin Integrity_
☑ Referral **Not Required**.                                   ☐ Check Here if continued on back

☐ Referral **Required** due to the following: (Check all that apply)

   ☐ Wound/injury more than superficial          ☐ Signs/Symptoms of infection    ☐ Tetanus Toxoid >10years
   ☐ Wound near or involving eye/mouth/perineum  ☐ Requires foreign material removal  ☐ Recurrent Complaint (More than 2 v
   ☐ Exchanges of body fluids (Describe): _____
   ☐ Other (Describe): _____
   Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** For superficial scratches, abrasions and cuts cleanse with soap and water and gently wash away any dirt or superficial debris.

Check All That Apply: ☐ Dirt/Superficial debris removed  ☑ Wound cleansed  ☑ Topical ointment  ☑ Dressing and Bandage
   ☐ Band-Aid  ☐ Steri-strips  ☑ Education on wound care.  ☑ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they sh
   do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
   (Describe)

OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral: ☑ NO  ☐ YES (If Yes, Whom/Where): _____          Date for referral: __ / __ / __
                                                                                    MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____     Time ____

X _[signature]_                          Name: _Katherine [signature]_
   Nurses Signature                              Printed



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ronnie K. Williams_    Date of Request: _2/10/06_

ID # _239426_    Date of Birth: _3-10-63_ Location: _12-39_

Nature of problem or request: _for one I do have a cold and I just
hurt all over, and then it hurt to take an air, I need
help and I do feel very very weak, all over, and have
not eat for days now_

_Ronnie W. Williams_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│ RECEIVED │
│ Date: │
│ Time: │
│ Receiving Nurse Intials _____ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB

Patient Name: _William_ _Ronnie_
                     Last                          First

Inmate Number: _339426_          Date of Birth: _2 / 10 / 63_
                                                        MM   DD   YYYY

Date of Report: ___/___/___         Time Seen: _____ AM / PM  Circle One
                MM   DD   YYYY

<u>Subjective:</u>  Chief Complaint(s): _I am coughing, aching, weak, dizzy_
                    Onset: _H/A at times     approx 3 days._

Brief History: _____
(Continue on back if necessary)

_____
_____

☐ Check Here if additional notes on back

<u>Objective:</u>  Vital Signs: (As Indicated) T: _99_ P: _68_ RR: _18_ B/P: _110_/_80_ Wt _203_

Examination Findings: _Noted to be coughing @ intervals, skin_
(Continue on back if necessary)
_warm & dry. VS with in normal limits_

_____
_____
_____

☐ Check Here if additional notes on back

<u>Assessment:</u> (Referral Status) Preliminary Determination(s): _____

☐  Referral <u>NOT REQUIRED</u>

☐  Referral <u>REQUIRED</u> due to the following: (Check all that apply)
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u>   Check All That Apply:
        ☐ Instructions to return if condition worsens.
        ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
        ☐ Other: _____
                  (Describe)
OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Seldig_     Date for referral _2/10/06_
                                                                                    MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _R. Anderson_                    Name: _____
      Nurses Signature                          Printed



Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB

Patient Name: _Williams_ , _Ronnie_
              Last            First            MI

Inmate Number: _239426_     Date of Birth: ___/___/___
                                            MM  DD  YYYY

Date of Report: _9_/_11_/_05_     Time Seen: _0500_  (AM)/ PM  Circle One
               MM  DD  YYYY

---

**_Subjective:_**  **Chief Complaint(s):** _____

   **Onset:** _____

Brief History: _____
(Continue on back if necessary)
_____
_____
_____
                                        ❑ Check Here if additional notes on back

**_Objective:_**  **Vital Signs:** (As Indicated) T:_____ P:_____ RR:_____ B/P:_____ / _____

Examination Findings: _____
(Continue on back if necessary)
_____
_____
_____
                                        ❑ Check Here if additional notes on back

**_Assessment: (Referral Status)_** **Preliminary Determination(s):** _____

   ❑  **Referral <u>NOT REQUIRED</u>** _____

   ❑  **Referral <u>REQUIRED</u> due to the following: (Check all that apply)**
         ❑ Recurrent Complaint (More than 2 visits for the same complaint)

         ❑ Other: _____
         _____
         _____

   **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_**  Check All That Apply:
   ❑ Instructions to return if condition worsens.
   ❑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ❑ YES ❑ NO (If NO then schedule patient for appropriate follow-up visits)

   ❑ Other: _____
         (Describe)
   OTC Medications given  ❑ NO  ❑ YES (If Yes List): _____

   Referral: ❑ NO  ❑ YES (If Yes, Whom/Where): _____  Date for referral: ___/___/___
                                                                               MM  DD  YYYY
   Referral Type: ❑ Routine  ❑ Urgent  ❑ Emergent (if emergent who was contacted?): _____  Time _____

X _____     Name: _____
     Nurses Signature                      Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ronnie W. Williams_ Date of Request: _9/8/05_

ID # _234426_ Date of Birth: _3-10-63_ Location: _16-17_

Nature of problem or request: _I have been having this problem with_ _bad up's for sumtime now, and i do feel it coming from_ _my wish Please do a cort. and throwing even a hard smell as_ _I am thru, and the sym sem to get badder, and i woul like to do some_ _no matter from that wish Pliso_ _Ronnie W Williams_

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**  (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB

Patient Name: _Williams   Ronnie_       Date of Birth: _3_/_10_/_1962_
                  Last            First            MM   DD   YYYY

Inmate Number: _239426_

Date of Report: _9_/_18_/_2005_         Time Seen: _1030_   (AM)/ PM  Circle One
                MM  DD  YYYY

<u>Subjective</u>:  Chief Complaint(s): _"HA Dull & Throbbing, Nagging"_

Onset: _Been happening on & off x 2 months_

Brief History: _____
(Continue on back if necessary)

_____
_____
                                    ☐ Check Here if additional notes on back
_____

<u>Objective</u>:  Vital Signs: (As Indicated)  T: _97⁸_  P: _72_  RR: _20_  B/P: _130_ / _86_

Examination Findings: _HA starts Bilaterally & moves from front of_
(Continue on back if necessary)  _Head to back of Neck. Denies N/V, SOB, Simlae etc._

_____
_____
                                    ☐ Check Here if additional notes on back

<u>Assessment</u>: (Referral Status) Preliminary Determination(s): _____

☐ Referral <u>NOT REQUIRED</u>

☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _Alteration in Comfort Level_

_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan</u>:  Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

    ☐ Other: _____ _Advil 800mg PO Bid x 10d PRN_
              (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _MD_        Date for referral: __/__/__
                                                              MM  DD  YYYY
                                                                   Time _____
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____

X _Holderfield RN_              Name: _Cheri Holderfield RN_
        Nurses Signature                        Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ronnie M. Williams_    Date of Request: _8/30/05_
ID # _239426_    Date of Birth: _3-4-63_  Location: _K-V3_
Nature of problem or request: _I am writing you about the itching_
_and the sores on my lower legs_

_Ronnie M. Williams_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _8/31/05_
Time: _0520_ AM PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: _8-31-05_ |
| Time: _0520_ |
| Receiving Nurse Intials _un_ |

**(S)ubjective:** _I am still itching_

**(O)bjective** _wt 200 lbs   130/80 - 78 - 98.² 18_

**(A)ssessment:** _Alteration in comfort_
_R/T itching_

**(P)lan:** _MD assess_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ronnie V. Williams_ _____ Date of Request: _8/16/05_

ID # _23926_ _____ Date of Birth: _3-10-63_ Location: _16-17_

Nature of problem or request: _for sometime now I've been having hard-_
_aches, and would like to know what's wrong, these hard aches_
_happen everyday. I have been putting up with the pain-_
_ful situation, but it's gotten to the point, I need it looked at_
_____ Ronnie V. Williams_
                                          *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials _____ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE

Check One:  ROUTINE ( )      EMERGENCY ( )

         If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                  Was MD/PA on call notified:   Yes ( )    No ( )

_____
                          *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PRISON
HEALTH
SERVICES
INCORPORATED

**N HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ronnie V Williams_ Date of Request: _7-14-05_
ID # _239426_ Date of Birth: _3-10-63_ Location: _16-17_
Nature of problem or request: _I am writing, doing follow up on my_
_pills that I was taking for itching that was to have slowed_
_they are very much needed, I have been having problems with_
_the itching, for years now._ _think you._
_Ronnie V Williams_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _7/15/05_
Time: _0530_ (AM) PM
Allergies: _NKA_

```
┌─────────────────────────────┐
│          RECEIVED           │
│  Date:                      │
│  Time:                      │
│  Receiving Nurse Intials ___│
└─────────────────────────────┘
```

**(S)ubjective:** Need to renew my medication

**(O)bjective:** wt 203lbs 110/80 -76-20-98

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Ronnie V. Williams_ Date of Request: _7-11-05_
ID # _239486_ , Date of Birth: _3-10-63_ Location: _16-17_
Nature of problem or request: _My groin area, and every thing hurting Yes_
_4 days now_

_Ronnie V. Williams_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _7 /12 /05_
Time: _6.00_ (AM) PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _"My groin is hurting bad. al feel like some-one have Kicked me."_

**(O)bjective** _wt - 204½# P-104 O₂ sat-97% AP - 100/76_

**(A)ssessment:** _Alt. in comfort d/t groin pain_

**(P)lan:** _Refer to MD_

Refer to: (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ✓ ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

_A. Hice, LPN_
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Ronnis V. Williams_    Date of Request: _1-4-05_

ID # _239426_    Date of Birth: _3-10-63_    Location: _16-17_

Nature of problem or request: _for sometime now, I've been having a problem with my hearing and would like to have it checked out. Damn, yes I have a problem with hearing a lots of things, I have been asking people to repeat things over_

_Ronnie V. Williams_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _7/5/05_
Time: _545_ AM PM
Allergies: _NKDA_

```
RECEIVED
Date: 7-5-05
Time: 545
Receiving Nurse Intials __AA__
```

(S)ubjective: _"I have a hearing problem"_

(O)bjective _Wt 205  B/p 120/84  P 72  R 18  Temp 98.6_

(A)ssessment: _Alteration in Sensitivity RT to hearing_

(P)lan: _Have MD assess_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )    No ( )
      Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name: _Ronnie V. Williams_____   Date of Request: _6/22/05_

ID # _239426_____   Date of Birth: _3-10-63_ Location: _14-59_

Nature of problem or request: _I am writing you about the Pain with_
_Swelling on my legg arms and Lower back. about 8 days ago_
_I had gotte out Playing football with men i find was a_
_big mistake, my body eft, Root like it, I am in Pain, Help me_

_Ronnie V. Williams_
                                          Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/23/05_
Time: _6⁰⁰_ AM PM
Allergies: _NKDA_

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: _6-23-05_             │
│ Time: _6⁰⁰_                 │
│ Receiving Nurse Intials _NA_ │
└─────────────────────────────┘

(S)ubjective: _have pan and swelling to R side_

(O)bjective: _Wt 206   B/p 110/80  P. 85  R. 18   98⁶_

(A)ssessment: _Alteration in Comfort R/t pan_

(P)lan: _MD orders to assess_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1006 7/95

# ~ISON HEALTH SERVICES, I~
## SICK CALL REQUEST

Print Name: _Ronnie R Williams_    Date of Request: _5/27/05_
ID # _239426_    Date of Birth: _3-10-63_ Location: _I 14-59_
Nature of problem or request: _I am writing you about the bad problem I am having, my left ear is, having noise bleeding and for sometime now & been loving a hearing Problem. So & would like to have my hearing Check_

_Ronnie R Williams_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ronnie V. Williams_    Date of Request: _5/4/05_

ID # _239426_    Date of Birth: _3-10-63_    Location: _1/4-59_

Nature of problem or request: _I'm having nose and chest pain and_ _mouth and have had sore throat and nose bleeding at times_ _haven't been able to sleep at night_

_Ronnie V. Williams_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5/5/05_

Time: _600_    AM PM

Allergies: _NKDA_

```
RECEIVED
Date: 5-5-05
Time: 600
Receiving Nurse Intials MM
```

(S)ubjective: _I am having nose Bleed, Pain to Chest from_ _Coughing Problem sleeping_

(O)bjective: _Wt 206  B/P 110/80  P-68_ _noted to have some Blood on tissue after_ _using Bathroom._

(A)ssessment:

(P)lan:

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )      No ( )

Was MD/PA on call notified:    Yes ( )      No ( )

_L. Anderson_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 4/19/05 | TIME 09W AM/PM | ORIGINATING FACILITY Bullock C ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES  NKDA

CONDITION ON ADMISSION
☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP  98.2   ORAL/RECTAL   RESP  98   02 SAT 98%   PULSE  70   B/P 100/60   RECHECK IF SYSTOLIC <100> 50 _____ / _____

NATURE OF INJURY OR ILLNESS

S. I felt something warm run from my Nose + it was blood

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O. Blk male escorted to Hcu c̄ cuffs for Abuse c/o - Resp even - No active bleeding Noted on arrival. had tissue c̄ small at of bright red blood - No acute distress noted - poco HA

A. Alt. incomfort due to Abuse c/o

P. Release back to Ovc - Instruct on how to stop Nosebleeds

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
To come + see Nurse if Bleeding occurs + bleeding last longer than 1 min

| DISCHARGE DATE 4/19/05 | TIME 09W AM/PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE V Statum | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Williams, Ronnie | DOC# 239426 | DOB 3/10/63 | R/S Bm | FAC. BCF |
|---|---|---|---|---|

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL | EMERGENCY |
|---|---|---|---|---|---|
| 4/18/05 | 1916 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | | OUTPATIENT |

| ALLERGIES NKA | | CONDITION ON ADMISSION |
|---|---|---|
| | | ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP **98.8** (ORAL) RECTAL  O₂ Sat 99%  RESP. **20**  PULSE **76**  B/P **120/80**  RECHECK IF SYSTOLIC <100> 50 ____/____

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

S - "I have no complaints"

Tatoos noted. Dorsal Rt ha[nd]

O - Awake, alert, oriented ×3. Resp reg & ease. Skin W+D to touch, skin color & turgor WNL. Rash noted on legs for about 2-3 days. Itching @ intervals - not @ present. Abd soft c̄ distention, + BS non-tender on palpation. Ambulatory c̄ diff c̄ steady

**PHYSICAL EXAMINATION**

even gait. Moving all extremities c̄ diff. no peripheral edema. no obvious recent injuries noted.

A - Body chart for DOC for Seg.

P - Released c̄ officer T-Oliver

E - Instructed to return to HCU as or if needed


PROFILE RIGHT OR LEFT


RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

(See E)  1956

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 4/18/05 | 1956 AM/PM | Officer T. Oliver ☐ | | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| M. Gallent, RN 4/18/05 | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Williams, Ronnie V. | 239426 | 3/10/63 | B/M | Bullo[ck] |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ronnie V. Williams_ Date of Request: _4/21/05_
ID # _239426_ Date of Birth: _3-10-63_ Location: _14-59_
Nature of problem or request: _My Chest is Busting from the Caugho_
_and neck hurting also, and even been all to out ovest the_
_last two days, and little sleep last night._

_Ronnie V. Williams_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/21/05_
Time: _530_ AM PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _4-21-05_ |
| Time: _530_ |
| Receiving Nurse Intials _MA_ |

**(S)ubjective:** _I am Coughing, unable to eat Sore Throat_
_Chest hurts when I cough. (apprx 2 days)_

**(O)bjective** _Wt 207    B/p 120/80    P. 78    Temp 98.8_

**(A)ssessment:**

**(P)lan:** _See MD in Am @ 730_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
          Was MD/PA on call notified:   Yes ( )   No ( )

_Martha Jones_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: **Bullock**

Date: **4-18-05** Time: **1916** AM/**PM**

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS

[✓] Population

[ ] Infirmary

[ ] Isolation

RELEASED: Inmate/Health Record

Institution: **Kcf**

Date: **4/15/05** Time: _____ AM/PM

RELEASE FROM:

[ ] Infirmary    [ ] Segregation

[✓] Population    [ ] Mental Health

[ ] Other

RELEASE TO:

[ ] DOC    [ ] Infirmary    [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:

**NKA**

PHYSICAL EXAMINATION

Date of last exam: **3/25/05**

Chest X-Ray Date: _____ Result: _____

PPD Reading **0mm**

Classification: _____

Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | **3/25/05** | [✓] | [ ] | Wears Glasses/Contacts | [ ] | [✓] | |
| Urinalysis | **3/25/05** | [✓] | [ ] | Dental Prosthesis | [✓] | [ ] | **Top Front + two** |
| | | [ ] | [ ] | Hearing Aide | [ ] | [✓] | **njollert, RN** |
| | | [ ] | [ ] | Other Prosthesis | [ ] | [ ] | Receiving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

**Lopid 600mg Bid**
**Vistorl 25mg 9 Am**
**Vistorl 50mg hs**

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: **4/14/05**

| | | |
|---|---|---|
| MEDICATIONS | [✓] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |
| Released to: | **DOC** | |

Date: **4/15/05** Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |
| CHART REVIEWED | [✓] YES | [ ] NO |

Received by: **njollert, RN**

Signature of Receiving Nurse

Date: **4-18-05** Time: **1916** AM/**PM**

FOLLOW-UP CARE NEEDED    Date    Time    With Whom - - Location (Sending Nurse)    Date/Appt. Made w/Whom (Rec. Nurse)

[✓] Medical    [ ] Dental _____

[✓] Mental Health _____

NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | [ ] | [✓] |
| | Mental Illness | [✓] | [ ] |
| | Suicide Attempt | [ ] | [✓] |
| | Chronic Care | [✓] | [ ] |
| STATUS | Special Diet | [ ] | [✓] |
| | Appearance | [✓] | [ ] |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | **Rash on legs (Yes)** | |
| | Lice | | [✓] |
| | Edema | | [✓] |
| | Warm & Dry | [✓] | |
| | Cool & Moist | | [✓] |
| CONDITION | Alert | [✓] | |
| | Oriented | [✓] | |
| | Uncooperative | | [✓] |
| | Depressed | | [✓] |

INTAKE

Sick Call Procedures Explained    **Yes**

Height    **5'11"**

Weight    **205#**

Blood Pressure    **120/80**

Temperature    **98.8**

Pulse Resp.    **76/20**

Other    **O2 Sat - 99%**

Signature of Nurse Completing Assessment (Sending Nurse): **Katie Bailey**    Date: **4/15/05**

Signature of Intake Screening Nurse (Receiving Nurse): **njollert, RN**    Date: **4-18-**

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| **Williams** **Romo** | **939432** | **12-6-63** | **B/m** | **K/6** |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Williams, Ronnie  239426    D.O.B.: 03 10 63 |
|---|---|
| 4/18/05 1:35pm | Recid @ Bullock c̄ only one Vel, Had meds and mar. Meds are as follows, 2 cardos, Vistaril, and 2 cards of Lopid. ————————————— J. Howard mac |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ronnie V. Williams_ ___ Date of Request: _3-31-05_
ID # _239426_ ___ Date of Birth: _3-10-63_ Location: _North 42_
Nature of problem or request: _I need to come see, about a few dental_
_I do have a few not, tod tith, that need pulled ct._
_I have been told, that dental work to need, thnk you_

_Ronnie V. Williams_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4-5-05_
Time: _9:00_ (AM) PM
Allergies: _____

RECEIVED
Date: _4-1-05_
Time: _PM_
Receiving Nurse Intials _EM_

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:** _NO SHOW_

Refer to: MD/PA   Mental Health  (Dental)  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_J. Gowdy_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ronnie V. Williams_    Date of Request: _4-4-05_

ID # _239426_    Date of Birth: _3-10-62_   Location: _Dorm Northside 42#_

Nature of problem or request: _The Pills I'm taking are not helping the_
_Itching, Like it could, The Pills that I was taking did work_
_But you have made some kind of change and its not working_
_I still have a real bad itch, and need help, soon, thank you_

                               _Ronnie V. Williams_
                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/5/05_
Time: _8:30_ (AM) PM
Allergies: _NKA_

```
RECEIVED
Date: 4-5-05
Time: 8:30 A
Receiving Nurse Intials ⁊
```

**(S)ubjective:** I have nervous breakouts I was taking
Atarax on Street. I'm itching really bad.

**(O)bjective (V/S):** T: 98³   P: 80   R: 18   BP: 128/82 WT: 200
A+O x 3. Resp reg c ease. VS WNL NAD
42 y/o BM c no significant Medical Problem. ↑ Choclor

**(A)ssessment:** Alt. in comfort RT above statement

**(P)lan:** See NP

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     (Return to Clinic PRN)
                                CIRCLE ONE

Check One:   ROUTINE (✓)    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:   Yes ( )    No ( )

                _Graves, LP_       _MD 66 Cky_
                         *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 03/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Gemfibrozil ( for Lopid ) 600MG Tab**
**60.00**

Take 1 tablet(s) by mouth twice daily

1100

Start Date: 11-02-2006     Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007     RX #: 252089614

**Ranitidine HCl ( for zantac ) 150MG**
**Tab     60.00**

Take 1 tablet(s) by mouth twice daily

1100     Error

Start Date: 11-02-2006     Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007     RX #: 252090149

Benadryl 50mg ℈ Po
bid × 90 days

1100

1700

Start Date: 2/28/07     Prescriber: Siddiq
Stop Date: 6/1/07     RX #:

Diagnosis

Allergies
NKA

Housing Unit: Population
Patient ID Number: 239426
Patient Name:

**Williams, Ronnie**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| P. Brazie LPN | | Janus Lav | Y | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stoc<br>8. Medication Held<br>9. No Show<br>10. Other |

Date of Birth: 03-10-1963



**PRISON HEALTH SERVICES**
**Alabama Department of Corrections**
**KOP Medication Protocol**

The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication correctly, they will be removed from the list and face possible disciplinary actions. The KOP medications will include formulary medications.

1. The inmate will have in his possession the medication in blister pack. The inmate should take the medication as directed on the package sticker.

2. The inmate is to bring the package to the infirmary when he gets down to the reorder row of pills so the nursing staff can pull the sticker off the card and reorder. If the inmate waits until they have finished the last row of pills before coming to the nurse, they are likely to run out before their order comes in. The card will be checked at this time against the MAR to determine if the number of pills remaining is accurate (not to many left, not to few). This will be noted by looking at the date the card was given. Each inmate is responsible for keeping their medication in a secure area. We will not be responsible for stolen medications.

3. When the inmate receives their card of medication ,usually #30 tabs per card, they should pop them out in numerical order, i.e. #30, #29, etc.

4. In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or has been known to be non-complaint in the past. The inmate will be required to come to the infirmary and sign a KOP agreement that we have formulated. At this time the staff will explain the procedure to the inmate and document that the information was explained and the individual can again sign that the program has been explained in its entirety.

5. Once we have established the program, others will be free to request to be placed on KOP. If research finds that he will qualify, we will repeat the above with this individual.

6. We will not place just anyone on KOP. The individual must have past history evaluated first.

7. Inmates may be requested to present for a medication check at any time to see that the correct number of pills are accounted for. The Medical Staff will be doing random checks for compliance.

8. The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions.

Inmate Signature: _Renne J Williams_    AIS#: _299406_
Nurse Signature: _Nurse Y Smith, RN_    Date: _3/22/07_

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | | | | 02/07 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gemfibrozil ( for Lopid ) 600MG Tab 60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Take 1 tablet(s) by mouth twice daily | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-02-2006    Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007    RX #: 252089614

| Ranitidine HCl ( for zantac ) 150MG Tab     60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth twice daily | | | | | | | | ERROR | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-02-2006    Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007    RX #: 252090149

| Diphenhydramine HCl ( for Benadryl ) 50MG Cap     60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 capsule(s) by mouth twice daily | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-21-2006    Prescriber: Siddiq, Tahir
Stop Date: 02-18-2007    RX #: 252147967

| Triamcinolone Aceton (Plastic) 0.1% Cream     1 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Use as directed | K O P | | | | | | | S T O P | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 01-18-2007    Prescriber: Siddiq, Tahir
Stop Date: 02-06-2007    RX #: 252293037

| Q-Naftate (Plastic) ( for Tolnaftate ) 1% Cream     1 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Use as directed | K O P | | | | | | | S T O P | See New Order | | | | | | | | | | | | | | | | | | | | | |

Start Date: 01-18-2007    Prescriber: Siddiq, Tahir
Stop Date: 02-06-2007    RX #: 252293039

| QNaftate cream X 20 Days | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2/8/07    Prescriber: Siddiq
Stop Date: 2/2/07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | P B Maxfin LPN | PB | James RN | | 1. Discontinued Order |
| Allergies | | | S/Jobens | | 2. Refused |
| NKA | | | B Eaton | | 3. Patient out of facility |
| | | | D Shirley RN | | 4. Charted in Error |
| Housing Unit:    Population | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| **Williams, Ronnie** | | | | | 9. No Show |
| | Date of Birth: | 03-10-1963 | | | 10. Other |

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 02/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Colace 100MG Cap    90.00**

Take 1 capsule(s) by mouth Three Times Daily

Start Date: 11-21-2006    Prescriber: Siddiq, Tahir
Stop Date: 05-19-2007    RX #: 252148004

**Enalapril Maleate ( for Vasotec ) 20MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-15-2006    Prescriber: Siddiq, Tahir
Stop Date: 05-13-2007    RX #: 252128608

**Aspirin 325MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-15-2006    Prescriber: Siddiq, Tahir
Stop Date: 05-13-2007    RX #: 252128610

**Atenolol ( for Tenormin ) 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-15-2006    Prescriber: Siddiq, Tahir
Stop Date: 05-13-2007    RX #: 252128614

**Isosorbide Dinitrate 10MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 11-15-2006    Prescriber: Siddiq, Tahir
Stop Date: 05-13-2007    RX #: 252128615

Zontac 150 MG po bid x 180 days

Start Date: 11/2/06    Prescriber: Siddiq
Stop Date: 4/30/07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | P. Morris LPN | PF | James APN | | 1. Discontinued Order |
| Allergies | | | Baker RN | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | S. Sluice RN | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 124453 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Williams, Ronnie** | | | | | 8. Medication Held |
| | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: **Bullock**

Month/Year of Charting: **2/07**

Tylenol tabs ī
BID po x
90 Days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2/16/07    Prescriber: Siddiq

Stop Date: 5/16/07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:

Stop Date:    RX #:

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 124453
Patient Name:

Williams, Ronnie

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | James LPN Beaters | |
| | | A. Sluicy RN | |

Date of Birth: 6-9-60

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: | Bullock Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | | | 01/07 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Gemfibrozil ( for Lopid ) 600MG Tab 60.0') | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Gemfibrozil ( for Lopid ) 600MG Tab 60.0')

Take 1 tablet(s) by mouth twice daily

Start Date: 11-02-2006    Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007    RX #: 252089614

Ranitidine HCl ( for zantac ) 150MG Tab 60.00

Take 1 tablet(s) by mouth twice daily

ERROR

Start Date: 11-02-2006    Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007    RX #: 252090149

Diphenhydramine HCl ( for Benadryl ) 50MG Cap    60.00

Take 1 capsule(s) by mouth twice daily

Start Date: 11-21-2006    Prescriber: Siddiq, Tahir
Stop Date: 02-18-2007    RX #: 252147967

Tylenol ES-TT po bid x 20 days

P R N    5 T O P

Start Date: 12/19/06    Prescriber: Siddiq
Stop Date: 1/7/07    RX #: 0

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit:   Population | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Sto |
| **Williams, Ronnie** | | | | | 8. Medication Held |
| | | | Date of Birth: | **03-10-1963** | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | | | | | | | | | | | | | Month/Year of Charting: 12/06 | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gemfibrozil ( for Lopid ) 600MG Tab 60.00<br><br>Take 1 tablet(s) by mouth twice daily | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date: 11-02-2006    Prescriber: Siddiq, Tahir<br>Stop Date: 04-30-2007    RX #: 252089614 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ranitidine HCl ( for zantac ) 150MG Tab    60.00<br><br>Take 1 tablet(s) by mouth twice daily | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date: 11-02-2006    Prescriber: Siddiq, Tahir<br>Stop Date: 04-30-2007    RX #: 252090149 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

WRong Inmate — See Next page

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphenhydramine HCl ( for Benadryl ) 50MG Cap    60.00<br><br>Take 1 capsule(s) by mouth twice daily | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date: 11-21-2006    Prescriber: Siddiq, Tahir<br>Stop Date: 02-18-2007    RX #: 252147967 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ES ""<br>BID x 20 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date: 12/9/06    Prescriber:<br>Stop Date: 1/7/07    RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date:    Prescriber: Webber<br>Stop Date:    RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date:    Prescriber:<br>Stop Date:    RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | C. James LPN | CJ | J. Hulce, RN | JH | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Sto<br>8. Medication Held<br>9. No Show<br>10. Other |
| Allergies<br>NKA | P. _____ LPN  PF | | G. _____ | | |
| Housing Unit: Population<br>Patient ID Number: 239426<br>Patient Name: | | | | | |
| Williams, Ronnie | | | | Date of Birth: | 03-10-1963 |

Facility Name: _____                                    Month/Year of Charting: 11/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Keflex 500mg i
po tid

Start Date: 11/20/06    Prescriber: Siddiq
Stop Date: 11/30/06     RX #:

Anxexol 50/80
bid

Start Date: 11/20/06    Prescriber: Siddiq
Stop Date: 11/29/06     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | E. James LPN | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 124433 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Williams Donnie | | | | | 8. Medication Held |
| | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: _Dept_ | | _igll_ | | | | | | | | | | Month/Year of Charting: _X/06_ | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Zantac 150mg p.o.
Bid x 180 day.

Hour: 1100 / 1700

Start Date: 9-7-06  
Stop Date: 3-7-06  
Prescriber: _G. Selly_  
RX #:

---

Vasotec 20mg PO
Qdg x180dgs

Hour: 1100

Start Date: 11-13-06  
Stop Date: 5-13-07  
Prescriber: _Sidg_  
RX #:

---

ASA 325mg PO Qdg
x180dgs

Hour: 1100

Start Date: 11-13-06  
Stop Date: 5-13-07  
Prescriber: _Sidg_  
RX #:

---

Tenormin 50mg PO
Qdg x180dgs

Hour: 1100

Start Date: 11-13-06  
Stop Date: 5-13-07  
Prescriber: _Sidg_  
RX #:

---

Isosorbide 10mg
PO bid x180dgs

Hour: 1100 / 1700

Start Date: 11-13-06  
Stop Date: 5-13-07  
Prescriber: _Sidg_  
RX #:

---

Colace ÷ PO tid
x 180 days

Hour: 0400 / 1100 / 1200

Start Date: 11/20/06  
Stop Date: 5/20/07  
Prescriber: _Selly_  
RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | _L. Anderson_ | | _S. Amica, RN_ | _SA_ | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | _C. James LPN CJ_ | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: _12445_3_ | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| _William Ronnie_ | _Names  pt. A_ | | | | 8. Medication Held |
| | | | Date of Birth: _6-9-60_ | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bullock | | Month/Year of Starting: 11/06 | |

**Lopid 600 mg PO bid x 180 dys**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-01-06  Prescriber: Siddiq
Stop Date: 5-01-07   RX #:

**Zantac 150 mg PO bid x 180 dys**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

See Next MAR
See New

Start Date: 11-01-06  Prescriber: Siddiq
Stop Date: 5-01-07   RX #:

**Zantac 150 mg po bid x 180 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/1/06  Prescriber: Siddiq
Stop Date: 5/1/07   RX #:

**Benadryl 50 mg po bid x 90 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/20/06  Prescriber: Siddiq
Stop Date: 2/20/07   RX #:

**Selene Shampoo x 10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/20/06  Prescriber: Siddiq
Stop Date: 11/30/06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | PR | 1. Discontinued Order |
| Allergies | C. James LPN | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Williams, Dennis | | | | | 8. Medication Held |
| | | | Date of Birth: | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 10/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Gemfibrozil ( for Lopid ) 600MG Tab**
60.00

Take 1 tablet(s) by mouth twice daily

1100
1700

Start Date: 04-20-2006    Prescriber: Siddiq, Tahir
Stop Date: 10-16-2006    RX #: 251425840

**Diphenhydramine HCl ( for Benadryl )**
50MG Cap      60.00

Take 1 capsule(s) by mouth twice daily

1100
1700

Start Date: 04-29-2006    Prescriber: Siddiq, Tahir
Stop Date: 10-25-2006    RX #: 251459716

Zantac 150g PD
bid × 180ds

1100
1700

Start Date: 9-7-06    Prescriber: Sid Eg
Stop Date: 3-7-07    RX #:

Gemfibrozil (Lopid)
600 mg po Bid

1100
1700

Start Date: 10·18·06    Prescriber: Seddig
Stop Date: 4·18·07    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|

Allergies
NKA

Housing Unit: Population
Patient ID Number: 239426
Patient Name:

**Williams, Ronnie**

Date of Birth: 03-10-1963

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stoc
8. Medication Held
9. No Show

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 09/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lopid 600MG Tab        60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 04-20-2006
Stop Date: 10-16-2006
Prescriber: Siddiq, Tahir
RX #: 251425840

**Benadryl 50MG Cap        60.00**

Take 1 capsule(s) by mouth twice daily

Start Date: 04-29-2006
Stop Date: 10-25-2006
Prescriber: Siddiq, Tahir
RX #: 251459716

**Nizoral 200MG Tab        30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-05-2006
Stop Date: 09-03-2006
Prescriber: Siddiq, Tahir
RX #: 251804185

Zantac 150 mg Bid
X 180 days.

Start Date: 9/7/06
Stop Date:
Prescriber: Siddiq

RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | V | | W | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | TH | | TD | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| | | | | | 6. Self Administered |
| Housing Unit: Population | | | | | 7. Medication out of Sto... |
| Patient ID Number: 239426 | | | | | 8. Medication Held |
| Patient Name: | | | | | 9. No Show |
| **Williams, Ronnie** | | | Date of Birth: | **03-10-1963** | 10. Other |

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 08/06 |
|---|---|---|

**Lopid 600MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|
| 1100 | |
| 1700 | |

Start Date: 04-20-2006     Prescriber: Siddiq, Tahir
Stop Date: 10-16-2006     RX #: 251425840

**Benadryl 50MG Cap     60.00**

Take 1 capsule(s) by mouth twice daily

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|
| 1100 | |
| 1700 | |

Start Date: 04-29-2006     Prescriber: Siddiq, Tahir
Stop Date: 10-25-2006     RX #: 251459716

**Nizoral 200mg tab ÷ PO QD**

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|
| 1700 | |

Start Date: 8/04/06     Prescriber: Siddiq
Stop Date: 9/04/06     RX #:

**Antifungal cream x 30 days KOP**

Start Date: 8/04/06     Prescriber: Siddiq
Stop Date: 8/24/06     RX #:

**Amoxil 500mg + PO Tid x 10 days**

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|
| 0400 | |
| 1100 | |
| 1700 | |

Start Date: 8/21/06     Prescriber: Siddiq
Stop Date: 8/31/06     RX #:

**CTM + PO Tid x 10 days**

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|
| 0400 | |
| 1100 | |
| 1700 | |

Start Date: 8-21-06     Prescriber: Siddiq
Stop Date: 8 31 06     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| **Williams, Ronnie** | | Date of Birth: | **03-10-1963** | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: | Bullock Correctional Facility | Month/Year of Charting: | 07/06 |

**Lopid 600MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 04-20-2006    Prescriber: Siddiq, Tahir

Stop Date: 10-16-2006    RX #: 251425840

**Benadryl 50MG Cap     60.00**

Take 1 capsule(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 04-29-2006    Prescriber: Siddiq, Tahir

Stop Date: 10-25-2006    RX #: 251459716

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | KSmith LPN | KS | Gegan LPN | JH | 1. Discontinued Order |
| Allergies | | | Ng Gilbert, RN | NT | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

**Williams, Ronnie**

Date of Birth: 03-10-1963    10. Other

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 06/06 |

Lopid 600MG Tab          60.00

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 04-20-2006     Prescriber: Siddiq, Tahir

Stop Date: 10-16-2006     RX #: 251425840

Benadryl 50MG Cap          60.00

Take 1 capsule(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 04-29-2006     Prescriber: Siddiq, Tahir

Stop Date: 10-25-2006     RX #: 251459716

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| Allergies | | VS | Hazen LPN | HK | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | PR | | | 6. Self Administered |
| Patient ID Number: 239426 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |

**Williams, Ronnie**          Date of Birth:     **03-10-1963**

(10. Other)

| Facility Name: | Bullock Correctional Facility | | | | | | | | | | Month/Year of Charting | | | 05/06 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lopid 600MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Start Date: 04-20-2006 | Prescriber: Siddiq, Tahir |
|---|---|
| Stop Date: 10-16-2006 | RX #: 251425840 |

Benadryl 50y ipo
qd prn x 180dy

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Start Date: 5-24-06 | Prescriber: Siddy |
|---|---|
| Stop Date: 11-24-06 | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Sto |
| **Williams, Ronnie** | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | Date of Birth: | 03-10-1963 | | 10. Other |

Facility Name: Bullock Correctional Facility                Month/Year of Charting: 04/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopid 600MG Tab     60.00  Take 1 tablet(s) by mouth twice daily | 0400 | 9 | 9 | 2 | | 2 | 9 | 9 | 9 | 9 | | 9 | | | | | | | | | | | | Stop | | | | | | | |
| | 1700 | 9 | 9 | | | | 9 | | | 9 | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-27-2005      Prescriber: Siddio, Tahir
Stop Date: 04-24-2006              RX #: 250822565

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 50mg PO Bid X 180 days | 0400 | 9 | 9 | 2 | | 9 | 9 | 2 | 9 | 9 | | 9 | | | | 9 | 8 | 8 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | 1700 | 9 | 9 | | | | | 9 | | 9 | | | | | | | | | | | | | | | | | | | | | |

Start Date: 3-15-06      Prescriber: Siddic
Stop Date: 9-15-06              RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopid 600mg PO BID X 180 days | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4/18/06      Prescriber: Siddig
Stop Date: 7/18/06              RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:      Prescriber:
Stop Date:              RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:      Prescriber:
Stop Date:              RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Beth Crawford, Lpn | DC | Megan, cwt | JH | 1. Discontinued Order |
| Allergies | Q Danh | OU | CJMusero, Spv | JM | 2. Refused  3. Patient out of facility |
| Housing Unit: Population | | | | | 4. Charted in Error  5. Lock Down |
| Patient ID Number: 239426 | | | A. Hurce, Lpn | JH | 6. Self Administered  7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held  9. No Show |
| Williams, Ronnie | | | Date of Birth: 03-10-1963 | | 10. Other |

| Facility Name: BCCF | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Month/Year of Charting: 3/06 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Benadryl 50 y PO
bid x 180 cbs

order over 2/27/06

Start Date:     Prescriber: Sidc₂
Stop Date:     RX #:

Lopid 600y PO bid
x 180 cbp

Start Date: 10-27-05   Prescriber: Sidd
Stop Date: 4-24-06   RX #:

Benaduf 50 g PO
BID x 180 dg

0400

700

Start Date: 3-15-06   Prescriber: Siddiq
Stop Date: 9-15-06   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Cod |
|---|---|---|---|---|---|
| | VSmith LPN | VS | S/Robbins LPN | | 1. Discontinued Order |
| Allergies | | | Kiglo, LPN | KS | 2. Refused |
| NKA | Danl | DD | | | 3. Patient out of facility |
| | Sameon | SC | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of St |
| Williams Dennis | | Date of Birth: | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: **BCCF**

Month/Year of Charting: **2/06**

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 50 g po bid x 180 ds | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: **9-01-05**   Prescriber: **Siddy**
Stop Date: **2-27-06**   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopid 600 g po bid x 180 ds | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: **10-27-05**   Prescriber: **Siddy**
Stop Date: **4-24-06**   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amoxil 500 g j po bid x 10 days | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: **2-11-06**   Prescriber: **Siddy**
Stop Date: **2-21-06**   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actifed j po tid x 10 days | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: **2-11-06**   Prescriber: **Siddy**
Stop Date: **2-21-06**   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advil 800 g j po tid x 10 days | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: **2-11-06**   Prescriber: **Siddy**
Stop Date: **2-21-06**   RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:   Prescriber:
Stop Date:   RX #:

**Diagnosis**

**Allergies:** NKA

**Housing Unit:**

**Patient ID Number:** 2394360

**Patient Name:** Williams, Dennis

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Smith LPN | KU | Glasgow RN | PM |
| Tyler, LPN | NT | Daniel | DO |
| | | McMillian | WH |
| L. M | L.M. | Forbush | PS |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

Facility Name: Bullock Correctional Facility                    Month/Year of Charting: 01/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Benadryl 50MG Cap    60.00**

Take 1 capsule(s) by mouth twice daily

Start Date: 09-01-2005    Prescriber: Siddio, Tahir
Stop Date: 02-27-2006    RX #: 250528193

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lopid 600MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 10-27-2005    Prescriber: Siddio, Tahir
Stop Date: 04-24-2006    RX #: 250822565

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | US | | HK | 1. Discontinued Order |
| Allergies | | DD | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| Housing Unit: Population | | | | VK | 4. Charted in Error |
| Patient ID Number: 239426 | | | | | 5. Lock Down |
| Patient Name: | | VK | | JS | 6. Self Administered |

Allergies: NKA

Housing Unit: Population
Patient ID Number: 239426

**Williams, Ronnie**

Date of Birth: 03-10-1963

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 12/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Benadryl 50MG Cap    60.00**

Take 1 capsule(s) by mouth twice daily

Start Date: 09-01-2005    Prescriber: Siddio, Tahir
Stop Date: 02-27-2006    RX #: 250528193

**Lopid 600MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 10-27-2005    Prescriber: Siddio, Tahir
Stop Date: 04-24-2006    RX #: 250822565

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| **Allergies** | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 239426 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| **Williams, Ronnie** | | | | | 9. No Show |
| | Date of Birth: 03-10-1963 | | | | 10. Other |

| Facility Name: | Bullock Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | | 11/05 | | | |

Benadryl 50MG Cap    60.00

Take 1 capsule(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 09-01-2005    Prescriber: Siddio, Tahir

Stop Date: 02-27-2006    RX #: 250528193

Lopid 600mg PO BID
X180days

Start Date: 10/25/05    Prescriber: Dr Siddiq

Stop Date: 4/25/06    RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|
| | | Vickie Smithson | VS | | | 1. Discontinued Order |
| Allergies | | Student SN | SN | | | 2. Refused |
| NKA | | Dorothy Dan | DD | | | 3. Patient out of facility |

Allergies: NKA

Housing Unit: Population
Patient ID Number: 239426
Patient Name:

**Williams, Ronnie**    Date of Birth: **03-10-1963**

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 10/05 |

**Hydroxyzine Pamoate 25MG Cap 30.00**

Take 1 capsule(s) by mouth in the morning

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

1100

Start Date: 07-16-2005   Prescriber: Siddio, Tahir
Stop Date: 10-13-2005   RX #: 250218334

**Hydroxyzine Pamoate 50MG Cap 30.00**

Take 1 capsule(s) by mouth in the evening

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

1700

Start Date: 07-16-2005   Prescriber: Siddio, Tahir
Stop Date: 10-13-2005   RX #: 250218338

**Lopid 600MG Tab   60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

1100

1700

Start Date: 08-12-2005   Prescriber: Siddio, Tahir
Stop Date: 10-27-2005   RX #: 250401595

**Benadryl 50MG Cap   60.00**

Take 1 capsule(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

1100

1700

Start Date: 09-01-2005   Prescriber: Siddio, Tahir
Stop Date: 02-27-2006   RX #: 250528193

Lopid 600mg ī
PO BID

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

1100

1700

Start Date: 10/25/05   Prescriber: Siddig
Stop Date: 4/25/06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies  NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit:  Population | | | | | 6. Self Administered |
| Patient ID Number:  239426 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| **Williams, Ronnie** | | Date of Birth: | **03-10-1963** | | 10. Other |

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 09/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Hydroxyzine Pamoate 25MG Cap**
30.00

Take 1 capsule(s) by mouth in the morning

Start Date: 07-16-2005     Prescriber: Siddio, Tahir
Stop Date: 10-13-2005     RX #: 250218334

**Hydroxyzine Pamoate 50MG Cap**
30.00

Take 1 capsule(s) by mouth in the evening

Start Date: 07-16-2005     Prescriber: Siddio, Tahir
Stop Date: 10-13-2005     RX #: 250218338

**Lopid 600MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-12-2005     Prescriber: Siddio, Tahir
Stop Date: 10-27-2005     RX #: 250401595

Benadryl 50mg PO
BID x 180 days

Start Date: 8-31-05     Prescriber: Siddiq
Stop Date: 2-1-06     RX #:

Advil 800mg PO Bid
PRN x 10d

9/8/05
CCF

Start Date: 9/8/2005     Prescriber: Dr Siddiq
Stop Date: 9/8/2005     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

Diagnosis

Allergies: NKA

Housing Unit: Population
Patient ID Number: 239426
Patient Name:

**Williams, Ronnie**

Date of Birth: 03-10-1963

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atarax 25mg PO QAM x90days 7/16 → 10/13/05 | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atarax 50mg PO QPM x90days 7/16 → 10/13/05 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg PO TID x100days 7/25 → 8/04/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lopid 600mg PO BID x90days 7/28 → 10/28/05 | 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg PO BID x180days 8/31 → 2/31/06 | 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8/01/05    THROUGH 8/31/05

| Physician | | Telephone No. | Medical Record |
|---|---|---|---|
| Alt. Physician | | Alt. Telephone | |
| Allergies  NKA | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By V Smith | Title: LPN | Date: 7/6 |
|---|---|---|---|---|

PATIENT  Williams, Donnie

# MEDICATION ADMINISTRATION RECORD

II of IV

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS → PO BID x 15dgs 7/12/05 → 7/26/05 | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Label | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Advil 800mg PO TID x 10dgs 7/12/05 → 7/22/05 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ancef 1gm IM x 1 7/12/05 | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atarax 25mg PO QAM x 90dgs 7/15 → 10/15/05 | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hydroxyzine Pamoate 25MG    #30. Cap Prescriber: Siddio, Tahir Take 1 capsule(s) by mouth in the morning Start:7/16/2005  Stop: 10/13/2005 RX:  250218334 Williams, Ronnie    239426 | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atarax 50mg PO QPm x 90dgs 7/15 → 10/15/05 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hydroxyzine Pamoate 50MG    #30. Cap Prescriber: Siddio, Tahir Take 1 capsule(s) by mouth in the evening Start:7/16/2005  Stop: 10/13/2005 RX:  250218338 Williams, Ronnie    239426 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7/01/07    THROUGH 7/31/07

| Physician | | Telephone No. | | Medical Record |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies NKA | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: V Smith | Title LPN | Date: 7/ |
|---|---|---|---|---|
| PATIENT Williams, Ronnie | | | PATIENT CODE 239426 | ROOM NO.    BED    FAC |

# MEDICATION ADMINISTRATION RECORD

STDT0:

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Atarax 25mg PO
t.i.D x 10 days
7/25/05          8/15/05

    Label

Benadryl 50mg PO
t.i.D x 10 days
7/25/05          8/15/05

Decadron 4mg
x1
7/25/05

Hours: 0400, 1100, 1700

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7/25/05     THROUGH 7/31/05

| Physician | | Telephone No. | | Medical Record N |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| 'ergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked; By: S. Roberts | Title: RN | Date: 7/2 |
|---|---|---|---|---|
| PATIENT Williams, Ronnie | | PATIENT CODE | ROOM NO. | BED | FACIL |

# MEDICATION ADMINISTRATION RECORD

07/01/2005

STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  EVERY MORNING &
TAKE 2 CAPSULE(S) BY MOUTH  IN THE EVENING  1100
RX:    7245259 MCGINN, M.D. (MHM PSY, JOSEPH  1700
START - 04/14/2005   STOP - 07/12/2005

Lopid 600 mg + PO
bid                1100
                   1700
Stop 9/21/05
        Lable

Advil 800 mg po tid  0400
  x  10 days         1100
6/23/05 → 7/2/05     1700
        Lable

Flexeril 10 mg + PO
bid x 10 days       1100
6/23/05 → 7/2/05    1700

Keflex 500 mg + PO   0400
tid x 10 days        1100
7/K/05    to  7/15/05  1200
        Lable

Actifed + PO tid     0400
  x 10 days          1100
7/1/05  to  7/15/05  1700

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | |
|---|---|---|---|---|
| Physician | MCGINN, M.D. (MHM PSY, JOSEPH | | Telephone No. | |
| Alt. Physician | | | Alt. Telephone | Medical Record N |
| 'ergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | Title: CPS | Date: 6/2 |
|---|---|---|---|---|

PATIENT

WILLIAMS, RONNIE

# MEDICATION ADMINISTRATION RECORD

06/01/2005
STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GEMFIBROZIL (LOPID) 600MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY    1100

RX:   7159949 ADAMS, H.F., BRADFORD, HP       1700
START - 03/27/2005    STOP - 06/24/2005

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  EVERY MORNING &  1100
TAKE 2 CAPSULE(S) BY MOUTH  IN THE EVENING
RX:   7245259 MCGINN, M.D. (MHM PSY, JOSEPH   1700
START - 04/14/2005    STOP - 07/12/2005

Lopid 600mg 1 PO     1100
      BID

     Stop 9/21/05     1700

CABLE

Advil 200 mg     0300
po tid x 10 days  1100
6/23/05 - 7/2/05  1700

Flexeril 10mg     1100
1 po BID x 10 days
6/23/05 - 7/2/05  1700

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | |
|---|---|---|---|---|
| Physician | MCGINN, M.D. (MHM PSY, JOSEPH | | Telephone No. | Medical Record |
| Alt. Physician | | | Alt. Telephone | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By | Title: LPN | Date: 5/2 |
|---|---|---|---|---|
| PATIENT | | | PATIENT CODE | ROOM NO. | BED | FACI |

WILLIAMS, RONNIE

# MEDICATION ADMINISTRATION RECORD
05/01/2005

STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GEMFIBROZIL (LOPID) 600MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY    1100

RX:   7159949 ADAMS, N.P., BRADFORD , NP    1700
START - 03/27/2005      STOP - 06/24/2005

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  EVERY MORNING &    1100
TAKE 2 CAPSULE(S) BY MOUTH  IN THE EVENING
RX:   7243237 MCGINN, M.D. (MHM PSY, JOSEPH ,    1700
START - 04/14/2005      STOP - 07/12/2005

TRIPROLIDINE/PSEUDO (ACTIFED) 2.5/60MG TAB
TAKE 1 TABLET(S) BY MOUTH  3 TIMES DAILY    0400
                                           1100
RX:   7269126 SIDDIQ, M.D., TAHIR , MD    1700
START - 04/22/2005      STOP - 05/01/2005

Amoxil 500 mg PO TID    0400
                        1100
    stop 5/01/05        1200

Amoxil 500mg PO tid    0400
    x 10 days          1100
  5/5/05 to 5/15/05    1200

Actifed i P.O. tid    0400
    x 10 days         1100
  5/5/05 to 5/15/05   1200

Adin 8mg PO tid    0400
    x 10 days       1100
  5/5/05 to 5/15/05  1200

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 05/01/2005 | THROUGH | 05/31/2005 | | |
|---|---|---|---|---|---|
| Physician | SIDDIQ, M.D., TAHIR | | Telephone No. | | Medical Record N |
| Alt. Physician | | | Alt. Telephone | | |
| ergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: KSmith | | Title: LPN | Date: 4/6 |
|---|---|---|---|---|---|
| PATIENT | | | | PATIENT CODE | ROOM NO. | BED | FACIL |
| WILLIAMS, RONNIE | | | | 220424 | 1 | | |

# MEDICATION ADMINISTRATION RECORD

STDT01

*II Dorm*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lopied 600mg 0900
BID x90
3-25-6/25/05          1800          *See New O*

Atarax 25mg PO          0900          *See new time*
QAM x 30d
4-5-05          5-6/05          1100

Atarax 50 mg          1900
PO QPM x30d
4-5-05          5/6/05

Lopied 600mg T          1100
BID
3/25/05 → 6/25/05          1700

Amoxil 500mg PO TID          0400
x 10 dgs          1100
4/21 → 5/01/05          1700

Actfed 60mg PO TID          0400
x 10 dgs          1100
4/21 → 5/01/05          1200

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 4/1/05 | THROUGH | 4/30/05 | | |
|---|---|---|---|---|---|
| Physician | B Nram | | Telephone No. | | 239 |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NKA | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Katie Bailey | Title: | 3/24 |
|---|---|---|---|---|---|

PATIENT          PATIENT CODE    ROOM NO.    BED    FACI

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopid 600mg po BID X 90d 3·25·05 → 6·25·05 | 0900 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3·25·05 THROUGH 3·31·05

Physician B Adams CRNP

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record 2394c

Allergies NKDA

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: Hardy | Title: RN | Date: 3·2 |
|---|---|---|---|---|

PATIENT Williams, Ronnie

ROOM NO.    BED 1 FAC

# MEDICATION ADMINISTRATION RECORD

Facility: E    0658-A    MOBILE CO METRO JAIL    AL    Month: March 2005

DRUG – DOSE – MODE – INTERVAL – START – STOP

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rx# 9095798
HYDROXYZINE HCL 25MG TABS –ATARAX–
TAKE 1 TABLET EACH MORNING FOR 90 DAYS
PHY: SONNIER, MAC    START: 12/09/04    STOP: 03/09/05

Rx# 9095791
HYDROXYZINE HCL 50MG TABS –ATARAX–
TAKE 1 TAB AT BEDTIME FOR 90 DAYS
PHY: SONNIER, MAC    START: 12/09/04    STOP: 03/09/05

Atarax 25mg + po qam x 30 days
PHY: Sonnier    START: 3/3    STOP: 4/3

Atarax 80mg # po qpm x 30 days
PHY: Sonnier    START: 3/3    STOP: 4/3

Ques-tran Light 4gm 7 packet
po bid x 90 days (3-4-05)
PHY: Sonnier    START: 3/3    STOP:

PHY:    START:    STOP:

PHY:    START:    STOP:

PHY:    START:    STOP:

DIAGNOSIS:

ALLERGIES:
No Known Drug Allergy

DOB/INMATE #:
03/10/63    031063

LOCATION: 202-B MAIN
0658-A
1805 G

NAME:
WILLIAMS, RONNIE

PharmaCorr



**BioReference**
LABORATORIES

| | |
|---|---|
| D O C T O R | BULLOCK CORR. FAC.<br>104 BULLOCK DR. HWY.82<br>UNION SPRINGS, AL 36089<br><br>(A0112-6)  Bio-Net Print | BOOK/CASE:<br><br>-FINAL-  Original Report 04/18/2007 |

| NAME<br>WILLIAMS, RONNIE V | PATIENT I.D. / ROOM NO.<br>239426.1148 | DOCTOR / GROUP NAME<br>SIDDIQ, TAHIR |
|---|---|---|

| LAB I.D. NO.<br>104291557 | DATE COLLECTED<br>04/17/2007 06:38 AM | DATE RECEIVED<br>04/18/2007 10:16 | DATE OF REPORT<br>4/18/2007 12:00 | AGE<br>44 Y | SEX<br>M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : DIAGNOSTIC PROFILE I, ,
----------------------------* CHEMISTRY *----------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 8.0 | | 5.9-8.4 | gm/dl |
| Albumin | 4.5 | | 3.2-5.2 | gm/dl |
| Globulin | 3.5 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | 101 | | 70-109 | mg/dL |
| Sodium | 143 | | 133-145 | mmol/L |
| Potassium | 3.8 | | 3.3-5.3 | mmol/L |
| Chloride | 107 | | 96-108 | mmol/L |
| CO2 | 22 | | 21-29 | mmol/L |
| BUN | 10 | | 7-25 | mg/dl |
| * Creatinine | 1.1 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 9.1 LO | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 3.3 | | 2.4-7.0 | mg/dl |
| Iron | 134 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.3 | | 0.1-1.0 | mg/dl |
| LDH | 132 | | 94-250 | u/l |
| Alk Phos | 107 | | 39-120 | u/l |
| AST (SGOT) | 34 | | < 37 | u/l |
| Phosphorous | 3.3 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | | 52 HI | < 40 | u/L |
| G-GTP | 44 | | 7-51 | u/L |
| Cholesterol | 168 | | < 200 | mg/dl |
| Triglycerides | 137 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | | 33 LO | >35 | mg/dl |
| HDL as % of Cholesterol | | 20 | | % |
| Chol/HDL Ratio | | 5.09 | | |
| LDL/HDL Ratio | 3.27 | | 0-3.55 | |
| LDL Cholesterol | | 108 HI | < 100 | mg/dL |

**************************************************************************
* GFR, Estimated = 77.24 mL/min/1.73m2

Continued on Next Page                                    Page: 1

**James Weisberger, M.D.**
LABORATORY DIRECTOR

461 EDWARD H. ROSS DR<br>ELMWOOD PARK, NJ 0740

**LabCorp**
Laboratory Corporation of America

# Laboratory Corporation of America

Order Status: Final

| ACCESSION # | | ACCOUNT # |
|---|---|---|
| 255-205-6044-0 | | 01389085 |
| PATIENT NAME | | |
| WILLIAMS,RONNIE | | |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 239426 | 3/10/1963 | 43 / 6 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,          AL   36089-5107

| REFERRING PHYSICIAN | |
|---|---|
| SIDDIQ  T | |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167604872 | 9/12/2006 | 11:56 |
| RECEIVED | REPORTED | |
| 9/12/2006 | 9/13/2006 | 9:44 |

**FASTING: N**

TESTS ORDERED: CMP14+LP+5AC, CBC With Differential/Platelet

| Result Name | Normal | Abnormal | Reference Range | Lab |
|---|---|---|---|---|
| | | 1/2 Avg.Risk | 3.4    3.3 | |
| | | Avg.Risk | 5.0    4.4 | |
| | | 2X Avg.Risk | 9.6    7.1 | |
| | | 3X Avg.Risk | 23.4   11.0 | |

        The CHD Risk is based on the T. Chol/HDL ratio.  Other
        factors affect CHD Risk such as hypertension, smoking,
        diabetes, severe obesity, and family history of pre-
        mature CHD.

| CBC With Differential/Platelet | | | | |
|---|---|---|---|---|
| WBC | 7.0 | | 4.0 - 10.5    x10E3/uL | MB |
| RBC | 5.45 | | 4.10 - 5.60   x10E6/uL | MB |
| Hemoglobin | 15.3 | | 12.5 - 17.0   g/dL | MB |
| Hematocrit | 45.6 | | 36.0 - 50.0   % | MB |
| MCV | 84 | | 80  - 98     fL | MB |
| MCH | 28.1 | | 27.0 - 34.0   pg | MB |
| MCHC | 33.6 | | 32.0 - 36.0   g/dL | MB |
| RDW | 14.5 | | 11.7 - 15.0   % | MB |
| Platelets | 205 | | 140 - 415    x10E3/uL | MB |
| Neutrophils | 49 | | 40 - 74      % | MB |
| Lymphs | 40 | | 14 - 46      % | MB |
| Monocytes | 9 | | 4 - 13       % | MB |
| Eos | 2 | | 0 - 7        % | MB |
| Basos | 0 | | 0 - 3        % | MB |
| Neutrophils (Absolute) | 3.4 | | 1.8 - 7.8    x10E3/uL | MB |
| Lymphs (Absolute) | 2.8 | | 0.7 - 4.5    x10E3/uL | MB |
| Monocytes(Absolute) | 0.6 | | 0.1 - 1.0    x10E3/uL | MB |
| Eos (Absolute) | 0.1 | | 0.0 - 0.4    x10E3/uL | MB |
| Baso (Absolute) | 0.0 | | 0.0 - 0.2    x10E3/uL | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

END OF REPORT                              - 2 -

**LabCorp**
Laboratory Corporation of America

# Laboratory Corporation of America

Order Status: Final

| ACCESSION # | | ACCOUNT # |
|---|---|---|
| 255-205-6044-0 | | 01389085 |
| PATIENT NAME | | |
| WILLIAMS,RONNIE | | |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 239426 | 3/10/1963 | 43 / 6 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,          AL   36089-5107

**FASTING: N**

| REFERRING PHYSICIAN | |
|---|---|
| SIDDIQ   T | |
| LAB ORDER # | DRAWN |
| CD- 41167604872 | 9/12/2006      11:56 |
| RECEIVED | REPORTED |
| 9/12/2006 | 9/13/2006      9:44 |

**TESTS ORDERED: CMP14+LP+5AC, CBC With Differential/Platelet**

| Result Name | Normal | Abnormal | Reference Range | | Lab |
|---|---|---|---|---|---|
| CMP14+LP+5AC | | | | | |
| Chemistries | | | | | |
| Glucose, Serum | 74 | | 65  -  99 | mg/dL | MB |
| Uric Acid, Serum | | 1.2 L | 2.4 - 8.2 | mg/dL | MB |
| BUN | 12 | | 5  -  26 | mg/dL | MB |
| Creatinine, Serum | 1.0 | | 0.5 - 1.5 | mg/dL | MB |
| BUN/Creatinine Ratio | 12 | | 8  -  27 | | |
| Sodium, Serum | 136 | | 135 - 148 | mmol/L | |
| Potassium, Serum | 4.7 | | 3.5 - 5.5 | mmol/L | MB |
| Chloride, Serum | 102 | | 96 - 109 | mmol/L | MB |
| Carbon Dioxide, Total | | 19 L | 20 - 32 | mmol/L | MB |
| Calcium, Serum | 10.2 | | 8.5 - 10.6 | mg/dL | MB |
| Phosphorus, Serum | 3.5 | | 2.5 - 4.5 | mg/dL | MB |
| Protein, Total, Serum | 7.7 | | 6.0 - 8.5 | g/dL | |
| Albumin, Serum | 4.4 | | 3.5 - 5.5 | g/dL | MB |
| Globulin, Total | 3.3 | | 1.5 - 4.5 | g/dL | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.2 | | 0.1 - 1.2 | mg/dL | |
| Alkaline Phosphatase, S | 128 | | 25 - 150 | IU/L | MB |
| LDH | 165 | | 100 - 250 | IU/L | MB |
| AST (SGOT) | 34 | | 0 - 40 | IU/L | MB |
| ALT (SGPT) | 50 | | 0 - 55 | IU/L | MB |
| GGT | 46 | | 0 - 65 | IU/L | MB |
| Iron, Serum | 114 | | 40 - 155 | ug/dL | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 164 | | 100 - 199 | mg/dL | MB |
| Triglycerides | 142 | | 0 - 149 | mg/dL | MB |
| HDL Cholesterol | | 37 L | 40 - 59 | mg/dL | MB |
| VLDL Cholesterol Cal | 28 | | 5 - 40 | mg/dL | |
| LDL Cholesterol Calc | 99 | | 0 - 99 | mg/dL | |
| T. Chol/HDL Ratio | 4.4 | | 0.0 - 5.0 | ratio units | |
| Estimated CHD Risk | 0.8 | | 0.0 - 1.0 | times avg. | |

```
                            T. Chol/HDL Ratio
                               Men  Women
```

# Laboratory Corporation of America

**LabCorp**
Laboratory Corporation of America

Order Statu. final

| ACCESSION # | | ACCOUNT # |
|---|---|---|
| 107-205-5488-0 | | 01389085 |

| PATIENT NAME | | | |
|---|---|---|---|
| WILLIAMS,RONNIE | | | |
| PATIENT ID # | D.O.B. | AGE | GENDER |
| 239426 | 3/10/1963 | 43 / 1 | M |

| Bullock Correctional Facility | | PATIENT PHONE # | CHART # |
|---|---|---|---|
| Prison Health Services | | 000-000-0000 | |
| 104 Bullock Dr. | | REFERRING PHYSICIAN | |
| Union Springs,          AL   36089-5107 | | SIDDIQ  T | |
| | | LAB ORDER # | DRAWN |
| | | CD- 41167604089 | 4/17/2006    10:22 |
| **FASTING: Y** | | RECEIVED | REPORTED |
| | | 4/17/2006 | 4/18/2006    7:45 |

**TESTS ORDERED: CMP14+LP+5AC**

| Result Name | Normal | Abnormal | Reference Range | | Lab |
|---|---|---|---|---|---|
| CMP14+LP+5AC | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | | 56 L | 65 - 99 | mg/dL | MB |
| Uric Acid, Serum | 2.8 | | 2.4 - 8.2 | mg/dL | MB |
| BUN | 9 | | 5 - 26 | mg/dL | MB |
| Creatinine, Serum | 1.0 | | 0.5 - 1.5 | mg/dL | MB |
| BUN/Creatinine Ratio | 9 | | 8 - 27 | | |
| Sodium, Serum | 137 | | 135 - 148 | mmol/L | MB |
| Potassium, Serum | 5.2 | | 3.5 - 5.5 | mmol/L | MB |
| Chloride, Serum | 101 | | 96 - 109 | mmol/L | MB |
| Carbon Dioxide, Total | 20 | | 20 - 32 | mmol/L | MB |
| Calcium, Serum | 9.7 | | 8.5 - 10.6 | mg/dL | MB |
| Phosphorus, Serum | 3.1 | | 2.5 - 4.5 | mg/dL | MB |
| Protein, Total, Serum | 7.6 | | 6.0 - 8.5 | g/dL | MB |
| Albumin, Serum | 4.3 | | 3.5 - 5.5 | g/dL | MB |
| Globulin, Total | 3.3 | | 1.5 - 4.5 | g/dL | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.3 | | 0.1 - 1.2 | mg/dL | |
| Alkaline Phosphatase, Serum | 117 | | 25 - 150 | IU/L | MB |
| LDH | | 270 H | 100 - 250 | IU/L | MB |
| AST (SGOT) | 29 | | 0 - 40 | IU/L | MB |
| ALT (SGPT) | 39 | | 0 - 55 | IU/L | MB |
| GGT | 43 | | 0 - 65 | IU/L | MB |
| Iron, Serum | 128 | | 40 - 155 | ug/dL | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 143 | | 100 - 199 | mg/dL | MB |
| Triglycerides | 94 | | 0 - 149 | mg/dL | MB |
| HDL Cholesterol | | 37 L | 40 - 59 | mg/dL | MB |
| VLDL Cholesterol Cal | 19 | | 5 - 40 | mg/dL | |
| LDL Cholesterol Calc | 87 | | 0 - 99 | mg/dL | |
| T. Chol/HDL Ratio | 3.9 | | 0.0 - 5.0 | ratio units | |
| Estimated CHD Risk | 0.6 | | 0.0 - 1.0 | times avg. | |

```
                                    T. Chol/HDL Ratio
                                     Men   Women
```

CONTINUED...                    - 1 -

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

DATE OF REPORT: 11/18/2005
TIME OF REPORT: 11:09 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| 33/239426 | RONNIE WILLIAMS | Bullock |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 11/11/05 | 8:30 AM | | 11/17/05 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NT | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested

CLIA ID NO.  01D0706289

WAYNE D. MERCER, P⸝
LABORATORY DIREC⸝

# Laboratory Corporation of America

**LabCorp**
Laboratory Corporation of America

Order Status: Final

| ACCESSION # | ACCOUNT # |
|---|---|
| 315-205-5141-0 | 01389085 |

| PATIENT NAME | | | |
|---|---|---|---|
| WILLIAMS,RONNIE | | | |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 239426 | 3/10/1963 | 42 / 8 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

| REFERRING PHYSICIAN |
|---|
| SIDDIQ  T |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,        AL   36089-5107

**FASTING: N**

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167603174 | 11/11/2005 | 12:52 |
| RECEIVED | REPORTED | |
| 11/11/2005 | 11/12/2005 | 7:49 |

**TESTS ORDERED: CMP14+LP+5AC**

| Result Name | Normal | Abnormal | Reference Range | | Lab |
|---|---|---|---|---|---|
| CMP14+LP+5AC | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | 70 | | 65  - 99 | mg/dL | MB |
| Uric Acid, Serum | 3.2 | | 2.4 - 8.2 | mg/dL | MB |
| BUN | 17 | | 5  - 26 | mg/dL | MB |
| Creatinine, Serum | 0.9 | | 0.5 - 1.5 | mg/dL | MB |
| BUN/Creatinine Ratio | 19 | | 8  - 27 | | |
| Sodium, Serum | 136 | | 135 - 148 | mmol/L | MB |
| Potassium, Serum | 5.1 | | 3.5 - 5.5 | mmol/L | MB |
| Chloride, Serum | 103 | | 96  - 109 | mmol/L | MB |
| Carbon Dioxide, Total | | 19 L | 20  - 32 | mmol/L | MB |
| Calcium, Serum | 10.1 | | 8.5 - 10.6 | mg/dL | MB |
| Phosphorus, Serum | 4.1 | | 2.5 - 4.5 | mg/dL | MB |
| Protein, Total, Serum | 7.6 | | 6.0 - 8.5 | g/dL | MB |
| Albumin, Serum | 4.5 | | 3.5 - 5.5 | g/dL | MB |
| Globulin, Total | 3.1 | | 1.5 - 4.5 | g/dL | |
| A/G Ratio | 1.5 | | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.2 | | 0.1 - 1.2 | mg/dL | MB |
| Alkaline Phosphatase, Serum | 119 | | 25 - 150 | IU/L | MB |
| LDH | 175 | | 100 - 250 | IU/L | MB |
| AST (SGOT) | 34 | | 0  - 40 | IU/L | MB |
| ALT (SGPT) | 54 | | 0  - 55 | IU/L | MB |
| GGT | | 66 H | 0  - 65 | IU/L | MB |
| Iron, Serum | 70 | | 40  - 155 | ug/dL | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 161 | | 100 - 199 | mg/dL | MB |
| Triglycerides | | 154 H | 0  - 149 | mg/dL | MB |
| HDL Cholesterol | | 34 L | 40  - 59 | mg/dL | MB |
| VLDL Cholesterol Cal | 31 | | 5  - 40 | mg/dL | |
| LDL Cholesterol Calc | 96 | | 0  - 99 | mg/dL | |
| T. Chol/HDL Ratio | 4.7 | | 0.0 - 5.0 | ratio units | |
| Estimated CHD Risk | 0.9 | | 0.0 - 1.0 | times avg. | |

T. Chol/HDL Ratio
Men   Women

CONTINUED...

# Laboratory Corporation of America

Order Status. Final

| ACCESSION # | ACCOUNT # |
|---|---|
| 209-205-5160-0 | 01389085 |

| PATIENT NAME | | | |
|---|---|---|---|
| WILLIAMS,RONNIE | | | |
| PATIENT ID # | D.O.B. | AGE | GENDER |
| 239426 | 3/10/1963 | 42 / 4 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

**Bullock Correctional Facility**
**Prison Health Services**
**104 Bullock Dr.**
**Union Springs,        AL   36089-5107**

**FASTING: N**

| REFERRING PHYSICIAN | |
|---|---|
| SIDDIQ  T | |
| LAB ORDER # | DRAWN |
| CD- 41167602467 | 7/28/2005      12:27 |
| RECEIVED | REPORTED |
| 7/28/2005 | 7/29/2005      7:53 |

TESTS ORDERED: CMP14+LP+5AC

| Result Name | Normal | Abnormal | Reference Range | | Lab |
|---|---|---|---|---|---|
| CMP14+LP+5AC | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | | 117 H | 65  -  99 | mg/dL | MB |
| Uric Acid, Serum | 3.6 | | 2.4 - 8.2 | mg/dL | MB |
| BUN | 10 | | 5  -  26 | mg/dL | MB |
| Creatinine, Serum | 1.0 | | 0.5 - 1.5 | mg/dL | MB |
| BUN/Creatinine Ratio | 10 | | 8  -  27 | | |
| Sodium, Serum | 137 | | 135 - 148 | mmol/L | MB |
| Potassium, Serum | 4.0 | | 3.5 - 5.5 | mmol/L | MB |
| Chloride, Serum | 104 | | 96 - 109 | mmol/L | MB |
| Carbon Dioxide, Total | 20 | | 20 - 32 | mmol/L | MB |
| Calcium, Serum | 9.7 | | 8.5 - 10.6 | mg/dL | MB |
| Phosphorus, Serum | 3.8 | | 2.5 - 4.5 | mg/dL | MB |
| Protein, Total, Serum | 7.1 | | 6.0 - 8.5 | g/dL | MB |
| Albumin, Serum | 4.1 | | 3.5 - 5.5 | g/dL | MB |
| Globulin, Total | 3.0 | | 1.5 - 4.5 | g/dL | |
| A/G Ratio | 1.4 | | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.2 | | 0.1 - 1.2 | mg/dL | MB |
| Alkaline Phosphatase, Serum | 106 | | 25 - 150 | IU/L | MB |
| LDH | 159 | | 100 - 250 | IU/L | MB |
| AST (SGOT) | 38 | | 0 - 40 | IU/L | MB |
| ALT (SGPT) | 44 | | 0 - 55 | IU/L | MB |
| | **Please note reference interval change** | | | | |
| GGT | 51 | | 0 - 65 | IU/L | MB |
| Iron, Serum | 57 | | 40 - 155 | ug/dL | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 142 | | 100 - 199 | mg/dL | MB |
| Triglycerides | | 347 H | 0 - 149 | mg/dL | MB |
| HDL Cholesterol | | 29 L | 40 - 59 | mg/dL | MB |
| VLDL Cholesterol Cal | | 69 H | 5 - 40 | mg/dL | |
| LDL Cholesterol Calc | 44 | | 0 - 99 | mg/dL | |
| T. Chol/HDL Ratio | 4.9 | | 0.0 - 5.0 | ratio units | |
| Estimated CHD Risk | 1.0 | | 0.0 - 1.0 | times avg. | |
| | | | T. Chol/HDL Ratio | | |

CONTINUED...                              - 1 -

E-85

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | | Patient Status | Rx. Ordered |
|---|---|---|---|---|
| 3-25-05 | PE | | ☐ IP  ☐ OP | |

| Clinical Diagnosis | Date of Onset |
|---|---|
| EKG | Date of Surgery |

### AREA OF TREATMENT (CIRCLE)



**PROGRESS NOTES:**

---

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No |
|---|---|---|---|---|---|
| Williams, Ronnie | | | 42 | B/m | 2394 |



**LabCorp** Laboratory Corporation of America

**LabCorp** LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 087-684-3065-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NPY-24          FASTING: N
              DOB: 3/10/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WILLIAMS,RONNIE | M | 42 / |

PT. ADD.:

| CLINICAL INFORMATION |
|---|
| CD- 41139315221 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 239426 |
|---|---|

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL   36507-0000
ACCOUNT NUMBER:  01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 3/28/2005 | 6:00 | 3/28/2005 | 3/28/2005 | 17:10 | 4506 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CBC With Differential/Platelet | | | |
| White Blood Cell (WBC) Count | 8.9 | x10E3/uL | 4.0 - 10.5 | YX |
| > Red Blood Cell (RBC) Count | 5.72H | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 15.5 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 44.0 | % | 36.0 - 50.0 | YX |
| > MCV | 77 L | fL | 80 - 98 | YX |
| MCH | 27.1 | pg | 27.0 - 34.0 | YX |
| MCHC | 35.3 | g/dL | 32.0 - 36.0 | YX |
| RDW | 14.5 | % | 11.7 - 15.0 | YX |
| Platelets | 229 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 47 | % | 40 - 74 | YX |
| Lymphs | 41 | % | 14 - 46 | YX |
| Monocytes | 9 | % | 4 - 13 | YX |
| Eos | 2 | % | 0 - 7 | YX |
| Basos | 1 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.2 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 3.6 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.8 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery, AL 36104-0000

| Pat Name:  WILLIAMS,RONNIE | Pat ID: 239426 | Spec #: 087-684-3065-0 | Seq #: 4506 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report





**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 087-205-5444-0 | S | MB | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**

PHY-24       FASTING: N
3/25           DOB: 3/10/1963

**CLINICAL INFORMATION**
CD- 41139315286

| | | PHYSICIAN ID. | PATIENT ID. |
|---|---|---|---|
| PATIENT NAME | SEX | AGE(YR./MOS.) | ROBBINS M        239426 |
| WILLIAMS,RONNIE | M | 42 / | |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/28/2005 | 13:19 | 3/28/2005 | 3/29/2005 | 7:14 4557 | Mt. Meigs        AL  36507-0000 |

ACCOUNT NUMBER: 01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 93 | mg/dL | 65 – 99 | MB |
| Uric Acid, Serum | 2.7 | mg/dL | 2.4 – 8.2 | MB |
| BUN | 13 | mg/dL | 5 – 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 – 1.5 | MB |
| BUN/Creatinine Ratio | 13 | | 8 – 27 | |
| Sodium, Serum | 141 | mmol/L | 135 – 148 | MB |
| Potassium, Serum | 4.5 | mmol/L | 3.5 – 5.5 | MB |
| Chloride, Serum | 104 | mmol/L | 96 – 109 | MB |
| Carbon Dioxide, Total | 24 | mmol/L | 20 – 32 | MB |
| Calcium, Serum | 10.0 | mg/dL | 8.5 – 10.6 | MB |
| Phosphorus, Serum | 3.2 | mg/dL | 2.5 – 4.5 | MB |
| Protein, Total, Serum | 7.9 | g/dL | 6.0 – 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 – 5.5 | MB |
| Globulin, Total | 3.6 | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.2 | | 1.1 – 2.5 | |
| Bilirubin, Total | 0.2 | mg/dL | 0.1 – 1.2 | MB |
| Alkaline Phosphatase, Serum | 131 | IU/L | 25 – 150 | MB |
| > LDH | 277 H | IU/L | 100 – 250 | MB |
| AST (SGOT) | 33 | IU/L | 0 – 40 | MB |
| > ALT (SGPT) | 51 H | IU/L | 0 – 40 | MB |
| > GGT | 73 H | IU/L | 0 – 65 | MB |
| Iron, Serum | 100 | ug/dL | 40 – 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 151 | mg/dL | 100 – 199 | MB |
| Triglycerides | 116 | mg/dL | 0 – 149 | MB |
| > HDL Cholesterol | 30 L | mg/dL | 40 – 59 | MB |
| VLDL Cholesterol Cal | 23 | mg/dL | 5 – 40 | |
| LDL Cholesterol Calc | 98 | mg/dL | 0 – 99 | |
| T. Chol/HDL Ratio | 5.0 | ratio units | 0.0 – 5.0 | |
| Estimated CHD Risk | 1.0 | times avg. | 0.0 – 1.0 | |

```
                                    T. Chol/HDL Ratio
                                      Men   Women
                         1/2 Avg.Risk  3.4    3.3
                             Avg.Risk  5.0    4.4
                          2X Avg.Risk  9.6    7.1
                          3X Avg.Risk 23.4   11.0
```

| Pat Name: WILLIAMS,RONNIE | Pat ID: 239426 | Spec #: 087-205-5444-0 | Seq #: 4557 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



KILBY CORRECTIONAL FA_ _ITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Williams, Ronnie*

PRISON ID

*239486*

DATE SUBMITTED

*3-25-05*

# NPY 24

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"     These results are unreliable due to the age of the specimen.
"H"     These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"   These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

HCX

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

E-85

Williams Ronnie

State ID No: 239426

DOB 3-10-63

INSTITUTION: KCF    PE

Race: B    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| D Adams | 3-25-05 | 245 | ✓ | | |

HISTORY/DIAGNOSIS:

CV/HTN

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | ✓ | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILLIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | |

Williams                         REPORT

PA Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D & T: 03-29-05 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

---

KA, RT

X-RAY TECHNOLOGIST'S NAME (PRINT)        X-RAY TECHNOLOGIST'S SIGNATURE        DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)        RADIOLOGIST'S SIGNATURE        DATE SIGNED



DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination

Initial Classification

Oral Pathology ......................... Gingivitis — *gum recess #14, D7 o pn Ⓔ side opn quadrt*

Vincent's Infection

Stomatitis

Other Findings

Occlusion

Roentgenograms ................................. Periapical

Bitewing

Other

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | | Initials | Class |
| 6/12/07 | FM | | OHI ; Oral Exam | | EV.B | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Williams J. Ronni | 239426 | 3/10/63 | BM | Bullock |

PHS-MD-70015



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 6/13/07 | | odontalgia #12 | Received Pt Med Hx on tempry chart, spoken med Hx and Med & Dental. Pt c/o pain from (L) side. broken of premol #12. Mole open will ext. #12 at next appmt. Et-W Bushlett DDS | | |
| | | | | | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| | | | | | |

PHS-MD-70022



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

## DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: May 23, 2007                    Time: 12:25    A.M.
P.M.

I have been advised by Medical Staff _____

that it is necessary for me to undergo the following treatment:

_____Dental Cleaning_____
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _Bullock County_

_Correctional_ (Name of Facility)

and its agents and employees from any liability.


Inmate: X _Perri V Williams 239486_    Date: _5 23 07_

Witness: _Jacie MArchie, CDD_    Date: _5 23 07_

Witness: _____    Date: _____


**DOC # 010-127-004**

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Williams, D. Ronnie | 239486 | 3-10-63 | B/m | BCCF |

PHS-MD-70032                                                        DOC # 010-127-004

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST**   *Dental Work*

Print Name: _Ronnie V. Williams_   Date of Request: _6/22/06_
ID # _23 9426_   Date of Birth: _3-10-63_ Location: _12-39_.
Nature of problem or request: _I were able to put this form in_
_so that the Dental work on my tooth could be_
_finished, on left front and other work thats needed_
_done on my mouth._

_Ronnie V. Williams_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

┌──────────────────────────────┐
│          RECEIVED            │
│ Date:                        │
│ Time:                        │
│ Receiving Nurse Intials ____ │
└──────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

*Refused 6-28-06 refusal signed*

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



## Nursing Evaluation Tool:                                    Dental Complaint

Facility: Alabama Department of Corrections

Patient Name: __Williams__ __Ronnie__
First

Inmate Number: __239426__    Date of Birth: __3 / 10 / 1963__
MM  DD  YYYY

Date of Report: __06 / 20 / 2006__    Time Seen: __0600__ (AM)/ PM  Circle One
MM  DD  YYYY

**Subjective:** Chief Complaint(s): __I need to get my teeth covered.__

Onset: _____

History: _____
(Continue on back if necessary)

Is the problem: ☒ New ☐ Chronic  Problem related to: ☐ Recent trauma ☐ Recent dental work ☐ Other: _____  ☐ Check Here if additional notes on back
Injury sustained in altercation with custody staff, or other inmate: ☐ NO ☐ YES (Requires notification of correctional staff)
Dental Pain: Right: ☐ Upper Back ☒ Upper Front ☐ Lower Back    Left: ☐ Upper Back ☐ Upper Front ☐ Lower Back
☐ Lower Front                                                  ☐ Lower front
Type of Pain: ☐ Aching ☐ Throbbing ☐ Dull ☐ Sharp ☐ Constant ☐ Intermittent
Sensitive to Hot or Cold: ☐ No ☐ Hot ☐ Cold ☐ Sensitive to both Hot & Cold    Pain Scale: (1-10) _____
Associated Symptoms: ☐ Sinus problems ☐ Difficulty chewing ☐ Earache ☐ Sore throat ☐ Other: _____

**Objective:**  Vital Signs: (If Indicated) T: __98.6__  P: __64__  RR: __16__  B/P: __118 / 74__

Visual evidence of tooth decay/fracture    ☐ No ☒ Yes    Visible external swelling            ☒ No ☐ Yes
Visual evidence of missing filling          ☒ No ☐ Yes    Swelling/redness/pus surrounding affected tooth? ☒ No ☐ Yes
Pain upon opening jaw widely                ☒ No ☐ Yes    Evidence of trauma/injury to jaw/face  ☒ No ☐ Yes
☐ Additional Examination: __brown spot noted to two front teeth.__
Continue on back if necessary

**Assessment:** (Referral Status)                    Preliminary Determination(s): _____    ☐ Check Here if continued on back
☐ Referral Not Required                                                            _____

☒ Referral Required due to the following: (Check all that apply)
        ☐ Fever                                ☐ Evidence of pus collection or swelling
        ☐ Earache/sore throat/sinus problems    ☐ Recent dental surgery/procedure
        ☐ Pain upon opening mouth widely        ☐ Significant injury/trauma to jaw        ☐ Recurrent Complaint (More than 2 vis

        ☐ Other: _____
              (Describe)

    **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are un
            of the appropriate care to be given.

**Plan:** Check All That Apply:
        ☐ For tooth pain; instruct patient to avoid hot/cold food, to chew on the opposite side of the tooth pain and to do salt water gargles PRN
        ☐ Warm rinses PRN (Note: __DO NOT__ apply warm compress to outside of face for dental abscess)
        ☐ Cold Compress PRN for minor trauma
        ☐ Instructions to return if condition worsens.
        ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should
            well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
        ☐ Other: _____
                  (Describe)

☐ OTC Medications given (Motrin 400 or Tylenol 650 mg Bid prn x 2 days) ☐ NO ☐ YES (If Yes List): _____
Referral: ☒ NO ☐ YES (If Yes, Whom/Where): __Dental dept__    Date for referral: __6 / 29 / 20__
                                                                                  MM  DD  YY
Referral type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

x __Uckie Smith__                    Name: __Uckie Smith__
Nurses Signature                            Printed



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 6-27-06 | 6 | Caries | Reviewed Pt Med Hx; 2% lidocaine HCl 1.8cc1x Epi 1:100,000. Composite Resin, Mesial; CaOH base finished and polished. EX-Cel Burkett D.D.S. | | |

PATIENT LAST NAME          FIRST          MIDDLE          DOB          R/S

HS-MD-70022



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination  3-25-05

Initial Classification

Oral Pathology .......................... Gingivitis
Vincent's Infection
P/    Stomatitis
Other Findings
Occlusion

Roentgenograms ...................... Periapical
Bitewing
Other

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | | Initials | Class |
| 5-23-07 | | | Dntl Scale, floss, DNI | | SN | ROD |
| | | | Refused, signed waiver | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Williams, Ronnie | 239426 | 3.10.63 | B | KCF |

PHS-MD-70015