In The United States District Court Of Alabama
In And For The Middle District
Montgomery, Alabama

RECEIVED
2008 FEB 14 A 9:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ronnie V. Williams,
    Plaintiff

Vs.                                    Case No. 2:07 cv-00332-ID

Dr. Siddiq, ET AL.,
    Defendants

"Plaintiff's Notice To The Court And Defendants Of His Change Of Address"

Comes Now the, "Plaintiff Ronnie V. Williams" pro se in the above styled And notify this court Clerk and the Defendants Attorney that his mailing address has changed And for good cause sets forth the following:

1.) "Plaintiff arrived here at Bibb Correctional Facility February 5th 2008 And According to the Federal Rules of Procedures states:"
That if a party moves to notify the Court And the parties Involved in the Action As to his or her New Address".

2.) "Plaintiff today are serving the below Attorney's And this court of his New Mailing Address, that all future mailing be Forward to Plaintiff's New Address.

Respectfully Submitted
Ronnie V. Williams

## Certificate Of Service

I hereby certify that I have served a true and correct copy of the above foregoing upon the defendants attorney by placing the said same in the United States mail postage prepaid and properly addressed. Done this the 6th, day of February 2008.

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Attorney At Law
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, Alabama 36101-0711

Plaintiff. Address: Ronnie V. Williams
Bibb Correctional Facility - Dorm D-3 Bed 13-B,
565 Bibb Lane
Brent, Alabama 35034

Ronnie V. Williams, A.I.S. #239416

From: Ronnie L. Williams - A.I.S #239426
Bibb Correctional Facility - Dorm D3 - Bed 13 B
565 Bibb Lane
Brent, Alabama 35034

BIRMINGHAM AL 352
13 FEB 2008 PM 5 L



To: Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

3610150711 B007