IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RONNIE V. WILLIAMS
PLAINTIFF

CASE NO. 07-CV –332-ID

VS.                                                            **
                                                               **
DR. SIDDIQ AND "PHS"                                           **
ET. AL.                                                        **

### MOTION FOR LEAVE TO SUBMIT AN AFFIDAVIT

COMES NOW THE PLAINTIFF RONNIE V. WILLIAMS, PRO-SE, IN THE ABOVE STYLED CAUSE SEEKING THIS HONORABLE COURT'S LEAVE TO SUBMIT AN AFFIDAVIT STATING THAT HE IS IN RECEIPT OF RECORDS FROM THE DEFENDANTS.

THE PLAINTIFF PRAYS THAT THIS COURT GRANTS SAID LEAVE AND ACCEPTS THIS AFFIDAVIT AS A MATTER OF RECORD.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE TO THE ABOVE DEFENDANTS AT THEIR REGULAR MAILING ADDRESS.

ADDRESSED ON THIS _____ DAY OF FEBRUARY 2008.

RESPECTFULLY SUBMITTED BY

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2008 FEB 14 A 8:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ronnie Williams
    Plaintiff                           **

                                               CASE NO. 07-CV-332-ID

VS.
                              **

Dr.T. Siddiq and
   "PHS,"ET. AL.

## AN AFFIDAVIT

Comes now the Plaintiff Ronnie V. Williams, PRO-SE, in the above styled cause seeking to inform this Honorable Court that he is in fact in receipt of medical records from the above named Defendants. These records were forwarded to the Plaintiff on Jan. 22, 2008. The Plaintiff wishes to inform this Honorable Court that this voluntary submission by the Defendants does appear to be an act of good faith. However, the Plaintiff prays that this Court recognize that the Defendants were in fact ordered to provide these records in their totality in 2007.

The Defendants response to this Court's order was to send what they felt was sufficient. The Plaintiff received this incomplete discovery of medical records on or about August 17, 2007. The Plaintiff feels that it is necessary to inform this Honorable Court that this behavior by the Defendants is consistent with their willful disregard of Court orders. And that this behavior is consistent with the treatment that this Plaintiff has endured.

To be specific, The Defendants have made errors in their treatment of this Plaintiff medically and once having been informed of such .The Defendants have tried to cover their actions up or deprive the plaintiff of proper treatment under the guise of a mistake that was innocently made.

The Plaintiff prays that this Honorable Court takes note that the Plaintiff is in receipt of these records that were **VOLUNTARILY** submitted by the Defendants. However, the Plaintiff states that these records are **STILL** not complete. I will respect this Court's order and reserve the right to petition the Court for a SUBPOENA DUCES TECUM when appropriate.

RESPECTFULLY SUBMITTED BY *[signature]*

*Bibb Correctional Facility*
*565 Bibb Lane*
*Brent, Alabama 35034*

AIS#239426

SWORN TO AND ASCRIBED BEFORE ME ON THIS 12 DAY FEBRUARY, 2008

*[signature: Laura Hines]* _____ A NOTARY PUBLIC MY COMMISSION EXPIRES ON

9-1-2010.