IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| RONNIE V. WILLIAMS, #239 426 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-332-ID |
| DR. SIDDIQ, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion for leave to submit an affidavit in response to Defendants' January 22, 2008 notice of filing medical records. Plaintiff's motion, having been read and considered, it is

ORDERED the motion (*Doc. No. 35*) be and is hereby GRANTED.

Done, this 19th day of February 2008.

       /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE