Page 1 of 6

_Caption_

Ronnie V. Williams, AIS # 239426

Plaintiff

Department of Corrections, et al.,

Defendants

Case No:
2:07 CV-332-ID

2008 MAR 13 A 10:57
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For An Order

Come now the Plaintiff, Ronnie V. Williams, in the above-styled case to move the court to issue an order to Ala Dept of Corrections to cease and desist transferring him from prison to prison to frustrate his efforts to use the courts for legal redress of his complaint.

Dated Done 12th this day March.

The Plaintiff, Pray that this court understand that every thing stated here by the Plaintiff, Ronnie V. Williams, is in fact truth.

The Plaintiff, feel that these actions taken by A.D.O.C., is unlawful before this court.

1. Dated 10-30-07 the Plaintiff, were moved from Bullock Corrections Facility, to Hamilton A.d I.

2. Dated 11-30-07 the Plaintiff, were moved from Hamilton A.d I, to Limestone Corrections Facility.

Dated 2-5-08. The Plaintiff, were moved to Bibb Correctional Facility.

The Plaintiff, Feel that these actions are being taken against the Plaintiff, do to a case filed against the Health Care Staff, at Bullock Correctional Facility.

The Plaintiff, are asking this court to please let the record show that D.O.C. staff were only named because by Law D.O.C. were infact there for the Plaintiff security as well as security for the Health Care Staff at Bullock, Corrections Fac.

The Plaintiff, Ronnie L. Williams, never gave Department of Corrections, any reason for these transfers that have moved the Plaintiff, out of range from the Plaintiff family, do to what damage that may have been caused by the treatment received at the hands of the defendants at Bullock, Correctional Facility.

The Plaintiff, understands Dated back to 11-8-05, that all Lateral Transfers, were withdrawn, even until this date 12th, this day March____, After the Plaintiff, has been approved for Staton Correctional Facility, where the Plaintiff were to receive a trade.

The Plaintiff are asking this court to let the record show that every Corrections facility that he has been placed over the last few months don't have anything to offer the Plaintiff because the Plaintiff would have already received the programes that these last three-3 facility have to offer, meaning Hamilton A.&I. Fac, and Limestone Corrections as well as Bibb Corrections facility, where I am now being housed at this time dated 12th day of March____.

-2-

The Plaintiff, ask this court to let his record show that he never gave reason to be C-51, at anytime.

Classification Manual States, Special Institutional Placement Consideration, Page 78.

The Plaintiff, feel he does not meet these considerations for C-51.

1. Mental Health
2. Intellectual Limitations
3. A.I.I.
4. HIV
5. Diabetic
6. Demonstrated ability to adjust to this institution
7. Prescribed Medication Availability
8. Substance Abuse Program
9. Sex offender Program
10. Other Program Needed
11. Inmate has Needed Skill
12. Family Consideration
13. Enemy Separation from Inmates
14. Enemy Separation from Staff
15. Separate Rioters Consideration Riot Leader
16. Gang - Ex Gang
17. Age
18. Court Ordered Placement
19. Protest
20. D.S.R.B.
21. Commissioner's
22. System Needs
23. Health - Others.

-3-

The Plaintiff, Finds that none of the approved request by the Plaintiff, have been Honored, by Classification as well as approved by Central Records.

Meaning being placed near home, After being placed so far from the Plaintiff, wife, mother, that have no one to bring so far from the Plaintiff, home of Mobile Ala.

The time now has been 3 three years.

### Classification Manual Page 32 Sec 9

Notes: Request for Lateral Transfers for inmates who have been at one institution for the requisits six months period, And who have maintained good institutional behavior as evidenced by having received no major disciplinary Action And who have requested transfer for the purpose of program participation or being assigned closer to Home will still require a commedation by the institutional Classification Team, And the approved of the C.R.B."

The Plaintiff, Prays that this Honorable Court, Let his record show that the Plaintiff has met the above requirments for sometime now, And did meet this requirment before Alabama Department of Corrections, taken it upon themselves to frustrate the Plaintiff, efforts to use the Courts for Legal redress of his Complaint.

-4-

The Plaintiff, are asking this Honorable Court, to Let his Record show that the following statements the Plaintiff does not meet these requirements that are stated here Also from the <u>Classification Manual Page 11 sen C</u>.

Emergency Transfers:

Transfers of an inmate may be directed by an institutional Warden as a result of a major incident, such as but not limited to aggravated Assault, Attempted suicide Murder, or Escape. The action may be taken as a administrative measure to relieve an immediate problem Affecting the security of an institution staff, and or inmates, and is not necessarily a disciplinary action. However when disciplinary action is indicted it must be initiated by the sending authority and accomplished by the sending institution after transfer.
And a copy of the disciplinary will be included in the inmates file. <u>Full details of reason</u>, for the emergency transfer will be furnished to the receiving institution.

The Plaintiff, states that he have no knowledge of the above statements even taking place, at anytime doing his stay at any Alabama Department of Corrections Facility.
On the Plaintiff, behalf Never.

Wherefore from the above stated the Plaintiff prays
that this Honorable Court will grant the Plaintiff
his motion for an order...
For this the Plaintiff Forever prays.
Done this 12th, day of March, 2008.

Respectfully Submitted,

Ronnie V. Williams,
Ronnie V. Williams, #239426
Bibb Corrections Facility
565 Bibb Lane
Brent, Alabama 35034

— Certificate Of Service —

I hereby certify that a true and correct copy of the foregoing has been served upon the clerk of this court, Ms. Debra Hackett, United States District Court, P.O. Box 711 Montgomery, Alabama 36101-0711

And the Defendants: Alabama Department of Corrections,
101 South Union Street,
P.O. Box 301501
Montgomery, Alabama 36130,
By placing the same in the U.S. mail, First class postage paid and correctly addressed.
Done this 12th day of March, 2008.

Ronnie V. Williams
Ronnie V. Williams, #239426

— 6. —

From: Ronnie W. Williams, A.I.S. #239426
Bibb Correctional Facility, Dorm: D3-13-B,
565 Bibb Lane
Brent, Alabama 35034




To: The Clerk, Mr. Debra P. Hackett
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

— Legal Mail —

36101+0711 B007

Dated for 3-12-08,

To: Clerk Ms. Debra P. Hackett.
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

From: Ronnie V. Williams
Bibb Correctional Facility, Dorm D.
565 Bibb Lane
Brent, Alabama 35034
A.I.S # 234426

RECEIVED
2008 MAR 13 A 10: 56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, Ronnie V. Williams, Plaintiff, are sending you proof of statements made by D.O.C., before the Case No: 2:07-cv-332-ID, were filed in your office. Ms. Debra P. Hackett, the Plaintiff feel that these actions, are being taken by D.O.C., do to these changes against the Health Care Staff at Bullock Correction Fac. Ms. Debra P. Hackett, my family and I feel that I should have every reason to have a fear for my safty, do to these civil actions. Case No: 2:07cv-332-ID,

Ms. Debra P. Hackett, since the Plaintiff, became apart D.O.C., He has taken it upon himself to seek what knowledge that the Plaintiff feel would be the right things to do for himself, as well as his family. Ms. Debra P. Hackett, the Plaintiff, Ronnie V. Williams #234426, pray that your office will see that the approved request has not been honored by D.O.C.,

Ms. Debra P. Hackett, The Plaintiff, feel it has been an honor to be apart of the States Honor Dorm program, and now the time has come that the Plaintiff, has been removed from the Honor Dorm program, after taking part in this program. A total of 14 months, before coming here. Ms. Debra P. Hackett, the Plaintiff, feel he has been placed in a very, very bad locate, and where there is nothing to seek for one to better himself. Ms. Debra P. Hackett, pray that your office will retain the 7 page statements 2-8 to the Plaintiff. for later uses please! Please make a copy of each.

Sincerely
Ronnie V. Williams #234426

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - OCTOBER 13, 2005
============================ (COU122) ============================

AIS #: 00239426   SSN: 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   RACE/SEX: B/M   DATE OF BIRTH: 03/10/1962
NAME: WILLIAMS, RONNIE V   CUSTODY: MED9   SECURITY LEVEL: 4
INST: BULLOCK CORRECTIONAL FACILIT   TIME SRVD: 01Y09M24   LAST DISC:
CRME: MANSLAUGHTER   MIN REL DT: 12/17/2023   ACTIVE DET: 0

DISC: HAS RECEIVED NO DISCIPLINARIES   PRL CONS: 08/01/2010   EDUCAT LEV: 07

WK/PGM: _Kitchen_   PRIM OCCUP: JANITOR

RECOMMENDED INSTITUTION: _Staton_   RECOMMENDED CUSTODY: ___

JUSTIFICATION: _Violent Offender serving a 30 yr sentence for Manslaughter. I/M will [illegible] this I/M is the [illegible] with a small [illegible] sentence. I do not meet time frame for [illegible] custody. I/M's positive [illegible] and I/M's DOC conduct has been positive. I/M could have been [illegible] on 10/21/05. I/M requests placement @ Staton for a trade. Recommend placement @ Staton [illegible]..._

_I - [illegible] by [illegible] - (One [illegible]) Recommend Sta V_

10-14-05, NKB, S/S
I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:   APP. S/L: ___

_____   _____
CLASSIFICATION SPECIALIST   DATE   WARDEN OR DESIGNEE   DATE

_____   _____
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.   DATE   CLASSIFICATION COORDINATOR   DATE

CENTRAL REVIEW BOARD ACTION

___ APPROVED   _X_ DENIED; DIVERTED TO: ___   REASONS: _[illegible]_

_____
CRB MEMBER   DATE

_X_ APPROVED   ___ DENIED; DIVERTED TO: ___   REASONS: ___

_____
CRB MEMBER   DATE

_X_ APPROVED   ___ DENIED; DIVERTED TO: ___   REASONS: ___

_____
CRB MEMBER   DATE

FINAL DECISION: INST _Staton_   CUSTODY _Same_

DATE INMATE INFORMED: _11/1/05_   INMATE'S SIGNATURE: _Ronnie V Williams_

Last PR - 4/28/05 [illegible]
DNA - 3/29/05
[illegible]

**3,**

# INMATE REQUEST SLIP

Name _Ernie V Williams_ Quarters _12-37_ Date _7/17/06_

AIS # _#239426_

( ) Telephone Call ( ) Custody Change (X) Personal Problem
( ) Special Visit ( ) Time Sheet (X) Other _Hardship_

Briefly Outline Your Request - Then Drop In Mail Box

Mrs. Allison the reason for this request to that I, would like to be moved from this facility, because of the Heath Car, here and would like to be moved near home, because of health problems my mother is having, infact she just had her 80 Birthday on 7/17/06 and she feel this is to far to come.

Do Not Write Below This Line - For Reply Only

Thank you. You are currently not eligible for SL II / Honor Camp. Your crime bars less restriction, furthermore, you're not within time frame. There is a hold on transfer to SL 4 facilities. Your progress review decision is voided by superiors. No changes can be made yet. Ms. Allison 7/19/06

Approved   Denied   Pay Phone   Collect Call

Request Directed To: (Check One)

( ) Warden          ( ) Deputy Warden          ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

N176

# INMATE REQUEST SLIP

Name: Renny W. Williams   Quarters: 13-43   Date: 10/31/06
AIS #: 239426

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Hi, Mrs. Allison, I'm writing about the review that might have taken place, around the 18th of this month, and I do understand, about, the review's for Sup-Class's, and this is just a reminder that I would like to be moved from this facility, bcus, my Wife and mothers??

Do Not Write Below This Line - **For Reply Only**

Thank You. You inquired about a lateral transfer to another prison in July and were informed to inquire about 90 days afterward. The Central Review Board has not released the freeze as of today. Your annual review will be in January, if freeze lifted ask then where you want to go.

Approved / Denied / Pay Phone / Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden           ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary  ( ) Record Office
                                    Public

MD. Allyson
11/2/06

N176

24 HOUR ADVANCE NOTIFICATION
OF PENDING RECLASSIFICATION

TO: __Rayne F. Williams  239456__   __B/M__   __1/29/07__
    NAME            AIS #          R/S      DATE

<u>Notice of Reclassification</u>: This is to inform you that on the _29th_ day of _February_, _2007_, you will meet a reclassification team to be considered for change in custody and/or institutional assignment because: _they do not meet the applicable type_ _to be placed in minimum custody. Your_ _earliest release date is 2010, more than the_ _time frame allotted._

This is not a disciplinary hearing. A reclassification team will review this matter and recommend changes, if needed, in your current placement and/or custody. At the reclassification meeting you will be given an opportunity to be heard, to present witnesses and to present documentary evidence.

__[signature]__                     __1/29/07__        _____
NAME OF SERVING OFFICER              DATE               WITNESS

I understand that this is my notice of a reclassification meeting to determine changes in placement and/or custody. I have been given the opportunity to call witnesses in my behalf and have received a copy of this notice on __1/29/07__
                                                                          DATE
at __10:57 a.m.__.
      TIME

                                    __[signature]__
                                    SIGNATURE OF INMATE      AIS #

WITNESSES REQUESTED BY INMATE:

                                                              NONE
_____    _____


DISTRIBUTION: INMATE/INSTITUTIONAL FILE/CENTRAL FILE



# State of Alabama
## Alabama Department of Corrections

Bullock County Correctional Facility
104 Bullock Dr., P. O. Box 5107
Union Springs, AL 36089-5107

**Bob Riley**
GOVERNOR

**Richard F. Allen**
COMMISSIONER

## MEMORANDUM

Date:   February 1, 2007

To:     Ronnie Williams        239426          B/M
        Inmate's Name             AIS #         R/S

From:   Ms. D. Allison, Classification Specialist *DJA*

Re:     Semi-Annual Review

A semi-annual review has been held for you to determine if changes were needed in your classification. No classification changes are being made. You will remain in medium custody at Bullock County Corrections. The decision is based on the following:

❖ You do not meet the applicable time frame to be placed in minimum custody.

Your institutional adjustment is good, and you are encouraged to continue to comply with institutional rules/regulations. Your next review is due July 2007.

C: Institutional file

Telephone (334) 738-5625                                    Fax (334) 738-5604

*I'm sorry for the misunderstand of last request.*

## INMATE REQUEST SLIP

Name: Ronnie V. Williams  Quarters: C-3-11-B  Date: 3-22-07

AIS #: 239426

( ) Telephone Call    ( ) Custody Change    (X) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Dear Warden Cumming, Sir – I spoke to you just the other day about the number of complaints that have been made, on behalf of some of the inmates here, and I would like to sit down with you, and show just what been happing to me since I been here, and most of this happen before you came here, and nothing has ever been looked at now.

Do Not Write Below This Line - **For Reply Only** *I'm sorry for the misunderstanding*

YOU ARE APPROPRIATELY ASSIGNED TO BCCF AT THIS TIME. ALL LATERAL TRANSFERS HAVE BEEN SUSPENDED UNTIL JULY SO YOU WILL REMAIN HERE UNTIL SOMETHING CHANGES.

Approved     Denied     Pay Phone     Collect Call

3-23-07

Request Directed To: (Check One)
(X) Warden                    ( ) Deputy Warden          ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary Public  ( ) Record Office

N176

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - JULY 9, 2007
(COU122)
AIS #: 00239426   SSN: 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   RACE/SEX: B/M   DATE OF BIRTH: 03/10/1962
NAME: WILLIAMS, VONNIE V   CUSTODY: MED9   SECURITY LEVEL: 4
INST: BULLOCK CORRECTIONAL FACILIT   TIME SRVD: 03Y06M19   LAST DISC:
CRME: MANSLAUGHTER   MIN REL DT: 12/17/2023   ACTIVE DET: 0

DISC: HAS RECEIVED NO DISCIPLINARIES   PRL CONS: 08/01/2010   EDUCAT LEV: 07

WK/PGM: _____   PRIM OCCUP: JANITOR

RECOMMENDED INSTITUTION: _____   RECOMMENDED CUSTODY: _____

JUSTIFICATION: [handwritten text, largely illegible]

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: ____   APP.S/L: ____

_____   _____   _____   _____
CLASSIFICATION SPECIALIST   DATE   WARDEN OR DESIGNEE   DATE

_____   _____   _____   _____
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.   DATE   CLASSIFICATION COORDINATOR   DATE

CENTRAL REVIEW BOARD ACTION

___ APPROVED ___ DENIED; DIVERTED TO: ___   REASONS: _____

_____   _____
CRB MEMBER   DATE

___ APPROVED ___ DENIED; DIVERTED TO: ___   REASONS: _____

_____   _____
CRB MEMBER   DATE

___ APPROVED ___ DENIED; DIVERTED TO: ___   REASONS: _____

_____   _____
CRB MEMBER   DATE

FINAL DECISION: INST _____ CUSTODY _____ DATE _____
DATE INMATE INFORMED: _____ INMATE'S SIGNATURE: _____

From: Ronnie L. Williams - A.I.S.# 239436
Bibb Correctional Facility - Dorm- D.3.13.B,
565 Bibb Lane
Brent, Alabama 35034




To. The Clerk- Ms. Debra P. Hackett,
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

— Legal Mail —

36101+0711 B007