IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RONNIE V. WILLIAMS, #239 426      *

    Plaintiff,                                      *

    v.                                                    *         2:07-CV-332-ID

DR. SIDDIQ, *et al.*,                              *

    Defendants.                                   *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's motion for court order. He requests that the court direct prison official s "to cease and desist transferring him from prison to prison. . ." Plaintiff's motion has been read, considered, and shall be denied.

Accordingly, it is

ORDERED the motion (*Doc. No. 38*) be and is hereby DENIED.

Done, this 17th day of March 2008.


      /s/ Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE