```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004527
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name: BIBB COUNTY CORR FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE WILLIAMS
 Case/Party: D-ALM-2-07-CV-000332-001
 Amount:         $13.00
--------------------------------------
CHECK
 Check/Money Order Num: 9000
 Amt Tendered:   $13.00
--------------------------------------
Total Due:       $13.00
Total Tendered:  $13.00
Change Amt:      $0.00
```