```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004933
Cashier ID: khaynes
Transaction Date: 05/02/2008
Payer Name: BIBB COUNTY CORR FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE V WILLIAMS
 Case/Party: D-ALM-2-07-CV-000332-001
 Amount:         $26.29
--------------------------------------
CHECK
 Check/Money Order Num: 9087
 Amt Tendered:   $26.29
--------------------------------------
Total Due:       $26.29
Total Tendered:  $26.29
Change Amt:      $0.00
```