In The United States District Court Of Alabama
In And For The Middle District
Montgomery, Alabama

2008 JUN -4 A 10: 49

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roddie V. Williams,
    Plaintiff

Vs.

Dr. Siddiq, ET AL.,
    Defendants

07cv332
Case No: CV-00332-ID

## Plaintiff's Notice To This Court And Defendants Of His Change Of Address

Comes Now the Plaintiff "Roddie V. Williams" pro/se above-styled cause and notify this Court Clerk and the Defendants Attorney that his mailing address has changed and for good cause set forth the following:

[1] Plaintiff arrived here at Camden Community Based Facility dated May 14th, 2008, and according to the Federal Rules of Civil Procedure states that if a party moves to notify the court and parties involved in the action as to his or her new address."

[2] Plaintiff, today are serving the below attorney's and this Court of his new mailing address, that all future mailing be forwarded to the Plaintiff's new mailing address.

Respectfully Submitted
Ronnie V. Williams
Roddie V. Williams
A.I.S # 239626

## Certificate Of Service

I hereby certify that I have sealed a true and correct copy of the above foregoing upon the defendants attorney by placing the said same in the United States mail postage prepaid and properly addressed done this the 28th day of May, 2008.

Attorney At Law
Rushton, Stakely, Johnston & Garrett P.A.
184 Commerce Street
P.O. Box 270
Montgomery, Alabama 36101-0270

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Points Of New Address
Ronnie L. Williams A.I.S. #239706
Camden Community Based Facility
180 Highway 221
Camden, Alabama 36726

From: Roddric U. Williams A.I.S. #234426
Camden Community Based Facility.
1780 Highway 221
Camden, Alabama 36726



MONTGOMERY AL 361

03 JUN 2008 PM 2 T

Legal Mail

To: The Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

36101/0711