In The United States District Court Of Alabama
In And For The Middle District
Montgomery, Alabama

Roderick Williams
Plaintiff

Us. Siddiqi ET Al.
Defendants

2008 JUN 17 A 10: 26

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No: CIV 00332-ID

"Plaintiff's" Notice To This Court and Defendants Of
His New Change Of Address

Comes now the Plaintiff Roderick V. Williams in precise above-
styled cause and notify, this Court Clerk and Defendants
attorney that his mailing address has changed.
And for good cause set forth.

[1] "Plaintiff, now Finds for good reason to notify - - -
this court for the second time, on this new placement-
Date for the month of May 14th 2008, the Plaintiff also-
did infact mail a stamped letter to the court Clerk and
the defendants attorney as well on this date 5-28-08.

[2] "Plaintiff also would like for this court to know the -
reason for such a delay dated 5-28-08. Is that this - -
facility do not allow 'stamps' to be sold here at store or - -
other wise or allow Legal mail to go out without U.S. -
stamps placed on Legal mail.
The Plaintiff did infact placed in the amount of 43¢ cent-
on each letter dated 5-28-08, to the Court Clerk and
to the defendants in this case No: CIV 00332-ID

[3] The Plaintiff, now comes in a request of this court-
did receive this information mailed this date 5-28-08.

Certificate Of Service

I hereby certify that I have sealed a true and correct copy on the above Category in your the court Clerk by placing a proper address to the court Clerk.

Done this day 16th of June 2008.

Office Of The Clerk
United States District Court
Montgomery, Alabama 36101-0711
P.O. Box 296

Print/AO  Lewick W. Williams
AIS#237496
Camden Community Based Facility
1780 Highway 221
Camden, Alabama 36726

Respectfully Submitted
Lewick W. Williams
Lewick W. Williams
AIS#237496

From: Parkie V. Williams - A.I.S. # 239436
Camden Community Based Facility
1780 Highway-221-East
Camden, Alabama 36726

This correspondence is from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

MONTGOMERY AL 361

16 JUN 2008 PM 3 T


USA 42

To: The Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

36101/0711

4 of 4 Copy's

In The United States District Court Of Alabama
In And For The Middle District
Montgomery, Alabama

RECEIVED
2008 JUN 11 A 10:26
DRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Pewie L. Williams
Plaintiff                                    Case No. CV-00332-ID

Vs.

Dr. Siddiq, Et al.,
Defendants

"Plaintiff's Notice To This Court And Defendants Of
His Change Of Address

Comes Now the "Plaintiff Pewie L. Williams" pro se above-styled cause and notify this court clerk and the ___ Defendants Attorney that his mailing Address has changed And for good cause set forth the following:

[1] "Plaintiff arrived here at Camden Community Based Facility Aug. 14th 2008, and According to the Federal Rules Of Civil procedures states:" That if a party moves to notify the court and the parties involved in action as to his or her new Address."

[2] "Plaintiff today are serving the below Attorney's and this court of his new Mailing Address, that all future ___ mailing be forwarded to Plaintiffs New Mailing Address.

Respectfully Submitted
Pewie L. Williams
Pewie L. Williams
A.I.S. #239436

c/o

**Certificate Of Service**

I hereby Certify that I have served, a true and correct copy of the above foregoing upon the defendants herebey by placing the said same in the United States mail postage prepaid and properly addressed, done this, the 28th of May, 2008.

**Defendants Attorneys At Law:**

Parker, Poole, Johnston & Barrett P.A.
161 Commerce Street
P.O. Box 830
Montgomery, Alabama 3610 1-0830

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

Parish Of New Address:
Daniel L. Williams # C224946
Bullock Correctional Facility
P.O. Highway 231
Bullock, Alabama 36926