```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005824
Cashier ID: brobinso
Transaction Date: 07/16/2008
Payer Name: CAMDEN COMMUNITY BASE FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE V WILLIAMS
 Case/Party: D-ALM-2-07-CV-000332-001
 Amount:         $6.00
----------------------------------------
CHECK
 Check/Money Order Num: 35928
 Amt Tendered:  $6.00
----------------------------------------
Total Due:      $6.00
Total Tendered: $6.00
Change Amt:     $0.00
```