```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006070
Cashier ID: brobinso
Transaction Date: 08/11/2008
Payer Name: CAMDEN COMMUNITY
------------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE V WILLIAMS
 Case/Party: D-ALM-2-07-CV-000332-001
 Amount:        $7.60
------------------------------------
CHECK
 Check/Money Order Num: 36073
 Amt Tendered: $7.60
------------------------------------
Total Due:      $7.60
Total Tendered: $7.60
Change Amt:     $0.00
```