THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE V. WILLIAMS # 239 426,            )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        2:07-CV-332-ID
                                         )           WO
DR. SIDDIQ, *et al.,*                    )
                                         )
        Defendants.                      )

# <u>ORDER</u>

On July 30, 2009, the Magistrate Judge filed a Recommendation (Doc. 61) in this case

to which no timely objections have been filed.  Upon an independent review of the file in this

case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1.      The Recommendation (Doc. 61) of the Magistrate Judge is ADOPTED;

2.      The Defendants' motion for summary judgment be GRANTED to the extent

        the defendants seek dismissal of this case due to the plaintiff's failure to

        properly exhaust administrative remedies previously available to him at the

        Bullock County Correctional Facility; and,

3.      This case be DISMISSED with prejudice in accordance with the provisions of

        42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust administrative

        remedies available to him during his confinement at the Bullock County

        Correctional Facility.

An appropriate judgment will be entered.

Done this 2nd day of September, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE